Connecticut Department of Correction
NO NAME, NO I/M NUMBER, NO HOUSING UNIT/CELL , NO RESPONSE

| | |
|---|---|
| Inmate name: NICHOLAS CLARK | Inmate number: 355139 |

Facility/Unit: Garner C.I.     Housing unit: H /cell 108     Date: 7-25-16

Submitted to: Medical

Request:

I was transferred here from Cheshire C.I. by way of medical Infirmary. The day I was rushed to the E.R. I was scheduled to see Dr. Ruiz concerning treatment for Gender Dysphoria. ⬛ I would like to schedule an appointment to see the Dr. here please. Could you please give me an approximate date that I may see the Dr.?

Thank you so very much,

Veronica May Clark

<center>continue on back if necessary</center>

Previous action taken:

<center>continue on back if necessary</center>

Acted on by (print name): M Hendricks     Title: RN

Action taken and/or response:

Scew 9/30/16

<center>continue on back if necessary</center>

Staff signature: [signature]     Date: 7/30/16

Clark, N # 355139

## Health Services Review

## Administrative Remedy Request

This Administrative Remedy form is being returned to you for the following reason.

_____ No documentation of an attempt to informally resolve this through the sick call process. Complete an Inmate Request Form stating the specific problem, what has been done to resolve the problem and what you expect to be done for the problem.

_____ description of the problem is either unclear or not specific

_____ this issue should be addressed through the sick call process

_____ no clearly identified **single issue**

_____ the length of the request shall be restricted to the available space on the CN9601

form and one (1) additional 81/2 x11 inch page

_____ this is a custody issue

_____ the request must be filed by the inmate who is personally affected by the subject

of the request and shall not be filed by an inmate on behalf of another

_____ a repetitive request for administrative remedy may not be filed by the same inmate

when a final response has been provided and there has been no change in any

circumstances that would affect the response

_____ the initial request for an administrative remedy is still in process

_____ other



# Inmate Administrative Remedy Form
## Connecticut Department of Correction

CN 9602
REV 8/22/13

Facility/Unit: GARNER C.I. / Hotel     Date: 8-3-16

Inmate name: NICHOLAS CLARK     Inmate number: 355139

| SECTION 1 | SELECT ADMINISTRATIVE REMEDY <u>A</u>, <u>B</u> or <u>C</u> BELOW. |
|---|---|

Follow the instructions *(for property claims, complete form CN 9609, Lost/Damaged Property Investigation Form and deposit in the 'Administrative Remedies' box).*

**A.** ☐   I am filing a Grievance.
Prior to filing a grievance, you must attempt informal resolution. Attach a copy of CN 9601, Inmate Request Form with the staff member's response <u>OR</u> state in Section 4 the reason why the form is not attached. Grievances must be filed within 30 days of the occurrence or discovery of the cause of the grievance.    >   Refer to Section 2 below

**B.** ☒   I am requesting a Health Services Review.   ☒ Diagnosis/Treatment     Complete Section 4   >>>>
       ☐ All Other Health Care Issues    >

**C.** ☐   I am filing an Appeal of a (select one below):
Appeals must be filed within 15 days of notification of a decision.

   ☐ Disciplinary Action        >   Complete Section 3 below

   ☐ Special Management Decision    ☐ Classification Decision    >
   ☐ Media Review Committee Decision    ☐ Furlough Decision    >
   ☐ Security Risk Group Designation    ☐ ADA Decision    >   Complete Section 4   >>>>
   ☐ Determination of Grievance Process Abuse    ☐ Rejection of Outside Tapes/CDs    >
   ☐ Determination of Retroactive RREC Credits    ☐ Rejection of Correspondence

| SECTION 2 | OTHER REQUIREMENTS FOR USING THE INMATE ADMINISTRATIVE REMEDY PROCEDURE |
|---|---|

Read and comply with the instructions below, then complete Section 4 (State the Problem) on the reverse side. >>>

- Only one request for an administrative remedy must be submitted on this form.
- The request for an administrative remedy and the action sought should be stated simply and coherently.
- The length of this request for an administrative remedy shall be restricted to the space available in Section 4 and one (1) additional 8 1/2 x 11 inch page.
- This request for an administrative remedy must be free of obscene or vulgar language or content.
- This request for an administrative remedy must be filed by the inmate who is personally affected by the subject of the request and shall not be filed by an inmate on behalf of another.
- A repetitive request for administrative remedy may not be filed by the same inmate when a final response has been provided and there has been no change in any circumstances that would affect the response; or when the initial request for an administrative remedy is still in process.

| SECTION 3 | DISCIPLINARY SECTION – Complete this Section for a Disciplinary Appeal <u>ONLY</u> |
|---|---|

You may file a Disciplinary Appeal <u>ONLY</u> if you have pleaded not guilty and have been found guilty at a disciplinary hearing. If so, complete this section; then complete Section 4 (State the Problem) on the reverse side. >>>

Offense:        Report date:

Facility where hearing was conducted:        Date of hearing:

Did you have an advocate?   ☐ yes   ☐ no    If yes, name of advocate:

Did you identify witness(es) to the investigator?   ☐ yes   ☐ no    Did your witness(es) testify?   ☐ yes   ☐ no

Name(s) of any witness(es):

| **CONFIDENTIAL** (FOR OFFICIAL USE ONLY) | Inmate name: NICHOLAS CLARK |  |
|---|---|---|
|  | Inmate number: 355139 | Housing: HOTEL /CELL |

**SECTION 4**        STATE THE PROBLEM AND REQUESTED RESOLUTION

Provide any factual information that is applicable, including any responses from staff. State the action that you think should be taken to resolve the problem. PLEASE PRINT. There is no CN 9601 form attached to this form because I received no response from the staff member when I attempted an informal resolution. I am a transgender woman, and I'm filing this ~~grievance~~ because I have been continually denied access, going on five months now, to transition-related health care. It would be impossible to overstate the internal psychological trauma I experience every moment of every day I go without treatment. In order to alleviate some of this pain, I attempted to self-treat, as I seem to be continually ignored, through surgical castration. I managed to make an incision large enough to squeeze from out my scrotum my right testicle, however, it was only then I realized the nail clippers were insufficient for the task. When I was rushed to UCONN, all of the doctors and nurses immediately knew what was going on, and reassured me they had "teams of professionals" who would work with me to do this the right way. And so I asked them if then could please refer me to someone who could help. They assured me they would, but still, as I write these words, I wait. Again, I can not overstate just how much emotional and psychological pain I'm in. I must have access to transition-related health care. My body simply must align with my gender. This is madness. To look in the mirror and see some "mon-thing" looking back. To look down and see this horrible thing that doesn't belong. To be called "Sir" everywhere I go. To be seen as a man in women's clothing. The stares. The continual bigotry. It's simply unbearable.

And so I now request simply & coherently: please, with my entire being, allow me access to transition-related health care.

Thank you,

Forever,

Jeronica May Clark

Inmate signature: NICHOLAS CLARK                 Date: 8-24-2016

For all remedies except health services, deposit this form in the **Administrative Remedies box**.
For a health services issue, deposit this form in the **Health Services box.**

**SECTION 5**        DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW

| Date Received: 9-1-16 | IGP #: 136 | T#: 11332/2016 |
|---|---|---|

Disposition: Returned without disposition        Date of Disposition: 9-6-16

Reason:

No documentation of an attempt to informally resolve this through the sick call process. Complete an Inm request form stating the specific problem, what has been done to resolve the problem and what you expect to be done to the problem.

☐ You have exhausted DOC's Administrative Remedies.        ☐ This matter may be appealed to:

Signature:                 Date: 9/6/16



# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: Nicholas Clark

Inmate number: 355139

Facility/Unit: Garner C.I.

Housing unit: Hotel / cell 123

Date: 9-8-16

Submitted to: Dr. Valletta

Request: You have already seen me, and have already denied me access to transition related health care. I have already attempted an informal resolution using one of these forms. This is my second attempt. Please, allow me access to transition-related health care. I am a transgender woman.

Thank you for your time,

Veronica May Clark

*continue on back if necessary*

Previous action taken:

*continue on back if necessary*

Acted on by (print name):

Title:

Action taken and/or response:

As per CMHC/DOC policy, transitional treatment would be CONTINUED if inmate has already been on medication in the community, but transitional treatment will not be initiated while IM is incarcerated

*continue on back if necessary*

Staff signature: _____  Gerald Valletta, MD

Date: SEP 14 2016



# Inmate Administrative Remedy Form
## Connecticut Department of Correction

CN 9602
REV 8/22/13

Facility/Unit: **Garner C.I. / HOTEL UNIT**        Date: **9-21-2016**

Inmate name: **Nicholas Clark**        Inmate number: **355139**

| SECTION 1 | SELECT ADMINISTRATIVE REMEDY A, B or C BELOW. |
|---|---|

Follow the instructions *(for property claims, complete form CN 9609, Lost/Damaged Property Investigation Form and deposit in the 'Administrative Remedies' box)*.

**A.** ☐  **I am filing a Grievance.**
Prior to filing a grievance, you must attempt informal resolution. Attach a copy of CN 9601, Inmate Request Form with the staff member's response OR state in Section 4 the reason why the form is not attached. Grievances must be filed within 30 days of the occurrence or discovery of the cause of the grievance.        >  Refer to Section 2 below

**B.** ☒  **I am requesting a Health Services Review:**   ☒ Diagnosis/Treatment        >  Complete Section 4   >>>>
☐ All Other Health Care Issues        >

**C.** ☐  **I am filing an Appeal of a (select one below):**
Appeals must be filed within 15 days of notification of a decision.

