From:
Veronica-May Clark
#355139
Garner C.I.
50 Nunnawauk Rd.
Newtown, CT 06470

TO:
United States District Court
Office of the Clerk
450 Main Street
Hartford, CT
06103

legal mail

NEOPOST    FIRST CLASS MAIL
04/15/2019
US POSTAGE $002.35⁰
ZIP 06470
041M11291812