UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

'19 APR 17 A 11: 18



US DISTRICT COURT
HARTFORD CT

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS IN A CIVIL RIGHTS ACTION

**ATTACH THIS FORM TO YOUR COMPLAINT**

Nicholas Clark                            :
[Your name]                               :     PRISONER
                                          :     NO: _____ cv _____ ( )
           Plaintiff,:                          [Leave blank for clerk]
                                          :
vs.                                       :
_____               :
_____               :
_____               :
_____               :
[People you are suing]                    :
           Defendant(s):

   I, Nicholas Clark                              , [your name]
state that, because of my poverty, I am unable to pay the filing
fee for the above-captioned lawsuit at the time that I file my
complaint. I therefore request permission to file my complaint
without pre-payment of the filing fee and to proceed *in forma
pauperis* (as a poor person).

   I understand that I cannot file for free. I realize that even
if the Court allows me to proceed *in forma pauperis* I will have to
pay the full filing fee of **$350** through installments deducted from
my inmate trust fund. I also understand that the Department of
Correction Inmate Trust Fund will continue to deduct money from my

Revised 8/1/07

inmate trust fund to pay the filing fee to the Court even if my lawsuit is dismissed.

I also understand that I must support my claim of poverty by truthfully answering all of the following questions and by obtaining a signed certification of the balance on my inmate trust fund from the DOC Inmate Trust Fund or my prison counselor. I realize that I may be prosecuted for perjury if I lie on this application, and that perjury is punishable by imprisonment for up to five years and/or a fine of $250,000 (18 U.S.C. §§ 1621, 3571).

**WARNING: You MUST complete EVERY section or your application will be denied. Answer every question truthfully and accurately.**

1. Full Name: Nicholas Jude Clark
2. Inmate Number: 355139
3. Correctional Institution: Garner C.I.
4. Are you currently employed? (Yes or No) No
5. If you are currently employed, state your job title and the amount you get paid each month:

   Job: Not employed

   Monthly wages: $ None

6. Within the past twelve (12) months, how much money have you received from the following sources? [If none, write "zero"]

   a. Employment: Type zero                    $ zero
   b. Rent someone paid you: $ zero
   c. Interest on savings: $ zero
   d. Dividends on investments: $ zero
   e. Pension, annuity, or life insurance: $ zero
   d. Gifts or inheritances: $ zero
   e. Other sources: Type zero                 $ zero

**TURN OVER**

7. How much money do you have in cash, or in checking or savings accounts, including your inmate trust account? [If none, write "zero"]

   $ 100.99

8. What is the total value of property you own excluding ordinary household furnishings and clothing, but including automobiles, real estate, stocks, bonds, and notes? [If none, write "zero"]

   $ zero

9. How much money do you contribute **each month** to the support of family members or other individuals? Provide the name of each person you support and the relationship between you (e.g., husband, wife, domestic partner, child, or grandparent). [If you need more space, attach an additional page.]

   a. Name & Relationship: zero                      $ zero
   b. Name & Relationship: zero                      $ zero
   c. Name & Relationship: zero                      $ zero

### DECLARATION UNDER PENALTY OF PERJURY

**WARNING: You MUST sign this section or your application for IFP status will be denied**

I, Nicholas Clark, the applicant, declare under penalty of perjury that the information I have provided in this application is true and correct.

Signed: Nicholas Clark

Dated: March 26, , 20 19

**WARNING: You have not finished. You MUST complete the next section.**

**TURN OVER**

Revised 8/1/07                                    3

## PRISONER AUTHORIZATION

WARNING: You MUST complete and sign this section and then show this page to the Inmate Trust Fund Department or your prison counselor so that they can sign the next section.

