

# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: Veronica-May Clark

Inmate number: 355139

Facility/Unit: Garner C.I.

Housing unit: G-118

Date: Feb 7, 2019

Submitted to: Medical

Request: I need to see endocrinology. I need to see endocrinology. I am a transgender woman. I need to see endocrinology. Thank you, Veronica-May

CC: Personnel File

continue on back if necessary

Previous action taken:

continue on back if necessary

Acted on by (print name):

Title:

Action taken and/or response:

United States District Court
District of Connecticut
FILED AT HARTFORD
4/17/19
Ro anna D. Tabora, Clerk
By _____
Deputy Clerk

continue on back if necessary

Staff signature:

Date:



# Inmate Request Form
**Connecticut Department of Correction**

CN 9601
REV 1/31/09

Inmate name: Veronica-May Clark   Inmate number: 355139

Facility/Unit: Garner C.I.   Housing unit: G-118   Date: Feb 7, 2019

Submitted to: Medical

Request: I am a transgender woman. Why am I being told I'm taking the maximum dosage of spironolactone (100mg/day) & estradiol (2mg/day) when everything I've read says transgender women typically take between 100-400 mg spironolactone & 2-4 mg estradiol/day? The other girl here in the unit took 400 mg/day spironolactone & .25 mg/day estradiol. When I asked you this you simply said the reason was "everyone's different". I would like you to contact Clair Kaplan APRN/MSN, MHS, MT(ASCP), Director of Clinical Research/Transgender Care Program Director/Clinician at Planned Parenthood in New Haven. I have enclosed a copy of her letter to me regarding my hormonal care. I also need the HIPAA-authorizing paperwork to sign so you may discuss my medical care

Previous action taken: with her.

Thank you,
Veronica May

C.C.: Personal File

Acted on by (print name):   Title:

Action taken and/or response:

Staff signature:   Date:



# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: Veronica-May Clark
Inmate number: 355139
Facility/Unit: Garner C.I.
Housing unit: G-118
Date: Feb 7, 2019
Submitted to: Medical

Request: I am still shaving several times/day. My facial hair, neck hair, hair on my chest, abdomen and pelvic region is disgusting. I must have electrolysis performed. ~~I must have it~~ I am a transgender woman. Thank you,
Veronica ♥ May

C.C.: Personal File

continue on back if necessary

Previous action taken:

continue on back if necessary

Acted on by (print name): 
Title:

Action taken and/or response:

See MD note
M Nolett

continue on back if necessary

Staff signature:
Date:



# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

**Inmate name:** Veronica-May Clark
**Inmate number:** 355139
**Facility/Unit:** Garner C.I.
**Housing unit:** G-118
**Date:** Feb 14, 2019
**Submitted to:** Medical

**Request:** I've been sending you requests about my transitional health care for almost 3 years now and also have been filing grievance after grievance, the vast majority of which (both requests & grievances) simply disappear. Where do you put them all? Are you just throwing them in the garbage? WHAT IS HAPPENING!?! My hormones are still far too low. I need you to consult with a specialist who knows how to treat my gender dysphoria. I have been requesting this for almost a full year now. I am suffering. Please help me. I have tried reasoning with you, pleading, begging, and even have allowed my speech at times to fall far beneath my standards (when speaking of taking legal action against

**Previous action taken:** you.) Please help me.
— Veronica♡May

**Acted on by (print name):**
**Title:**
**Action taken and/or response:**

**Staff signature:**
**Date:**



# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: Veronica-May Clark
Inmate number: 355139
Facility/Unit: Garner C.I.
Housing unit: G-119
Date: April 10th, 2019
Submitted to: Medical

Request: Hi. I was hoping you could let me know if I'd be seeing endocrinology soon. I was told I'd be seeing endocrinology back in September, 2018, but I haven't seen them yet. I can not overstate just how stressful it is not being seen by endocrinology. My dysphoria is at such a very high level. I'm seriously considering attempting to surgically castrate myself again. I'm still so traumatized from the last attempt and I couldn't bear the thought of actually having to endure such a horrible ordeal once more - and yet it seems far, far less traumatic than the alternative: sit here and wait endlessly for transitional treatment that never comes. Please, please, please, please, please help me.

CC: Personal File

continue on back if necessary

Previous action taken:

continue on back if necessary

Acted on by (print name):
Title:

Action taken and/or response:

continue on back if necessary

Staff signature:
Date:

# Inmate Request Form
## Connecticut Department of Correction

CN 9601
REV 1/31/09

Inmate name: Veronica-May Clark
Inmate number: 355139
Facility/Unit: Garner C.I.
Housing: G-119
Date: April 10th, 2019
Submitted to: Medical

Request: Hi, I was told my estradiol pill prescription will be running out in May, 2019. Could you please make sure it doesn't run out before renewing it? It has run out twice before and I had to go a full week each time without my estradiol. I experience severe stress & anxiety when I'm not allowed to take my estradiol. Please, could you make sure it doesn't run out again?

Thank you,
Veronica-May

C.C: Personal File

continue on back if necessary

Previous action taken:

continue on back if necessary

Acted on by (print name):
Title:
Action taken and/or response:

continue on back if necessary

Staff signature:
Date: