Veronica-May Clark
#355139
Garner C.I.
50 Nunnewauk Rd.
Newtown, CT 06470

HARTFORD CT 061
25 APR 2019 PM 2
FOREVER USA
Barn Swallow

Robin D. Tabora,
Clerk of court
United States District Court
Office of the Clerk
450 Main Street
Hartford, CT
06103

06103-301858