☐ Disciplinary Action        >  Complete Section 3 below

☐ Special Management Decision        ☐ Classification Decision
☐ Media Review Committee Decision        ☐ Furlough Decision        >
☐ Security Risk Group Designation        ☐ ADA Decision        Complete Section 4   >>>>
☐ Determination of Grievance Process Abuse        ☐ Rejection of Outside Tapes/CDs        >
☐ Determination of Retroactive RREC Credits        ☐ Rejection of Correspondence

| SECTION 2 | OTHER REQUIREMENTS FOR USING THE INMATE ADMINISTRATIVE REMEDY PROCEDURE |
|---|---|

Read and comply with the instructions below, then complete Section 4 (State the Problem) on the reverse side. >>>

- Only one request for an administrative remedy must be submitted on this form.
- The request for an administrative remedy and the action sought should be stated simply and coherently.
- The length of this request for an administrative remedy shall be restricted to the space available in Section 4 and one (1) additional 8 1/2 x 11 inch page.
- This request for an administrative remedy must be free of obscene or vulgar language or content.
- This request for an administrative remedy must be filed by the inmate who is personally affected by the subject of the request and shall not be filed by an inmate on behalf of another.
- A repetitive request for administrative remedy may not be filed by the same inmate when a final response has been provided and there has been no change in any circumstances that would affect the response; or when the initial request for an administrative remedy is still in process.

| SECTION 3 | DISCIPLINARY SECTION -- Complete this Section for a Disciplinary Appeal ONLY |
|---|---|

You may file a Disciplinary Appeal ONLY if you have pleaded not guilty and have been found guilty at a disciplinary hearing. If so, complete this section; then complete Section 4 (State the Problem) on the reverse side. >>>

Offense:        Report date:

Facility where hearing was conducted:        Date of hearing:

Did you have an advocate?   ☐ yes   ☐ no        If yes, name of advocate:

Did you identify witness(es) to the investigator?   ☐ yes   ☐ no        Did your witness(es) testify?   ☐ yes   ☐ no

Name(s) of any witness(es):

# CONFIDENTIAL
(FOR OFFICIAL USE ONLY)

Inmate name: Nicholas Clark

Inmate number: 355139

Housing: HOTEL

**SECTION 4** — STATE THE PROBLEM AND REQUESTED RESOLUTION

Provide any factual information that is applicable, including any responses from staff. State the action that you think should be taken to resolve the problem. PLEASE PRINT. I am a transgender woman, and I'm filing this request for a Health Services Review because I have been continually denied access, going on six months now, to transition-related health care. It would be impossible to overstate the internal psychological trauma I experience every moment of every day I go without treatment. In order to alleviate some of this pain, I attempted to self-treat, as I seem to be continually ignored, through surgical castration. I managed to make an incision large enough to squeeze from out my scrotum my right testicle, however it was only when I realized the nail clippers were insufficient for the task. When I was rushed to UConn, all of the doctors and nurses immediately knew what was going on, and reassured me they had "teams of professionals who would work with me to do this the right way." And so I asked them if they could please refer me to someone who could help. They assured me they would, but still, as I write these words, I wait. Again, I cannot overstate just how much emotional and psychological pain I'm in. I must have access to transition-related health care, including, but not limited to: hormone therapy, laser hair removal, gender-reassignment surgery, facial reconstruction surgery. This is madness. To look in the mirror and see some 'man-thing' looking back. To look down and see this horrible thing that doesn't belong. To be called 'Sir' everywhere I go, even as I present myself as female. To be seen as a man in women's clothing. The stares. The continual bigotry. It's simply unbearable.

And so I now request simply and coherently: please, with my entire being, allow me access to transition-related health care.

Thank you.

Forever,

Veronica May Clark

Inmate signature: Veronica May Clark            Date: 9-21-2016

For all remedies except health services, deposit this form in the **Administrative Remedies box**.
For a health services issue, deposit this form in the **Health Services box**.

**SECTION 5** — DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW

Date Received: 9-27-16      IGP #: 136      T#: 11330/2016

Disposition: No further treatment      Date of Disposition: OCT 03 2016

Reason: I'm informed that current practices @ CMHC/DOC are that hormonal/transitional therapy will be continued but not initiated upon incarceration

[X] You have exhausted DOC's Administrative Remedies.      [ ] This matter may be appealed to:

Signature: Gerald Valletta, MD      Date: OCT 03 2016

# Inmate Request Form

**Connecticut Department of Correction**

CN 9601
REV 1/31/09

Inmate name: Veronica-May Clark
Inmate number: 355139

Facility/Unit: Garner C.I.
Housing unit: G-105
Date: 1-7-2017

Submitted to: Mental Health

Request: Where do I begin? Here's the problem: I need access to transitional health care. I need hormones—estrogen & spironolactone. I must have gender reassignment surgery performed NOW. This is simply intolerable. It's cruel and unusual to treat me this way, and you know it. But of course "the administrative ~~[illegible]~~ policy" is much more important than my state of health. God forbid any of you actually speak up to challenge this barbaric practice. Policies don't just materialize out of thin air. Policies are written by people, not by some unknowable force of nature. It's simply wrong to remain silent on this issue out of fear... God, I'm so sorry to speak to you this way... Can't

continue on back if necessary

Previous action taken: you see what this is doing to me? I'm in prison because I wasn't treated all those years ago for my gender issues. You have no idea the amount of stress I've had to endure for so very, very long... PLEASE HELP ME! If the word "Corrections" means anything, you will.

—Veronica-May

continue on back if necessary

Acted on by (print name): This doesn't go away regardless of what number you
Title:

Action taken and/or response: feel like writing in the mental health score.

Barbara Kimble-Goodman, APRN

Discussed 1-10-17

* I was in the waiting room to see the nurse when Goodman walked through and told me she'd "received my request form": I began to go into further detail but then said that perhaps this wasn't the good place to discuss this issue. The officers was right there listening.

continue on back if necessary

Staff signature: [signature] APRN
Date: 1-10-17



Planned Parenthood®
Care. No matter what.

345 Whitney Avenue
New Haven, CT 06511
p: 203.865.5158 · f: 203.907.2001
ppsne.org

Planned Parenthood of Southern New England

6-18-18

Veronica-May Clark
#355139
Garner C.I.
50 Nunnawauk Rd.
Newtown, CT 06470

Dear Veronica-May

I am in receipt of your letter, dated June 7, 2018, asking about our protocols for transgender feminizing hormones. I am sorry that you are having so much difficulty with your hormonal care, however without you being our patient we cannot provide medical advice directly to you. I am willing, however, to consult with your medical care providers about our protocols in a general sense ***if they would like to contact me***. I am also willing to consult with them regarding your care ***IF they request such a consult on a provider-to-provider basis, and IF you have signed HIPAA-authorizing paperwork with them that would allow them to discuss your care with me.***

***I will not be reaching out to your facility to initiate contact with your providers*** *(I respectfully ask that you not request this), but if you share this information and your provider(s) would like to initiate contact with me, they can do so via email, phone or letter, and I will respond directly to them.*

I wish you well and I hope that I can be of some help, within these parameters.

Best,

Clair Kaplan, MSN/APRN, MHS, MT(ASCP)
Pronouns: she/her/hers
Director of Clinical Research/Transgender Care Program Director/Clinician
Planned Parenthood of Southern New England
345 Whitney Avenue
New Haven, CT 06511
clair.kaplan@ppsne.org
Office: 203 752-2864; Fax: 203 752-3258/866 235-7771

**Inmate Request Form**
**Connecticut Department of Correction**

CN 9601
REV 1/31/09

Inmate name: Veronica-May Clark          Inmate number: 355139

Facility/Unit: Garner C.I.          Housing unit: G-118          Date: July 18 2018

Submitted to: Medical

Request: I've been sending requests for months now - none have been answered & I filed a Request for Health Services Review and was told no documentation was provided should I attempt to resolve the issues through the sick call process first. And to submit a written request. So I am once again attempting this again. Please attend to the following items. 1.) I am still able to attain and maintain full erections. This is severely traumatizing. I must increase my hormone dosage in order to stop permanently getting erections. 2.) Is my current dosage of hormones equivalent to having vaginoplasty performed!? 3.) My facial hair and chest hair and torso hair and hair on my lower abdomen is severely traumatizing. I must have electrolysys to remove this hair completely. (continued on back) over

continue on back if necessary

Previous action taken:

N/A

continue on back if necessary

Acted on by (print name): STSRVNN          Title: KT

Action taken and/or response:

Seen by D Valletta regarding above on 7/24/18

continue on back if necessary

Staff signature: STSRN          Date: 7/24/18

# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: Veronica-May Clark

Inmate number: 355139

Facility/Unit: Garner C.I.

Housing unit: G-118

Date: July 18, 2018

Submitted to: Medical

Request: I've been sending requests for months now - none have been answered. I filed a Request for Health Services Review and was told no documentation was provided should I attempt to resolve the issues though the sick call process first. And to submit a written request. So I am once again attempting this again. Please attend to the following items. 1) I am still able to attain and maintain full erections. This is severely traumatizing. I must increase my hormone dosage in order to stop permanently getting erections. 2) Is my current dosage of hormones equivalent to having vaginoplasty performed!? 3) My facial hair and chest hair and torso hair and hair on my lower abdomen is severly traumatizing. I must have electrolosys to remove this hair completely. (continued on back) over

continue on back if necessary

Previous action taken:

N/A

continue on back if necessary

Acted on by (print name): STRENNO

Title: KT

Action taken and/or response:

Seen by D Valletta regarding above on 7/24/18

contipue on back if necessary

Staff signature: STREN

Date: 7/24/18

4) I sent you a request asking you to please contact Clair Kaplan, APRN at Planned Parenthood in New Haven on June 23rd, 2018, in order to consult with her on a provider-to-provider basis. I will gladly sign any forms needed in order to discuss with her my medical information. Clair Kaplan, APRN, has offered to help me in this way. 5) I must have facial feminization surgery and have my hairline reconstructed and have my addam's apple reduced. 6) My muscle mass is traumatizing. I haven't exercised in over two years and still I see horrible, manly muscles. I need a higher dosage of hormones to reduce my muscle mass. 7) I have nightmares over my male-pattern baldness. Please tell me if my current dosage will stop this... Please, help me. I do not know how to communicate how much pain I'm in because of what I just mentioned. without using some very uncivilized speech and going on a hurtful tirade of words. I'm dying. Please, help me. I've already tried doing the surgery myself. Please, I need the surgery.