Your name:
Your inmate number:
DOC facility where you are detained:

**Case Number** [leave blank for Clerk]:
**Filing Date** [leave blank for Clerk]:

I, __Nicholes Clark__, the applicant, understand that even if my request for In Forma Pauperis status is granted, Congress has said that I must pay the full filing fee of $350, which will be deducted in installments from my inmate trust fund. I further understand that the deductions from my inmate trust fund will continue until the full fee is paid, even if my case is dismissed before then.

I authorize the Department of Correction Inmate Trust Fund to: (1) certify on the next page of this application the current and average balance over the last six months for my inmate trust fund; (2) send the Court copies of my trust fund statement for the past six months; (3) obtain funds to cover the $350 filing fee by deducting installment payments from my inmate trust fund based on the average of deposits to or balance in my inmate trust fund, in accordance with 28 U.S.C. Section 1915; (4) send the $350 payment for the filing fee to the Court.

Signed: __Nicholes Clark__ [Your Signature]

Date: __March 26__, 20__19__ [Today's Date]

WARNING: You have not finished. You MUST show this page to the Inmate Trust Fund Department or your prison counselor so that they can sign the next section. Do NOT send this application to the Court without the signature of the Inmate Trust Fund Department or your prison counselor on the next page.

Revised 8/1/07                    4

## CERTIFICATION OF INMATE ACCOUNT BALANCE

WARNING: You MUST show this application to the Inmate Trust Fund Department or your prison counselor so that they can read page 4 and sign this section.

Your name: Nicholas Clark
Your inmate number: 355139
DOC facility where you are detained: Garner C.I.

I, __Cristina l__, counselor / employee of the Connecticut Department of Correction Inmate Trust Fund, certify that the applicant named herein has the sum of $ _100.99_ on account.

I further certify that, according to the records of the institution, the applicant's average balance for the last six months was $ _120_ and the average monthly deposits during the same period were $ _120_.

A certified copy of the applicant's trust fund statement for the last six (6) months is attached.

Signed: _____
        (Inmate Trust Fund Officer or Prison Counselor)

Name & Rank: _____CCT_____

Date: _____3.26_____, 20_19_

Revised 8/1/07                         5

## CHECKLIST FOR IFP APPLICATION

**NOTE:** Before you send this application to the Court you MUST:

_____ Sign the Declaration under Penalty of Perjury on p. 3

_____ Sign the Prisoner Authorization on p. 4

_____ Show the application to the Inmate Trust Fund Department or your prison counselor and have them sign p. 5

_____ Answer every question truthfully and accurately

When the Inmate Trust Fund Department or your counselor has signed page 5, attach this form to your complaint and send it to the Court on one of the addresses provided on the complaint form.

Revised 8/1/07                                6

```
03/19/2019 08:07                  Case 3:19-cv-00575-VLB  Document 2  Filed 04/17/19  Page 7 of 8                Page  1  Of   3
GAR90                                           CT DOC - PRODUCTION                                                      OTRTASTA
                                             TRUST  ACCOUNT  STATEMENT                                                   10.2.1.4
```

DOC#:    0000355139    Name: CLARK, NICHOLAS                     [Birth_Date]: 04/04/1976
LOCATION: 136-G

ACCOUNT BALANCES Total:       100.99        CURRENT:     100.99        HOLD:       0.00

                              09/01/2018    03/19/2019
SUB ACCOUNT                   START BALANCE END BALANCE
SPENDABLE BALANCE                 290.08       100.99
DISCHARGED SAVINGS
PLRA
HOLIDAY PACKAGES
BONDS
COST OF INCARCERATION
REENTRY ID

                         DEBTS AND OBLIGATIONS
TYPE    PAYABLE                  INFO NUMBER    AMOUNT OWING    AMOUNT PAID   WRITE OFF AMT.
ODEN    MED DEN OBLIGATION       125-12/01/15       0.00            6.00          0.00