                                          - Veronica♡May

Veronica

VERONICA

VERONICA

Veronica

4.) I sent you a request asking you to please contact Clair Kaplan, APRN at Planned Parenthood in New Haven on June 23rd, 2018, in order to consult with her on a provider-to-provider basis. I will gladly sign any forms needed in order to discuss with her my medical information. Clair Kaplan, APRN, has offered to help me in this way. 5.) I must have facial feminization surgery and have my hairline reconstructed and have my addam's apple reduced. 6.) My muscle mass is traumatizing. I haven't exersized in over two years and still I see horrible, manly muscles. I need a higher dosage of hormones to reduce my muscle mass. 7.) I have nightmares over my male-pattern baldness. Please tell me if my current dosage will stop this... Please, help me. I do not know how to communicate how much pain I'm in because of what I just mentioned without using some very uncivilized speech and going on a hurtful tirade of words. I'm dying. Please, help me. I've already tried doing the surgery myself. Please, I need the surgery.

-Veronica♡May

**Connecticut Department of Correction**

# Administrative Remedies

For Inmate Number : 00355139

| AR ID | Group | Received | Inmate Number | Inmate Name | Originating Facility Name | Date FWD | FWD To | Appealed | Due Date |
|-------|-------|----------|---------------|-------------|---------------------------|----------|--------|----------|----------|
| 19787 | CMHC | 12/3/2018 | 00355139 | CLARK,NICHOLAS | GARNER CI | 12/3/2018 | Peter O'Shea(Dentist) | No | 1/2/2019 |
| | **Type** | | **Discipline** | | **Response Date** | | **Final** | **Informal Resol. Verified** | **Resolution Name** |
| | Administrative/Other | | Dental | | 12/11/2018 | | Yes | Yes | Upheld |
| | **Summary** | | Inmate stated he wrote several times to have his teeth cleaned and bonded. Result: Upheld. Inmate was seen by dentist on 12/11/18 and also a routine follow up was suggested to inmate. | | | | | **Category** | Waiting Time/Access Issues |

| AR ID | Group | Received | Inmate Number | Inmate Name | Originating Facility Name | Date FWD | FWD To | Appealed | Due Date |
|-------|-------|----------|---------------|-------------|---------------------------|----------|--------|----------|----------|
| 18553 | CMHC | 7/13/2018 | 00355139 | CLARK,NICHOLAS | GARNER CI | | | No | 7/28/2018 |
| | **Type** | | **Discipline** | | **Response Date** | | **Final** | **Informal Resol. Verified** | **Resolution Name** |
| | Treatment/Diagnosis | | Medical | | 7/13/2018 | | Yes | No | Returned without Disposition |
| | **Summary** | | I/M is stating that he has been trying to get answers to numerous questions regarding still having erections, body hair still on face and chest, and he is also asking for information regarding current hormone therapy. Result: Returned without disposition: IM did not produce any documentation of resolving these matters through the sick call process. This needs to be addressed through the sick call process first before an administrative remedy is submitted. | | | | | **Category** | Medical Care |

| AR ID | Group | Received | Inmate Number | Inmate Name | Originating Facility Name | Date FWD | FWD To | Appealed | Due Date |
|-------|-------|----------|---------------|-------------|---------------------------|----------|--------|----------|----------|
| 18234 | CMHC | 6/1/2018 | 00355139 | CLARK,NICHOLAS | GARNER CI | | | No | 6/16/2018 |
| | **Type** | | **Discipline** | | **Response Date** | | **Final** | **Informal Resol. Verified** | **Resolution Name** |
| | Treatment/Diagnosis | | Medical | | 6/1/2018 | | Yes | No | Returned without Disposition |
| | **Summary** | | inmate listed 8 questions on 1 administrative form Response: inmate reminded to list 1 issue on administrative form, must complete 1 form for each issue. Returned without disposition - seen by MD on 5/23/18 reassured of current plan - all questions answered by MD, also reminded to complete concerns on inmate request form. | | | | | **Category** | Medical Care |

| AR ID | Group | Received | Inmate Number | Inmate Name | Originating Facility Name | Date FWD | FWD To | Appealed | Due Date |
|-------|-------|----------|---------------|-------------|---------------------------|----------|--------|----------|----------|

Connecticut Department of
Correction

# Administrative Remedies

For Inmate Number : 00355139

| 18050 | CMHC | 4/30/2018 | 00355139 | CLARK,NICHOLAS | GARNER CI | 4/30/2018 | Gerald Valletta(Principal Physician) | No | 5/15/2018 |
|---|---|---|---|---|---|---|---|---|---|
| **Type** | | **Discipline** | | **Response Date** | | **Final** | **Informal Resol. Verified** | **Resolution Name** | |
| Treatment/Diagnosis | | Medical | | 5/23/2018 | | Yes | No | No further action | |
| **Summary** | | "Today is the fourthe day in a row I was not able to take my estradiol because I was told by the med person it's expired.  it needs to be renewed.  Dr. Valletta needs to renew it.  "I'm transgender.  I need treatment. I've already attempted the surgical castration to stop the androgens.  Please help me. When I went to see the endocrinologist at UCONN health center I was told they needed to understand what was going on so that they could properly help me.. If I am not helped properly I will be forced to tke legal action and we both know you will all look like idiots in court. This is cruel an unusual punishment.  This I not consistent with community standards of care.  had I remained free, I'd have fully transgendered by now.  You people are the only thing preventing me from doing so in here.  I could have afforded the best care and insurance out there.<br><br>RESPONSE:<br>no change in treatment - seen by MD and reassurance of current plan discussed | | | **Category** | | Medical Care | |

| AR ID | Group | Received | Inmate Number | Inmate Name | Originating Facility Name | Date FWD | FWD To | Appealed | Due Date |
|---|---|---|---|---|---|---|---|---|---|
| 16858 | CMHC | 4/9/2018 | 00355139 | CLARK,NICHOLAS | GARNER CI | 4/9/2018 | Gerald Valletta(Principal Physician) | No | 4/24/2018 |
| **Type** | | **Discipline** | | **Response Date** | | **Final** | **Informal Resol. Verified** | **Resolution Name** | |
| Treatment/Diagnosis | | Medical | | 5/23/2018 | | Yes | No | No further action | |
| **Summary** | | "Hello - I been told by Dr. Valletta that I'd going to have surgery for my hernia.  It's been a while. Last summer, I think.  Please could you update me on approximately when I'll be going."<br><br>RESPONSE:<br>seen by MD - reassurance of plan explained | | | **Category** | | Medical Care | |

| AR ID | Group | Received | Inmate Number | Inmate Name | Originating Facility Name | Date FWD | FWD To | Appealed | Due Date |
|---|---|---|---|---|---|---|---|---|---|
| 16857 | CMHC | 4/9/2018 | 00355139 | CLARK,NICHOLAS | GARNER CI | 4/9/2018 | Gerald Valletta(Principal Physician) | No | 4/24/2018 |
| **Type** | | **Discipline** | | **Response Date** | | **Final** | **Informal Resol. Verified** | **Resolution Name** | |
| Treatment/Diagnosis | | Medical | | 5/23/2018 | | Yes | No | No further action | |

**Connecticut Department of Correction**

# Administrative Remedies

For Inmate Number : 00355139

| Summary | "Hello I am transgender woman. I'd sent some requests but they were unanswered, about scheduling an appointment to see the endocrinologist about raising my hormone levels. I would like to know how much longer until I can start taking the maximum 400millligrams of spironolactone and 4 milligrams of estrogen. And also how much longer until I can take the estrogen via injection? Thank you my dysphonia is still so very high.<br><br>Response:<br>seen by MD & reassured of current plan | Category | Medical Care |
|---|---|---|---|

| AR ID | Group | Received | Inmate Number | Inmate Name | Originating Facility Name | Date FWD | FWD To | Appealed | Due Date |
|---|---|---|---|---|---|---|---|---|---|
| 18051 | CMHC | 4/30/2018 | 00355139 | CLARK,NICHOLAS | GARNER CI | 4/30/2018 | Gerald Valletta(Principal Physician) | No | 5/15/2018 |

| Type | Discipline | Response Date | Final | Informal Resol. Verified | Resolution Name |
|---|---|---|---|---|---|
| Treatment/Diagnosis | Medical | | No | No | |

| Summary | "Today is the fourthe day in a row I was not able to take my estradiol because I was told by the med person it's expired. it needs to be renewed. Dr. Valletta needs to renew it. "I'm transgender. I need treatment. I've already attempted the surgical castration to stop the androgens. Please help me. When I went to see the endocrinologist at UCONN health center I was told they needed to understand what was going on so that they could properly help me.. If I am not helped properly I will be forced to tke legal action and we both know you will all look like idiots in court. This is cruel an unusual punishment. This I not consistent with community standards of care. had I remained free, I'd have fully transgendered by now. You people are the only thing preventing me from doing so in here. I could have afforded the best care and insurance out there. | Category | |
|---|---|---|---|

| AR ID | Group | Received | Inmate Number | Inmate Name | Originating Facility Name | Date FWD | FWD To | Appealed | Due Date |
|---|---|---|---|---|---|---|---|---|---|
| 14539 | CMHC | 5/30/2017 | 00355139 | CLARK,NICHOLAS | GARNER CI | 6/1/2017 | Gerald Valletta(Principal Physician) | No | 6/14/2017 |

| Type | Discipline | Response Date | Final | Informal Resol. Verified | Resolution Name |
|---|---|---|---|---|---|
| Treatment/Diagnosis | Medical | 6/14/2017 | Yes | No | No further action |