             TRANSACTION DESCRIPTIONS --         SPENDABLE BALANCE  SUB-ACCOUNT

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 09/04/2018 | CRS | CRS SAL ORD #13189264 D2 | ( 88.68) | 201.40 |
| 09/06/2018 | WPOS | Postage  136 | ( 2.68) | 198.72 |
| 09/10/2018 | FOIR | Freedom of Information Requests  136 | ( 0.25) | 198.47 |
| 09/12/2018 | CRS | CRS SAL ORD #13199965 D2 | ( 63.91) | 134.56 |
| 09/13/2018 | CSR | CSR SAL ORD #13180463 | 4.57 | 139.13 |
| 09/14/2018 | DMR | Mail Receipts  136 | 120.00 | 259.13 |
| 09/18/2018 | CRS | CRS SAL ORD #13210391 D2 | ( 72.12) | 187.01 |
| 09/25/2018 | CRS | CRS SAL ORD #13218495 D2 | ( 48.89) | 138.12 |
| 09/27/2018 | DMR | Mail Receipts  136 | 120.00 | 258.12 |
| 10/02/2018 | WCOP | Copies  136 | ( 2.50) | 255.62 |
| 10/02/2018 | WPOS | Postage  136 | ( 7.91) | 247.71 |
| 10/02/2018 | WPOS | Postage  136 | ( 7.25) | 240.46 |
| 10/03/2018 | CRS | CRS SAL ORD #13229633 D2 | ( 60.77) | 179.69 |
| 10/10/2018 | CRS | CRS SAL ORD #13239379 D2 | ( 49.17) | 130.52 |
| 10/10/2018 | CRS | CRS SAL ORD #13240022D2 | ( 22.59) | 107.93 |
| 10/10/2018 | WSR | Special Request - 136 | ( 50.00) | 57.93 |
| 10/12/2018 | DMR | Mail Receipts 136 | 120.00 | 177.93 |
| 10/17/2018 | CRS | CRS SAL ORD #13249664 D2 | ( 91.71) | 86.22 |
| 10/17/2018 | WCOP | Copies  136 | ( 2.50) | 83.72 |
| 10/23/2018 | WCOP | Copies  136 | ( 5.00) | 78.72 |
| 10/24/2018 | CRS | CRS SAL ORD #13259653 D2 | ( 74.47) | 4.25 |
| 10/25/2018 | DMR | Mail Receipts  136 | 120.00 | 124.25 |
| 10/25/2018 | WSR | Special Request - 136 | ( 21.16) | 103.09 |
| 10/29/2018 | WCOP | Copies  136 | ( 2.50) | 100.59 |
| 10/29/2018 | WCOP | Copies  136 | ( 12.50) | 88.09 |
| 10/29/2018 | WPOS | Postage  136 | ( 2.47) | 85.62 |
| 10/31/2018 | CRS | CRS SAL ORD #13268888 D2 | ( 33.54) | 52.08 |
| 11/07/2018 | CRS | CRS SAL ORD #13278958 D2 | ( 51.80) | 0.28 |
| 11/14/2018 | DMR | Mail Receipts  136 | 120.00 | 120.28 |
| 11/21/2018 | CRS | CRS SAL ORD #13298816 D2 | ( 33.89) | 86.39 |

DOC#:    0000355139    Name: CLARK, NICHOLAS                [Birth_Date]: 04/04/1976
LOCATION: 136-G