**Connecticut Department of Correction**

# Administrative Remedies

For Inmate Number : 00355139

| Summary | inmate notes he is transgender and has been requesting for treatment, wrote several request to ADA and is requesting for transitional healthcare.  He notes he has not received a response and notes " I have already last summer, been driven to attempt self surgical castration using a pair of nail dippers in order to alleviate the psychological trauma of being ignored by the doc medical staff.  I shudder to think I may actually have to do it again, although this time I will succeed.  You really have no idea what your barbaric practices are doing to me.  Please, I beg of you treat my serious medical need.  Allow me access to transitional health care including but not limited to: hairline reconstruction, electrolysis hair removal for face and body hair, facial feminizing surgery, addams apple reduction, speech therapy gender reassignment surgery, hormone therapy, hip implants, breast augmentation." <br><br> UR put in for endocrinology consult - waiting for response | Category | Medical Care |
|---|---|---|---|

| AR ID | Group | Received | Inmate Number | Inmate Name | Originating Facility Name | Date FWD | FWD To | Appealed | Due Date |
|---|---|---|---|---|---|---|---|---|---|
| 11550 | CMHC | 9/27/2016 | 00355139 | CLARK,NICHOLAS | GARNER CI | 9/29/2016 | Gerald Valletta(Principal Physician) | No | 10/12/2016 |

| Type | Discipline | Response Date | Final | Informal Resol. Verified | Resolution Name |
|---|---|---|---|---|---|
| Treatment/Diagnosis | Medical | 10/3/2016 | Yes | Yes | No further action |

| Summary | Inmate states "I am a transgender woman and I'm filing a health service review.  I have been continually denied access going on 6 months how to transition related health care.  I attempted to self treat.  I went to UCONN for treatment after my attempt.  I asked if they could please refer me to someone who could help.  they assured me they would but still as I write these words I wait.  I must have access to transition related health care. including but not limited to hormone therapy  laser hair removal gender reassignment surgery facial reconstruction surgery so I request allow me access to transition related health care. <br><br> Outcome: Seen by MD on 10/3/16 I'm informed that current practices at CMHC/DOC are that hormonal/transitional therapy will be continued but not initiated upon incarceration. | Category | Medical Care |
|---|---|---|---|

| AR ID | Group | Received | Inmate Number | Inmate Name | Originating Facility Name | Date FWD | FWD To | Appealed | Due Date |
|---|---|---|---|---|---|---|---|---|---|
| 11332 | CMHC | 9/1/2016 | 00355139 | CLARK,NICHOLAS | GARNER CI | | | No | 9/16/2016 |

| Type | Discipline | Response Date | Final | Informal Resol. Verified | Resolution Name |
|---|---|---|---|---|---|
| Treatment/Diagnosis | Medical | 9/6/2016 | Yes | No | Returned without Disposition |

**Connecticut Department of
Correction**

# Administrative Remedies

For Inmate Number : 00355139



| Summary | Category | Medical Care |
|---|---|---|
| Inmate states "I am a transgender woman and I'm filing this because I have been continually denied access going on five months now to transition related health care. It would be impossible to overstate the internal psychological trauma I experience every moment of every day I go without treatment.  I must have access to transition related health care.  My body must simply align with my gender. I ask to please allow me access to transition related health care.<br><br>Outcome: No documentation of an attempt to informally resolve this through the sick call process.  Complete an inmate request form stating the specific problem, what has been done to resolve the problem and what you expect to be done for the problem. | | |



# STATE OF CONNECTICUT
## DEPARTMENT OF CORRECTION
### External Affairs Division

## FREEDOM OF INFORMATION UNIT



Dannel P. Malloy
Governor

Scott Semple
Commissioner

1/15/19

Clark, Nicholas # 355139 – Gulf unit


Re: FOI request dated 1/11/19   RE: medical grievances

The documents responsive to your Freedom of Information request are ready for dissemination.

After review of your inmate account, as of today, you do not have enough money to cover the cost of the copies, nor are you found to be indigent in accordance with definition of "indigent inmate" as found in administrative directive 6.10.

Your account will be reviewed periodically to see if you become indigent and at that time, your documents will be provided to you at no cost. However, if you should have money to cover the cost of your copies, you must submit a special request form to myself for processing in the amount $1.25 (@ .$25 per copy) to cover the cost of the copies. Some of the information may have been redacted or removed for safety and security reasons.

Once your check is cleared, you will receive your copies.



Sincerely,

CC Hakins
Freedom of Information Unit

24 Wolcott Hill Road ◆ Wethersfield, Connecticut 06109
Website: www.ct.gov/doc ◆ Email: doc.foi@po.state.ct.us

*An Affirmative Action/Equal Opportunity Employer*



# Inmate Administrative Remedy Form
## Connecticut Department of Correction

CN 9602
REV 9/20/17

| | |
|---|---|
| Facility/Unit: Garner C.I. | Date: January 29th, 2019 |
| Inmate name: Veronica-May Clark | Inmate number: 355139 |

**SECTION 1: SELECT ADMINISTRATIVE REMEDY A, B or C BELOW.**

Follow the instructions and Refer to Section 2 below
*(for property claims, complete form CN 9609, Lost/Damaged Property Investigation Form and deposit in the 'Administrative Remedies' box).*

**A.** ☐ | I am filing a Grievance.
- Prior to filing a grievance, you must attempt informal resolution.
- Attach a copy of CN 9601, Inmate Request Form with the staff member's response **OR** state in Section 4 the reason why the form is not attached.
- Grievances must be filed within 30 days of the occurrence or discovery of the cause of the grievance.

**B.** ☑ | I am requesting a Health Services Review:

| ☐ All Other Health Care Issues | ☑ Diagnosis/Treatment | **Complete Section 4** |
|---|---|---|

**C.** ☐ | I am filing an Appeal of a (select one below): *(Appeals must be filed within 15 days of notification of a decision.)*

| ☐ Disciplinary Action | | > | **Complete Section 3 below** |
|---|---|---|---|
| ☐ Special Management Decision | ☐ Classification Decision | > | |
| ☐ Media Review Committee Decision | ☐ Furlough Decision | > | |
| ☐ Security Risk Group Designation | ☐ ADA Decision | > | **Complete Section 4** |
| ☐ Determination of Grievance Process Abuse | ☐ Rejection of Outside Tapes/CDs | > | |
| | ☐ Rejection of Correspondence | > | |

**SECTION 2: OTHER REQUIREMENTS FOR USING THE INMATE ADMINISTRATIVE REMEDY PROCEDURE**
- Read and comply with the instructions below, then complete Section 4 (State the Problem) on the reverse side.

- Only one request for an administrative remedy must be submitted on this form.
- The request for an administrative remedy and the action sought should be stated simply and coherently.
- The length of this request for an administrative remedy shall be restricted to the space available in Section 4 and one (1) additional 8 1/2 x 11 inch page.
- This request for an administrative remedy must be free of obscene or vulgar language or content.
- This request for an administrative remedy must be filed by the inmate who is personally affected by the subject of the request and shall not be filed by an inmate on behalf of another.
- A repetitive request for administrative remedy may not be filed by the same inmate when a final response has been provided and there has been no change in any circumstances that would affect the response; or when the initial request for an administrative remedy is still in process.

**SECTION 3: DISCIPLINARY SECTION – Complete this Section for a Disciplinary Appeal ONLY**
- You may file a Disciplinary Appeal **ONLY** if you have pleaded not guilty and have been found guilty at a disciplinary hearing.
- If so, complete this section; then complete Section 4 (State the Problem) on the reverse side. >>>

| Offense: | Report date: |
|---|---|
| Facility where hearing was conducted: | Date of hearing: |

| Did you have an advisor? | ☐ yes ☐ no | If yes, name of advisor: | |
|---|---|---|---|
| Did you identify witness (es) to the investigator? | ☐ yes ☐ no | Did your witness (es) testify? | ☐ yes ☐ no |

Name(s) of any witness(es):

# CONFIDENTIAL
(FOR OFFICIAL USE ONLY)

Inmate name: Veronica-May Clark

Inmate number: 355139

Housing: G-118

## SECTION 4: STATE THE PROBLEM AND REQUESTED RESOLUTION

- Provide any factual information that is applicable, including any responses from staff.
- State the action that you think should be taken to resolve the problem.
- PLEASE PRINT.