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 12/03/2018 | CRS | CRS SAL ORD #13313401 D2 | ( 63.63) | 22.76 |
| 12/03/2018 | WCOP | Copies  136 | ( 3.75) | 19.01 |
| 12/05/2018 | CRS | CRS SAL ORD #13318089 D2 | ( 17.62) | 1.39 |
| 12/10/2018 | DMR | Mail Receipts  136 | 240.00 | 241.39 |
| 12/11/2018 | WCOP | Copies  136 | ( 1.25) | 240.14 |
| 12/12/2018 | CRS | CRS SAL ORD #13327930 D2 | ( 52.35) | 187.79 |
| 12/17/2018 | WCOP | Copies  136 | ( 12.50) | 175.29 |
| 12/18/2018 | CRS | CRS SAL ORD #13337414 D2 | ( 72.60) | 102.69 |
| 12/26/2018 | CRS | CRS SAL ORD #13348728 D2 | ( 46.78) | 55.91 |
| 12/31/2018 | CRS | CRS SAL ORD #13353482 D2 | ( 35.25) | 20.66 |
| 01/08/2019 | CRS | CRS SAL ORD #13365761 D2 | ( 19.92) | 0.74 |
| 01/23/2019 | CRS | CRS SAL ORD #13386543 D2 | ( 0.61) | 0.13 |
| 01/24/2019 | JP_TXN | JPINTERF: TXN_TRACE 96119326, TXN_DATE 01/24/2019, NET_AMOUNT 10000, A | 100.00 | 100.13 |
| 01/29/2019 | CRS | CRS SAL ORD #13394717 D2 | ( 62.54) | 37.59 |
| 02/06/2019 | CRS | CRS SAL ORD #13406169 D2 | ( 25.73) | 11.86 |
| 02/06/2019 | DMR | Mail Receipts  136 | 400.00 | 411.86 |
| 02/06/2019 | WCOP | Copies  136 | ( 1.50) | 410.36 |
| 02/06/2019 | WPOS | Postage  136 | ( 2.20) | 408.16 |
| 02/06/2019 | WPOS | Postage  136 | ( 4.44) | 403.72 |
| 02/11/2019 | CRS | CRS SAL ORD #13413128 D2 | ( 48.98) | 354.74 |
| 02/11/2019 | CSR | CSR SAL ORD #13394717 | 3.25 | 357.99 |
| 02/14/2019 | FOIR | Freedom of Information Requests  136 | ( 1.25) | 356.74 |
| 02/14/2019 | WPOS | Postage  136 | ( 2.20) | 354.54 |
| 02/19/2019 | WSR | Special Request  136 | ( 32.76) | 321.78 |
| 02/19/2019 | WCOP | Copies  136 | ( 5.00) | 316.78 |
| 02/19/2019 | WPOS | Postage  136 | ( 7.35) | 309.43 |
| 02/19/2019 | WPOS | Postage  136 | ( 2.35) | 307.08 |
| 02/20/2019 | CRS | CRS SAL ORD #13425764 D2 | ( 53.53) | 253.55 |
| 02/26/2019 | WPOS | Postage  136 | ( 1.45) | 252.10 |
| 02/27/2019 | CRS | CRS SAL ORD #13435947 D2 | ( 56.91) | 195.19 |
| 03/05/2019 | CRS | CRS SAL ORD #13446070 D2 | ( 51.31) | 143.88 |
| 03/07/2019 | WPOS | Postage  136 | ( 1.90) | 141.98 |
| 03/07/2019 | WPOS | Postage  136 | ( 1.15) | 140.83 |
| 03/11/2019 | WCOP | Copies  136 | ( 13.50) | 127.33 |
| 03/13/2019 | CRS | CRS SAL ORD #13457635 D2 | ( 51.79) | 75.54 |
| 03/13/2019 | WFMD | Med Dental Fee  136   121118 | ( 3.00) | 72.54 |
| 03/14/2019 | WCOP | Copies  136 | ( 16.25) | 56.29 |
| 03/14/2019 | WPOS | Postage  136 | ( 1.15) | 55.14 |
| 03/15/2019 | DMR | Mail Receipts  136 | 120.00 | 175.14 |
| 03/18/2019 | CRS | CRS SAL ORD #13465058 D2 | ( 74.15) | 100.99 |

         TRANSACTION DESCRIPTIONS --              DISCHARGED   SUB-ACCOUNT
                                                     SAVINGS

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|

         TRANSACTION DESCRIPTIONS --              PLRA  SUB-ACCOUNT