As noted in your files, I have been filing requests & grievances regarding this issue for almost 3 years now. I have been ignored. If I am called down to see Dr. Valletta, he lets me tell him what the issue is and then tells me he can't help me and then writes "seen I/m on date". None of my questions have ever been answered. I would like answers in writing to the following: 1) I have sent numerous requests for the forms to sign (HIPAA) so that you may discuss my transitional care with Planned Parenthood of CT in New Haven, where Claire Kaplan, APRN/MSN/, MHS, MT(ASC), Director of Clinical Research/Transgender Care Program Director/Clinician, who has already agreed to help me by way of provider-to-provider consultation regarding my care. Enclosed you will find a copy of her letter to me. I have been asking you for months now to do this and you have ignored me. ~~#~~ Is it consistent with community standards of care to deny a patient access to a second opinion regarding their care? No, it is not. 2) I have been told by you that I'm taking the maximum dosage of spironolactone (100mg/day) & estradiol (2mg/day). When I asked you why everything I've been reading says it's between 100 (spironolactone) mg/day - 400mg/day of spironolactone and for the estradiol it's between 2mg & 6mg/day and the other transgender girl here in the unit was initially 25mg/day estradiol, and the reason was "everyone's different". This is unacceptable. I don't need to remind you just how stressful this is. There's no going back in time, I must be given the full dose of hormones that will bring about the necessary changes I need in order to feel comfortable. 3) I was supposed to see the endocrinologist in September, 2018. Why haven't I seen endocrinology yet? 4) I would like a schedule of dates when I will be receiving all of the surgeries I need (facial reconstruction/feminization, hairline reconstruction, adam's apple reduction, electrolysis/hair removal of facial hair, neck, chest, torso, stomach & pelvic area, breast augmentation, gender reassignment, hip augmentation). I have already attempted to self-treat because you have ignored me by way of surgical castration using nail clippers, for which I was rushed to the ER. The APA has labelled gender dysphoria a serious medical need. None of the treatments listed above are "elective" or "cosmetic" for a transgender woman. I need them in order to alleviate my dysphoria.

Inmate signature: Veronica-May Clark

Date: January 29th, 2019

- For all remedies except health services, deposit this form in the Administrative Remedies box.
- For a health services issue, deposit this form in the Health Services box.

## SECTION 5: DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW

| Date Received: | IGP #: | T#: |
|---|---|---|

| Disposition: | Date of Disposition: |
|---|---|

Reason:

☐ You have exhausted DOC's Administrative Remedies.      ☐ This matter may be appealed to:

| Signature: | Date: |
|---|---|

*Passed over to Medical*

# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: Veonica-May Clark

Inmate number: 355139

Facility/Unit: Garner C.I.

Housing unit: G-118

Date: Feb 7, 2019

Submitted to: Medical

Request: I am a transgender woman. I would like an answer in writing to the following question: Is my current dosage of spironolactone 100 mg/day equivalent to having had gender reassignment performed? If the answer is no, I would like my dosage raised until I can have the surgery. If I am not eligible yet for the surgery and the answer is no, I would like surgical castration performed.

Thank you,

Veronica & May

CC: Personal File

**continue on back if necessary**

Previous action taken:

**continue on back if necessary**

Acted on by (print name): | Title:

Action taken and/or response:

**continue on back if necessary**

Staff signature: | Date:

TO:        All Inmates

FROM:    Warden Corcella

SUBJECT:    Administrative Directive 9.6 (Inmate Administrative Remedy Section 6-A)

A.    The Unit Administrator shall post in each housing unit a list of staff members to whom inmate requests should be addressed to for each of the grieveable subjects. The Subject are as follows:

**The Inmate shall submit a written request via CN9601, Inmate Request Forms.**

1)  Sentence Computation ………………………............Unit Counselor
2)  Department Policy/Procedure ……….....................Unit Manager
3)  Unit Policy/Procedure ………………………………Unit Counselor
4)  Grievance/Procedure ……………………...........Deputy Warden of  Programs and Treatment
5)  Personal Safety …………………………….....Unit Manager
6)  Physical Conditions ……………………………… Unit Manager
7)  Recreation/Library ……………………………..... Unit Counselor
8)  Personal Property ………………………….......... Unit Treatment Officer (CTO)
9)  Inmate Account …………………………………... Unit Treatment Officer (CTO)
10) Telephone Privileges ………………………........ Unit Treatment Officer (CTO)
11) Record Maintenance ……………………………... Unit Counselor
12) Media Access …………………………………..... Unit Manager
13) Food …………………………………………………Unit Manager
14) Clothing ……………………………………… Unit Treatment Officer (CTO)
15) Mail …………………………………......... Legal Mail – Unit Manager
                                    Other Mail – Unit Treatment Officer (CTO)
16) Visiting ……………………………………….... Unit Counselor
17) Inmate Conduct …………………………….......... Unit Counselor
18) Staff Conduct ………………………………….

                    Employee's Immediate Supervisor
                    Officer, CTO, Counselor – Unit Manager
                    Unit Manager – Deputy Warden
                    Deputy Warden – Warden

19) Employment …………………………….................. Unit Treatment Officer (CTO)
20) Legal Access …………………………………..Unit Counselor
21) Commissary ………………………………………Unit Treatment Officer (CTO)
22) Religion ………………………………………….... Unit Counselor

HIPAA (copy) .......... to Medical



# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: Veronica - May Clark

Inmate number: 355139

Facility/Unit: Garner C.I

Housing unit: G-118

Date: Feb 7, 2019

Submitted to: Medical

Request: I am a transgender woman. Why am I being told I'm taking the maximum doses of spironolactone (100 mg/day) & estradiol (2 mg/day) when everything I've read says transgender women typically take between 100-400 mg spironolactone & 2-4 mg estradiol/day? The other girl here in the unit took 400 mg/day spironolactone & 25 mg/day estradiol. When I asked you this you simply said the reason was "everyone's different". I would like you to contact Clair Kaplan APRN/MSN, MHS, MT(ASCP), Director of Clinical Research / Transgender Care Program Director/Clinician at Planned Parenthood in New Haven. I have enclosed a copy of her letter to me regarding my hormonal care. I also need the HIPAA-authorizing paperwork to sign so you may discuss my medical care

*(continue on back if necessary)*

Previous action taken: with her.

Thank you,

Veronica ♡ May

C.C: Personal File

**continue on back if necessary**

Acted on by (print name):

Title:

Action taken and/or response:

**continue on back if necessary**

Staff signature:

Date:

TO:       All Inmates

FROM:    Warden Corcella

SUBJECT:  Administrative Directive 9.6 (Inmate Administrative Remedy Section 6-A)

      A.    The Unit Administrator shall post in each housing unit a list of staff members to whom inmate requests should be addressed to for each of the grieveable subjects. The Subject are as follows:

**The Inmate shall submit a written request via CN9601, Inmate Request Forms.**

1) Sentence Computation .............................................. Unit Counselor
2) Department Policy/Procedure ........................... Unit Manager
3) Unit Policy/Procedure .......................................... Unit Counselor
4) Grievance/Procedure ........................................... Deputy Warden of Programs and Treatment
5) Personal Safety ......................................... Unit Manager
6) Physical Conditions ........................................ Unit Manager
7) Recreation/Library .................................... Unit Counselor
8) Personal Property ........................................... Unit Treatment Officer (CTO)
9) Inmate Account ............................................. Unit Treatment Officer (CTO)
10) Telephone Privileges ........................................ Unit Treatment Officer (CTO)
11) Record Maintenance ...................................... Unit Counselor
12) Media Access ................................................. Unit Manager
13) Food ............................................................. Unit Manager
14) Clothing ..................................................... Unit Treatment Officer (CTO)
15) Mail ........................................................... Legal Mail – Unit Manager
                            Other Mail – Unit Treatment Officer (CTO)
16) Visiting ....................................................... Unit Counselor
17) Inmate Conduct ............................................. Unit Counselor
18) Staff Conduct ......................................

                         Employee's Immediate Supervisor
                      Officer, CTO, Counselor – Unit Manager
                      Unit Manager – Deputy Warden
                      Deputy Warden – Warden
19) Employment ................................................. Unit Treatment Officer (CTO)
20) Legal Access ............................................... Unit Counselor
21) Commissary ................................................. Unit Treatment Officer (CTO)
22) Religion ..................................................... Unit Counselor

received + itted to Medical

# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: Veronica-May Clark

Inmate number: 355139

Facility/Unit: Garner C.I.

Housing unit: G-118

Date: Feb 7, 2019

Submitted to: Medical

Request: I am a transgender woman. I need my horrible manly hairline reconstructed. I need facial-feminizing surgery/surgeries. I need my adams apple surgically reduced. I need breast augmentation. I need hip augmentation. My dysphoria is so very high.

Thank you,

Veronica ♡ May

CC: Personal File

*continue on back if necessary*

Previous action taken:

*continue on back if necessary*

Acted on by (print name):

Title:

Action taken and/or response:

*continue on back if necessary*

Staff signature:

Date:

TO:        All Inmates

FROM:      Warden Corcella

SUBJECT:   Administrative Directive 9.6 (Inmate Administrative Remedy Section 6-A)

    A.    The Unit Administrator shall post in each housing unit a list of staff members to whom inmate requests should be addressed to for each of the grieveable subjects. The Subject are as follows:

**The Inmate shall submit a written request via CN9601, Inmate Request Forms.**

1) Sentence Computation .................................... Unit Counselor
2) Department Policy/Procedure ........................... Unit Manager
3) Unit Policy/Procedure ..................................... Unit Counselor
4) Grievance/Procedure ..................................... Deputy Warden of Programs and Treatment
5) Personal Safety ............................................. Unit Manager
6) Physical Conditions ....................................... Unit Manager
7) Recreation/Library ........................................ Unit Counselor
8) Personal Property ......................................... Unit Treatment Officer (CTO)
9) Inmate Account ............................................ Unit Treatment Officer (CTO)
10) Telephone Privileges ..................................... Unit Treatment Officer (CTO)
11) Record Maintenance ...................................... Unit Counselor
12) Media Access ............................................... Unit Manager
13) Food .......................................................... Unit Manager
14) Clothing ..................................................... Unit Treatment Officer (CTO)
15) Mail .......................................................... Legal Mail – Unit Manager
                                                             Other Mail – Unit Treatment Officer (CTO)
16) Visiting ..................................................... Unit Counselor
17) Inmate Conduct ........................................... Unit Counselor
18) Staff Conduct ..................................

                                            **Employee's Immediate Supervisor**
                                    **Officer, CTO, Counselor – Unit Manager**
                                    **Unit Manager – Deputy Warden**
                                    **Deputy Warden – Warden**
19) Employment ............................................... Unit Treatment Officer (CTO)
20) Legal Access ............................................... Unit Counselor
21) Commissary ................................................ Unit Treatment Officer (CTO)
22) Religion ..................................................... Unit Counselor

Copies made by hand
original submitted to Med

# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: Veronica-May Clark | Inmate number: 355139

Facility/Unit: Garner C.I. | Housing unit: G-118 | Date: Feb 7, 2019

Submitted to: Medical

Request: I need to see endocrinology. I need to see endocrinology.
I am a transgender woman. I need to see endocrinology.
Thank you,
Veronica + May

CC: Personal File

**continue on back if necessary**

Previous action taken:

**continue on back if necessary**

Acted on by (print name): | Title:

Action taken and/or response:

**continue on back if necessary**

Staff signature: | Date:

TO:        All Inmates

FROM:      Warden Corcella

SUBJECT:   Administrative Directive 9.6 (Inmate Administrative Remedy Section 6-A)

    A.   The Unit Administrator shall post in each housing unit a list of staff members to whom inmate requests should be addressed to for each of the grieveable subjects. The Subject are as follows:

**The Inmate shall submit a written request via CN9601, Inmate Request Forms.**

1) **Sentence Computation** .......................................**Unit Counselor**
2) **Department Policy/Procedure** ...........................**Unit Manager**
3) **Unit Policy/Procedure** .......................................**Unit Counselor**
4) **Grievance/Procedure** .......................................**Deputy Warden of Programs and Treatment**
5) **Personal Safety** .......................................**Unit Manager**
6) **Physical Conditions** .......................................**Unit Manager**
7) **Recreation/Library** .......................................**Unit Counselor**
8) **Personal Property** .......................................**Unit Treatment Officer (CTO)**
9) **Inmate Account** .......................................**Unit Treatment Officer (CTO)**
10) **Telephone Privileges** .......................................**Unit Treatment Officer (CTO)**
11) **Record Maintenance** .......................................**Unit Counselor**
12) **Media Access** .......................................**Unit Manager**
13) **Food** .......................................**Unit Manager**
14) **Clothing** .......................................**Unit Treatment Officer (CTO)**
15) **Mail** .......................................**Legal Mail – Unit Manager**
                                                 **Other Mail – Unit Treatment Officer (CTO)**
16) **Visiting** .......................................**Unit Counselor**
17) **Inmate Conduct** .......................................**Unit Counselor**
18) **Staff Conduct** .......................................
                                                 **Employee's Immediate Supervisor**
                                                 **Officer, CTO, Counselor – Unit Manager**
                                                 **Unit Manager – Deputy Warden**
                                             **Deputy Warden – Warden**
19) **Employment** .......................................**Unit Treatment Officer (CTO)**
20) **Legal Access** .......................................**Unit Counselor**
21) **Commissary** .......................................**Unit Treatment Officer (CTO)**
22) **Religion** .......................................**Unit Counselor**

Hard Copy
Medical



# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: Veronica-May Clark

Inmate number: 355139

Facility/Unit: Garner C.I.

Housing unit: G-118

Date: Feb 7, 2019

Submitted to: Medical

Request: I am still shaving several times/day. My facial hair, neck hair, hair on my chest, abdomen and pelvic region is disgusting. I must have electrolysis performed. I must have I am a transgender woman.

Thank you,

Veronica ♡ May

CC: Personal File

*continue on back if necessary*

Previous action taken:

*continue on back if necessary*

Acted on by (print name): | Title:

Action taken and/or response:

*continue on back if necessary*

Staff signature: | Date:

TO:           All Inmates

FROM:        Warden Corcella

SUBJECT:    Administrative Directive 9.6 (Inmate Administrative Remedy Section 6-A)

   A.   The Unit Administrator shall post in each housing unit a list of staff members to whom inmate requests should be addressed to for each of the grieveable subjects. The Subject are as follows:

**The Inmate shall submit a written request via CN9601, Inmate Request Forms.**

1) **Sentence Computation** ......................................... **Unit Counselor**
2)  **Department Policy/Procedure** ............................. **Unit Manager**
3) **Unit Policy/Procedure** ........................................ **Unit Counselor**
4) **Grievance/Procedure** ......................................... **Deputy Warden of Programs and Treatment**
5) **Personal Safety** ................................................... **Unit Manager**
6) **Physical Conditions** ............................................ **Unit Manager**
7) **Recreation/Library** ............................................. **Unit Counselor**
8) **Personal Property** ............................................... **Unit Treatment Officer (CTO)**
9) **Inmate Account** ................................................... **Unit Treatment Officer (CTO)**
10) **Telephone Privileges** ........................................... **Unit Treatment Officer (CTO)**
11) **Record Maintenance** ............................................ **Unit Counselor**
12) **Media Access** ...................................................... **Unit Manager**
13) **Food** .................................................................... **Unit Manager**
14) **Clothing** ............................................................... **Unit Treatment Officer (CTO)**
15) **Mail** .................................................................... **Legal Mail – Unit Manager**
                                                          **Other Mail – Unit Treatment Officer (CTO)**
16) **Visiting** ................................................................ **Unit Counselor**
17) **Inmate Conduct** .................................................. **Unit Counselor**
18) **Staff Conduct** ......................................
                                          **Employee's Immediate Supervisor**
                                          **Officer, CTO, Counselor – Unit Manager**
                                          **Unit Manager – Deputy Warden**
                                          **Deputy Warden – Warden**
19) **Employment** ........................................................ **Unit Treatment Officer (CTO)**
20) **Legal Access** ....................................................... **Unit Counselor**
21) **Commissary** ........................................................ **Unit Treatment Officer (CTO)**
22) **Religion** ............................................................... **Unit Counselor**

After receiving the medical grievance FOI
I saw a substantial amount of grievances were not included
and saw misinformation written by Dr. Vallette.
  • I was not informed to list only one issue/grievance
    I only just learned this information upon receiving the FOI
  • Also I had health insurance before ~~being~~ ~~to prison~~ being imprisoned
  • Also, none of my questions were answered - Dr. Vallette basically
    let me speak, and then told me it was above and beyond
    what he could do - or something similar.
  • I was given no treatment options or anything.
I have tried begging, pleading, having a professional tone, and have
even attempted to let my ~~the~~ tone fall to a level that is beneath
me - but nothing has worked.
  I've sent so many requests - they just seem to disappear.
  I thought + medical would have been keeping track of my
  requests - how foolish of me.
  I have started copying by hand every request I'm sending
  now as of Feb 7, 2019.
  They pretend I don't send them requests.
  My hormones have twice - for one week each time - been
  absent. They told me " Dr. Vallette has to reorder it - the
  prescription's expired "
  I sent requests numerous times each time this happened
  and was ignored. ~~I fil~~
  I filed grievances and they, too just disappeared
  Where are all my requests & grievances going?

*Hard copy to Medical*



# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: Veronica-May Clark

Inmate number: 355139

Facility/Unit: Garner C.I.

Housing unit: G-118

Date: Feb 16, 2019

Submitted to: Medical

Request: I've been sending you requests about my transitional health care for almost 3 years now and also have been filing grievances after grievance, the vast majority of which (both requests & grievances) simply disappear. Where do you put them all? Are you just throwing them in the garbage? WHAT IS HAPPENING!?! My hormones are still far too low. I need you to consult with a specialist who knows how to treat my gender dysphoria. I have been requesting this for almost a full year now. I am suffering. Please help me. I have tried reasoning with you, pleading, begging, and even have allowed my speech at times to fall far beneath my standards (when speaking of taking legal action against

*continue on back if necessary*

Previous action taken: you) Please help me.

— Veronica ♥ May

*continue on back if necessary*

Acted on by (print name):

Title:

Action taken and/or response:

*continue on back if necessary*

Staff signature:

Date:

# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: Veronica-May Clark

Inmate number: 355139

Facility/Unit: Garner C.I.

Housing unit: G-105

Date: 2-28-19

Submitted to: FOI COORDINATOR

Request: Hi. Could I please have all incident reports, photographs, video, and all other documents, both medical & non medical documents, pertaining to the incident that occurred while I was at Cheshire C.I. that happened on or about July 15th, 2016 when I was taken to the ER at Uconn Hospital.

Thank you,

Forever,

Veronica May

*continue on back if necessary*

Previous action taken:

RECEIVED

MAR - 4

*continue on back if necessary*

Acted on by (print name):

Title:

Action taken and/or response:

See acknowledgment letter dated 3/6/19 - Kelleen

*continue on back if necessary*

Staff signature:

Date:

Inmate Request Form

**Connecticut Department of Correction**

CN 9601
REV 1/31/09



| Inmate name: Veronica-May Clark | | Inmate number: 355139 |
|---|---|---|
| Facility/Unit: Garner C.I. | Housing unit: G-105 | Date: March 1, 2019 |

Submitted to: Medical Supervisor

Request: I've been writing for several years now to be treated for my gender dysphoria. I am a transgender woman. I've been very patient in hopes of receiving the proper transitional health care that I need, including but not limited to: Hormone therapy, laser/electrolosys hair removal, Gender reassignment surgery, facial feminization surgery, breast augmentation, hip augmentation, trachial surgery. This is an URGENT request, so please return with your response.

CC: Personal file

*continue on back if necessary*

Previous action taken:

*continue on back if necessary*

| Acted on by (print name): | Title: |
|---|---|

Action taken and/or response:

*continue on back if necessary*

| Staff signature: | Date: |
|---|---|

G-108

      

# STATE OF CONNECTICUT
# DEPARTMENT OF CORRECTION
### Garner Correctional Institution
### 50 Nunnawauk Road
### Newtown, CT 06470

## FREEDOM OF INFORMATION UNIT

Ned Lamont
Governor

Rollin Cook
Commissioner

3/6/19

Clark, Nicholas # 355139 – Gulf unit

Re: FOI request dated 2/28/19

Attached is an FOI request I received from you today; however, this request is unable to be processed through my office, as I do not have access to your medical records. It is being returned to you so you can forward it to the following:

Chief Operating Officer, Dr. Richeson at CT DOC Health Services.

This completes this FOI request with my office.

Sincerely,

CC Hakins
Correctional Counselor
Freedom of Information Liasion
50 Nunnawauk Road
Newtown, CT 06470



**Inmate Request Form**

**Connecticut Department of Correction**

CN 9601
REV 1/31/09

| | |
|---|---|
| Inmate name: Veronica-May Clark | Inmate number: 355139 |

Facility/Unit: Garner C.I.     Housing unit: G-105     Date: March 6, 2019

Submitted to: Mental Health

Request: Hi. I am very very extremely stressed out over medical's refusal to return any of my requests or grievances in the past year or so. Everything I send them seems to just disappear. Nothing is responded to. It's all to do with my transitional health care. I'm so stressed out. It's difficult to function with my very high levels of dysphoria as it is. But to add medical's deliberate indifference to my pain and suffering is simply unbearable.

*continue on back if necessary*

Previous action taken:

*continue on back if necessary*

Acted on by (print name):        Title:

Action taken and/or response:

3/8/19 - *[illegible signature]*

*continue on back if necessary*

Staff signature:        Date:

G105



# STATE OF CONNECTICUT
# DEPARTMENT OF CORRECTION
## Garner Correctional Institution
## 50 Nunnawauk Road
## Newtown, CT 06470

## FREEDOM OF INFORMATION UNIT



Ned Lamont
Governor

Rollin Cook
Commissioner

3/8/19

Clark, Nicholas # 355139 – Gulf unit

Re: FOI request dated 3/3/19

Attached is an FOI request I received from you today; however, this request is unable to be processed through my office, as I do not have access to your medical records. It is being returned to you so you can forward it to the following:

Chief Operating Officer, Dr. Richeson at CT DOC Health Services.

This completes this FOI request with my office.

Sincerely,

CC Hakins
Correctional Counselor
Freedom of Information Liasion
50 Nunnawauk Road
Newtown, CT 06470



# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: Veronica-May Clark     Inmate number: 355139

Facility/Unit: Garner C.I.     Housing unit: G-105     Date: March 8 2019

Submitted to: Deputy Warden Egan

Request: Hello! I wanted to write to you to let you know that I've been writing requests to medical for almost 3 years now regarding transitional health care, and for the last year or so I haven't gotten any requests or grievances I've filed back. They just disappear.

         Thank you for your time,

         Veronica May

CC: Personal file

*continue on back if necessary*

Previous action taken:

*continue on back if necessary*

Acted on by (print name):     Title:

Action taken and/or response:

*continue on back if necessary*

Staff signature:     Date:



# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

| Inmate name: Veronica-May Clark | | Inmate number: 355139 |
|---|---|---|

| Facility/Unit: Garner C.I. | Housing unit: G-105 | Date: March 8, 2019 |
|---|---|---|

Submitted to: Medical Supervisor.

Request: Hi. Yesterday I was called down to Mental Health because I'd written a request about how horribly stressed out I am over Medical's ignoring my requests & grievances. They just seem to disappear over the last year or so. I spoke with a new worker, last name Bush, and I would like to never see him again for any of my sessions in Mental Health. He was quite antagonistic from the start, calling me a murderer, and telling me I was a danger to society. I spent the rest of the session trying to prove to him I was a good person and I left there feeling much, much worse than before. Please instruct Mr. Bush to stop this kind of behavior. If I'm ever called down and it's him, I will not speak to him. His overall attitude was one of hostility towards prisoners in general and that he disagreed with "the State

*continue on back if necessary*

Previous action taken: paying for my transitional health care" - which has been deemed a serious medical need by the American Psychiatric Association. Please instruct Mr. Bush to stop judging books by their covers, that there are lots of people in prison who are not what they'd like them to be, and that there is a very clear difference between being convicted of something & actually doing it, and also there is a very clear difference

*continue on back if necessary*

| Acted on by (print name): between the words alleged & practice. | Title: Of course, these are all |
|---|---|

Action taken and/or response: things Mr. Bush already knows. One last thing, please instruct Mr. Bush to stop pretending that he would be any different than any of the inmates or gang members here in the CT DOC were he to be molded as they all were from birth to believe in such a way. Please remind Mr. Bush of his leaders, who they were, the difference between his leaders, and the rest of ours. Thank you so very much for your time. I expect a response ~~(illegible)~~

~~(illegible crossed out text)~~

Truer, Veronica ~~May~~

CC: Personal File

*continue on back if necessary*

| Staff signature: | Date: |
|---|---|



**Inmate Request Form**
### Connecticut Department of Correction

CN 9601
REV 1/31/09

| | |
|---|---|
| Inmate name: Veronica-May Clark | Inmate number: 355139 |

Facility/Unit: Garner C.I.      Housing unit: G-105      Date: March 9, 2019

Submitted to: Yolanda Acosta / Medical Records Clerk

Request: Hi. I was told by the FOI coordinator, Hetirs, to send Chief Operating Officer Dr. Richeson at CT Doc Health Services any request for the following information: could I please have all incident reports, photographs, video, and all other documents, both medical & non medical documents, pertaining to the incident that occurred while I was at Cheshire C.I. that happened on or about July 15th, 2016, when I was taken to the ER at UConn Hospital. Also all of my information from the several weeks after when I was taken to MacDougall C.J.'s infirmary. Thank you Forever, Veronica-May

cc: Personal file

*continue on back if necessary*

Previous action taken:

*continue on back if necessary*

Acted on by (print name): Yolanda Acosta      Title: MRS II

Action taken and/or response: Your request will be forwarded to RCOO Richeson for Further investigation.

*continue on back if necessary*

Staff signature: YA      Date: Mar. 21, 2019



# Inmate Administrative Remedy Form
## Connecticut Department of Correction

CN 9602
REV 9/20/17

| Facility/Unit: Garner C.I. / G-105 | Date: March 21, 2019 |
|---|---|
| Inmate name: Veronica May Clark | Inmate number: 355139 |

### SECTION 1: SELECT ADMINISTRATIVE REMEDY A, B or C BELOW.

Follow the instructions and Refer to Section 2 below
*(for property claims, complete form CN 9609, Lost/Damaged Property Investigation Form and deposit in the 'Administrative Remedies' box).*

**A.** ☐ **I am filing a Grievance.**
- Prior to filing a grievance, you must attempt informal resolution.
- Attach a copy of CN 9601, Inmate Request Form with the staff member's response **OR** state in Section 4 the reason why the form is not attached.
- Grievances must be filed within 30 days of the occurrence or discovery of the cause of the grievance.

**B.** ☑ **I am requesting a Health Services Review:**

| ☑ All Other Health Care Issues | ☐ Diagnosis/Treatment | **Complete Section 4** |
|---|---|---|

**C.** ☐ **I am filing an Appeal of a (select one below):** *(Appeals must be filed within 15 days of notification of a decision.)*

| ☐ Disciplinary Action | | > | **Complete Section 3 below** |
|---|---|---|---|
| ☐ Special Management Decision | ☐ Classification Decision | > | |
| ☐ Media Review Committee Decision | ☐ Furlough Decision | > | |
| ☐ Security Risk Group Designation | ☐ ADA Decision | > | **Complete Section 4** |
| ☐ Determination of Grievance Process Abuse | ☐ Rejection of Outside Tapes/CDs | > | |
| | ☐ Rejection of Correspondence | > | |

### SECTION 2: OTHER REQUIREMENTS FOR USING THE INMATE ADMINISTRATIVE REMEDY PROCEDURE
Read and comply with the instructions below, then complete Section 4 (State the Problem) on the reverse side.

- Only one request for an administrative remedy must be submitted on this form.
- The request for an administrative remedy and the action sought should be stated simply and coherently.
- The length of this request for an administrative remedy shall be restricted to the space available in Section 4 and one (1) additional 8 1/2 x 11 inch page.
- This request for an administrative remedy must be free of obscene or vulgar language or content.
- This request for an administrative remedy must be filed by the inmate who is personally affected by the subject of the request and shall not be filed by an inmate on behalf of another.
- A repetitive request for administrative remedy may not be filed by the same inmate when a final response has been provided and there has been no change in any circumstances that would affect the response; or when the initial request for an administrative remedy is still in process.

### SECTION 3: DISCIPLINARY SECTION – Complete this Section for a Disciplinary Appeal ONLY
- You may file a Disciplinary Appeal **ONLY** if you have pleaded not guilty and have been found guilty at a disciplinary hearing.
- If so, complete this section; then complete Section 4 (State the Problem) on the reverse side. >>>

| Offense: | Report date: |
|---|---|
| Facility where hearing was conducted: | Date of hearing: |

| Did you have an advisor? | ☐ yes ☐ no | If yes, name of advisor: | |
|---|---|---|---|
| Did you identify witness (es) to the investigator? | ☐ yes ☐ no | Did your witness (es) testify? | ☐ yes ☐ no |

Name(s) of any witness(es):

# CONFIDENTIAL
**(FOR OFFICIAL USE ONLY)**

Inmate name: Veronica May Clark

Inmate number: 355139    Housing: G — 105

## SECTION 4: STATE THE PROBLEM AND REQUESTED RESOLUTION

- Provide any factual information that is applicable, including any responses from staff.
- State the action that you think should be taken to resolve the problem.
- PLEASE PRINT.

There is no carbon attached to this form because I received no response from the medical supervisor on March 6, 2019, I sent a request to mental health, to talk about how stressed out I am because of medical's refusal to answer any of my requests/grievances I've been sending them for the past year or so. (I've been writing medical for almost 3 years now about my transitional health care) When I was called down to see mental health, I spoke with someone I'd never seen before, his last name is Bush. I would like to never see this person again. Within the 1st minute he asked me what the matter was about and I told him I was really stressed out (which is putting it mildly) about Medical not answering any of my requests or grievances about my transitional health care. He then said "What do you expect when you go around murdering people?" I couldn't believe it. I spent the rest of the visit trying to convince him I'm not a horrible person, and left the visit feeling much, much worse. Mr. Bush's conduct is far from professional, antagonistic, hostile, and quite simply, unacceptable. I would like a full investigation into this matter, Mr. Bush removed from his position, and a full apology in writing. I did receive my original request form back from Mr. Bush, and will include a copy with this grievance. However, I received no response from the medical supervisor, and so you will have to be satisfied with the copy I made by hand of the request I sent to the medical supervisor. Thank you for your time.

Forever,
Veronica May

Inmate signature: Veronica May    Date: March 21, 2019

- For all remedies except health services, deposit this form in the Administrative Remedies box.
- For a health services issue, deposit this form in the Health Services box.

## SECTION 5: DECISION / OFFICIAL USE ONLY - DO NOT WRITE IN THE SPACE BELOW

| Date Received: | IGP #: | T#: |
|---|---|---|

Disposition:    Date of Disposition:

Reason:

☐ You have exhausted DOC's Administrative Remedies.    ☐ This matter may be appealed to:

Signature:    Date:



# Inmate Administrative Remedy Form
## Connecticut Department of Correction

CN 9602
REV 9/20/17

| Facility/Unit: Garner C.I. | Date: March 25th, 2019 |
|---|---|
| Inmate name: Veronica-May Clark | Inmate number: 355139 |

**SECTION 1: SELECT ADMINISTRATIVE REMEDY A, B or C BELOW.**

Follow the instructions and Refer to Section 2 below
*(for property claims, complete form CN 9609, Lost/Damaged Property Investigation Form and deposit in the 'Administrative Remedies' box).*

**A.** ☐ | **I am filing a Grievance.**
- Prior to filing a grievance, you must attempt informal resolution.
- Attach a copy of CN 9601, Inmate Request Form with the staff member's response **OR** state in Section 4 the reason why the form is not attached.
- Grievances must be filed within 30 days of the occurrence or discovery of the cause of the grievance.

**B.** ☑ | **I am requesting a Health Services Review:**

| ☐ All Other Health Care Issues | ☑ Diagnosis/Treatment | Complete Section 4 |
|---|---|---|

**I am filing an Appeal of a (select one below):** *(Appeals must be filed within 15 days of notification of a decision.)*

**C.** ☐

| ☐ Disciplinary Action | | > | Complete Section 3 below |
|---|---|---|---|
| ☐ Special Management Decision | ☐ Classification Decision | > | |
| ☐ Media Review Committee Decision | ☐ Furlough Decision | > | |
| ☐ Security Risk Group Designation | ☐ ADA Decision | > | Complete Section 4 |
| ☐ Determination of Grievance Process Abuse | ☐ Rejection of Outside Tapes/CDs | > | |
| | ☐ Rejection of Correspondence | > | |

**SECTION 2: OTHER REQUIREMENTS FOR USING THE INMATE ADMINISTRATIVE REMEDY PROCEDURE**
- Read and comply with the instructions below, then complete Section 4 (State the Problem) on the reverse side.

- Only one request for an administrative remedy must be submitted on this form.
- The request for an administrative remedy and the action sought should be stated simply and coherently.
- The length of this request for an administrative remedy shall be restricted to the space available in Section 4 and one (1) additional 8 1/2 x 11 inch page.
- This request for an administrative remedy must be free of obscene or vulgar language or content.
- This request for an administrative remedy must be filed by the inmate who is personally affected by the subject of the request and shall not be filed by an inmate on behalf of another.
- A repetitive request for administrative remedy may not be filed by the same inmate when a final response has been provided and there has been no change in any circumstances that would affect the response; or when the initial request for an administrative remedy is still in process.

**SECTION 3: DISCIPLINARY SECTION – Complete this Section for a Disciplinary Appeal ONLY**
- You may file a Disciplinary Appeal **ONLY** if you have pleaded not guilty and have been found guilty at a disciplinary hearing.
- If so, complete this section; then complete Section 4 (State the Problem) on the reverse side. >>>

| Offense: | Report date: |
|---|---|
| Facility where hearing was conducted: | Date of hearing: |

| Did you have an advisor? | ☐ yes ☐ no | If yes, name of advisor: | |
|---|---|---|---|
| Did you identify witness (es) to the investigator? | ☐ yes ☐ no | Did your witness (es) testify? | ☐ yes ☐ no |

Name(s) of any witness(es):

# CONFIDENTIAL
### (FOR OFFICIAL USE ONLY)

Inmate name: Veronica-May Clark

Inmate number: 355139    Housing: G-105

## SECTION 4: STATE THE PROBLEM AND REQUESTED RESOLUTION

- Provide any factual information that is applicable, including any responses from staff.
- State the action that you think should be taken to resolve the problem.
- PLEASE PRINT.

I have been sending requests for years now regarding my transitional health care, and also grievances. You have been ignoring everything I've been sending you. Whenever I send you a request or grievance, they just disappear. Where are they going? Are you just throwing them in the garbage? Why are you not responding to any of my requests for treatment? Why are you not responding to any of my grievances? On Feb 7, 2019, I sent you five different request forms. I received zero responses to any of them. What have you done with my requests I have sent you? This has been happening for over a year now. I send you a request, it disappears. I submit a grievance, it disappears. Included with this grievance you will find copies of the requests I sent you that I copied by hand for my personal records. I ask that you respond to all of my requests and also this grievance. I have such very high levels of dysphoria and I need treatment to help alleviate the anxiety, stress, and emotional trauma that accompanies my condition. Please help me! I have been pleading for almost three full years now with you to help me (April 6th will be 3 full years) I should have fully transitioned by now, and yet, because of your deliberate indifference to my serious medical need, I am no where near even five% completed. This became intolerable years ago now. You are taking advantage of me and my good and gentle nature. No one could put up with what you've forced me to endure through your barbaric practises and policies. You've lied to me time and time again, telling me I'm taking the maximum dosage of hormones, etc, etc, etc, when everybody who knows anything about transitional health care knows it's not true, etc, etc, etc... The list goes on...

Inmate signature: Veronica May    Date: March 25th, 2019

- For all remedies except health services, deposit this form in the Administrative Remedies box.
- For a health services issue, deposit this form in the Health Services box.

## SECTION 5: DECISION / OFFICIAL USE ONLY – DO NOT WRITE IN THE SPACE BELOW

| Date Received: | IGP #: | T#: |
|---|---|---|

Disposition:    Date of Disposition:

Reason:

☐ You have exhausted DOC's Administrative Remedies.    ☐ This matter may be appealed to:

Signature:    Date:

(1)

I've been sending requests and filing grievances about my transitional health care for 3 years and in the last year or so none of my requests/grievances have been returned to me. They just seem to go missing.

Also, my estradiol was not given to me for one whole week twice (so two weeks total). I filed requests/grievances and they were not responded to.

I have been told I am taking the maximum dosage of estradiol & spironolactone (2mg estradiol, 100mg spironolactone) several times by medical, but I know this is not true.

I was told I'd be seeing endocrinology for over six months now, and have been requesting to see endocrinology for over a year now, and still I'm waiting.

I need my hormone dosages (estradiol & spironolactone) increased to help alleviate my very high levels of dysphoria.

I believe medical is deliberately not responding to any of my requests/grievances in order to prevent me from filing a lawsuit - so that I

2

proof of what I've been forced to endure.

I write requests to medical and every now and then they call me down to see Dr. Vallette, and he agrees with what I'm telling him (or so it seems) and makes it sound as though I'll finally be allowed to advance in my transition and then I'm sent back to my cell and nothing happens.

When my estradiol wasn't given to me - each time for one full week, I cried every single day. It was awful. I experienced trauma that was just horrible.

I need my hormone dosage increased.

I have requested Dr. Vallette to provide me with HIPPA forms to sign so that ~~Dr. Klere~~ Clair Kaplan, MSN/APRN, MHS, MT (ASCP), Director of Clinical Research/Transgender Care Program Director/Clinician, at Planned Parenthood, who has already agreed to consult with Dr. Vallette on a provider-to-provider basis about my transitional health care & Planned Parenthood's protocols.

I have been requesting this since June, 2018, but

3

Medical/DrVellette has ignored my requests
ad grievances ~~[crossed out]~~ anything I send
to medical at this point just seems to
disappear. I have sent Medical/Dr. Vellette
the letter from Clair Kaplan at Planned Parenthood
Showing she's agreed to help me.