FILED

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

2019 MAY 13  P 1: 32

US DISTRICT COURT
DISTRICT CT

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS IN A CIVIL RIGHTS ACTION

ATTACH THIS FORM TO YOUR COMPLAINT

CLARK  :  PRISONER
[Your name]  :  NO: _____cv_____( )
  :  [Leave blank for Clerk]
           Plaintiff,  :

vs.  :
Cook et al  :
  :
  :
[People you are suing]  :
           Defendant(s):

I, Veronica-May Clark (Nicholas Clark), [your name] state that, because of my poverty, I am unable to pay the filing fee for the above-captioned lawsuit at the time that I file my complaint. I therefore request permission to file my complaint without pre-payment of the filing fee and to proceed in forma pauperis (as a poor person).

I understand that I cannot file for free. I realize that even if the Court allows me to proceed in forma pauperis I will have to pay the full filing fee of $350 through installments deducted from my inmate trust fund. I also understand that the Department of Correction Inmate Trust Fund will continue to deduct money from my

inmate trust fund to pay the filing fee to the Court even if my lawsuit is dismissed.

I also understand that I must support my claim of poverty by truthfully answering all of the following questions and by obtaining a signed certification of the balance on my inmate trust fund from the DOC Inmate Trust Fund or my prison counselor. I realize that I may be prosecuted for perjury if I lie on this application, and that perjury is punishable by imprisonment for up to five years and/or a fine of $250,000 (18 U.S.C. §§ 1621, 3571).

WARNING: You MUST complete EVERY section or your application will be denied. Answer every question truthfully and accurately.

1. Full Name: Veronica-May Clark (Nicholas Clark)
2. Inmate Number: 355139
3. Correctional Institution: Garner C.I.
4. Are you currently employed? (Yes or No) No
5. If you are currently employed, state your job title and the amount you get paid each month:

    Job: none

    Monthly wages: $ none

6. Within the past twelve (12) months, how much money have you received from the following sources? [If none, write "zero"]

    a. Employment: Type zero                                    $ zero
    b. Rent someone paid you:          $ zero
    c. Interest on savings:            $ zero
    d. Dividends on investments: $     zero
    e. Pension, annuity, or life insurance: $ zero
    d. Gifts or inheritances:          $ zero
    e. Other sources: Type my parents                           $3,120.00 (approx)
                                                                ($60/week)

2

Revised 3/8/18

7. How much money do you have in cash, or in checking or savings accounts, including your inmate trust account? [If none, write "zero"]

   $ 99.39

8. What is the total value of property you own excluding ordinary household furnishings and clothing, but including automobiles, real estate, stocks, bonds, and notes? [If none, write "zero"]

   $ zero

9. How much money do you contribute each month to the support of family members or other individuals? Provide the name of each person you support and the relationship between you (e.g., husband, wife, domestic partner, child, or grandparent). [If you need more space, attach an additional page.]

   a. Name & Relationship: _____ $ zero
   b. Name & Relationship: _____ $ zero
   c. Name & Relationship: _____ $ zero

## DECLARATION UNDER PENALTY OF PERJURY

WARNING: You MUST sign this section or your application for IFP status will be denied.

I, Veronica May Clark (Nicholas Clark), the applicant, declare under penalty of perjury that the information I have provided in this application is true and correct.

Signed: Veronica May

Dated: May 7th, 2019

WARNING: You have not finished. You MUST complete the next section.

3

Revised 3/8/18

PRISONER AUTHORIZATION

WARNING: You MUST complete and sign this section and then show this page to the Inmate Trust Fund Department or your prison counselor so that they can sign the next section.

Your name: Veronica-May Clark (Nicholes Clark)
Your inmate number: 355139
DOC facility where you are detained: Garner C.I.

Case Number [leave blank for Clerk]:
Filing Date [leave blank for Clerk]:

I, Veronica-May Clark (Nicholes Clark), the applicant, understand that even if my request for In Forma Pauperis status is granted, Congress has said that I must pay the full filing fee of $350, which will be deducted in installments from my inmate trust fund. I further understand that the deductions from my inmate trust fund will continue until the full fee is paid, even if my case is dismissed before then.

I authorize the Department of Correction Inmate Trust Fund to: (1) certify on the next page of this application the current and average balance over the last six months for my inmate trust fund; (2) send the Court copies of my trust fund statement for the past six months; (3) obtain funds to cover the $350 filing fee by deducting installment payments from my inmate trust fund based on the average of deposits to or balance in my inmate trust fund, in accordance with 28 U.S.C. Section 1915; (4) send the $350 payment for the filing fee to the Court.

Signed: Veronica & May  [Your signature]

Date: May 7, 2019  [Today's date]

WARNING: You have not finished. You MUST show this page to the Inmate Trust Fund Department or your prison counselor so that they can sign the next section. Do NOT send this application to the Court without the signature of the Inmate Trust Fund Department or your prison counselor on the next page.

Revised 3/8/18

## CERTIFICATION OF INMATE ACCOUNT BALANCE

WARNING: You MUST show this application to the Inmate Trust Fund Department or your prison counselor so that they can read page 4 and sign this section.

Your name: Veronica-May Clark (nicholas Clark)
Your inmate number: 355139
DOC facility where you are detained: Garner C.I.

I, CCT Cristinal, counselor/employee of the Connecticut Department of Correction Inmate Trust Fund, certify that the applicant named herein has the sum of $ 99.39 on account.

I further certify that, according to the records of the institution, the applicant's average balance for the last six months was $ 152.06 and the average monthly deposits during the same period were $ 246.67.

A certified copy of the applicant's trust fund statement for the last six (6) months is attached.

Signed:

(Inmate Trust Fund Officer or Prison Counselor)

Name & Rank: CCT

Date: 05-07-19 , 20 19

5

Revised 3/8/18

## CHECKLIST FOR IFP APPLICATION

**NOTE:** Before you send this application to the Court you MUST:

_____ Sign the Declaration under Penalty of Perjury on p. 3

_____ Sign the Prisoner Authorization on p. 4

_____ Show the application to the Inmate Trust Fund Department or your prison counselor and have them sign p. 5

_____ Answer every question truthfully and accurately

_____ Attach trust fund statement for the last six (6) months (ledger sheet)

When the Inmate Trust Fund Department or your counselor has signed page 5, attach this form to your complaint and submit to the Court.

```
05/06/2019 08:24                                                              Page  1 Of   3
GAR90                              CT DOC - PRODUCTION                             OTRTASTA
                              TRUST  ACCOUNT  STATEMENT                            10.2.1.4

DOC#:   0000355139    Name: CLARK, NICHOLAS              [Birth_Date]: 04/04/1976
LOCATION: 136-G


ACCOUNT BALANCES Total:      140.06     CURRENT:     140.06     HOLD:      0.00

                             11/01/2018  05/06/2019

SUB ACCOUNT                  START BALANCE  END BALANCE
SPENDABLE BALANCE               52.08         99.39
DISCHARGED SAVINGS
PLRA                             0.00         40.67
HOLIDAY PACKAGES
BONDS
COST OF INCARCERATION
REENTRY ID

                       DEBTS AND OBLIGATIONS
TYPE    PAYABLE              INFO NUMBER     AMOUNT OWING    AMOUNT PAID  WRITE OFF AMT.
ODEN    MED DEN OBLIGATION   125-12/01/15       0.00            6.00           0.00
```

TRANSACTION DESCRIPTIONS --     SPENDABLE BALANCE  SUB-ACCOUNT

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE | |
|---|---|---|---|---|---|
| 11/07/2018 | CRS | CRS SAL ORD #13278958 D2 | ( 51.80) | 0.28 | 1 |
| 11/14/2018 | DMR | Mail Receipts 136 | 120.00 | 120.28 | 2 |
| 11/21/2018 | CRS | CRS SAL ORD #13298816 D2 | ( 33.89) | 86.39 | 3 |
| 12/03/2018 | CRS | CRS SAL ORD #13313401 D2 | ( 63.63) | 22.76 | 4 |
| 12/03/2018 | WCOP | Copies 136 | ( 3.75) | 19.01 | 5 |
| 12/05/2018 | CRS | CRS SAL ORD #13318089 D2 | ( 17.62) | 1.39 | 6 |
| 12/10/2018 | DMR | Mail Receipts 136 | 240.00 | 241.39 | 7 |
| 12/11/2018 | WCOP | Copies 136 | ( 1.25) | 240.14 | 8 |
| 12/12/2018 | CRS | CRS SAL ORD #13327930 D2 | ( 52.35) | 187.79 | 9 |
| 12/17/2018 | WCOP | Copies 136 | ( 12.50) | 175.29 | 10 |
| 12/18/2018 | CRS | CRS SAL ORD #13337414 D2 | ( 72.60) | 102.69 | 11 |
| 12/26/2018 | CRS | CRS SAL ORD #13348728 D2 | ( 46.78) | 55.91 | 12 |
| 12/31/2018 | CRS | CRS SAL ORD #13353482 D2 | ( 35.25) | 20.66 | 13 |
| 01/08/2019 | CRS | CRS SAL ORD #13365761 D2 | ( 19.92) | 0.74 | 14 |
| 01/23/2019 | CRS | CRS SAL ORD #13386543 D2 | ( 0.61) | 0.13 | 15 |
| 01/24/2019 | JP_TXN | JPINTERF: TXN_TRACE 96119326, TXN_DATE 01/24/2019, NET_AMOUNT 10000, A | 100.00 | 100.13 | 16 |
| 01/29/2019 | CRS | CRS SAL ORD #13394717 D2 | ( 62.54) | 37.59 | 17 |
| 02/06/2019 | CRS | CRS SAL ORD #13406169 D2 | ( 25.73) | 11.86 | 18 |
| 02/06/2019 | DMR | Mail Receipts 136 | 400.00 | 411.86 | 19 |
| 02/06/2019 | WCOP | Copies 136 | ( 1.50) | 410.36 | 20 |
| 02/06/2019 | WPOS | Postage 136 | ( 2.20) | 408.16 | 21 |
| 02/06/2019 | WPOS | Postage 136 | ( 4.44) | 403.72 | 22 |
| 02/11/2019 | CRS | CRS SAL ORD #13413128 D2 | ( 48.98) | 354.74 | 23 |
| 02/11/2019 | CSR | CSR SAL ORD #13394717 | 3.25 | 357.99 | 24 |
| 02/14/2019 | FOIR | Freedom of Information Requests 136 | ( 1.25) | 356.74 | 25 |
| 02/14/2019 | WPOS | Postage 136 | ( 2.20) | 354.54 | 26 |
| 02/19/2019 | WSR | Special Request - 136 | ( 32.76) | 321.78 | 27 |
| 02/19/2019 | WCOP | Copies 136 | ( 5.00) | 316.78 | 28 |

Handwritten annotations:
- Next to row 1-3: "avg balance $68.98  avg deposit $120.00"
- Next to row 7-10: "avg balance $106.71  avg deposit $240.00"
- After row 16: "1374.98  avg balance $34.65  avg deposit $100.00"
- Bottom: "5121.10"

```
05/06/2019 08:24                                                              Page  2 Of  3
GAR90                           CT DOC - PRODUCTION                              OTRTASTA
                            T R U S T   A C C O U N T   S T A T E M E N T        10.2.1.4

DOC#:    0000355139    Name: CLARK, NICHOLAS             [Birth_Date]: 04/04/1976
LOCATION: 136-G
```

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE | |
|---|---|---|---|---|---|
| 02/19/2019 | WPOS | Postage 136 | ( 7.35) | 309.43 | 2y |
| 02/19/2019 | WPOS | Postage 136 | ( 2.35) | 307.08 | |
| 02/20/2019 | CRS | CRS SAL ORD #13425764 D2 | ( 53.53) | 253.55 | avg balance $314.12 |
| 02/26/2019 | WPOS | Postage 136 | ( 1.45) | 252.10 | avg deposit $400.00 |
| 02/27/2019 | CRS | CRS SAL ORD #13435947 D2 | ( 56.91) | 195.19 | |
| 03/05/2019 | CRS | CRS SAL ORD #13446070 D2 | ( 51.31) | 143.88 | |
| 03/07/2019 | WPOS | Postage 136 | ( 1.90) | 141.98 | |
| 03/07/2019 | WPOS | Postage 136 | ( 1.15) | 140.83 | |
| 03/11/2019 | WCOP | Copies 136 | ( 13.50) | 127.33 | |
| 03/13/2019 | CRS | CRS SAL ORD #13457635 D2 | ( 51.79) | 75.54 | |
| 03/13/2019 | WFMD | Med Dental Fee 136 121118 | ( 3.00) | 72.54 | |
| 03/14/2019 | WCOP | Copies 136 | ( 16.25) | 56.29 | |
| 03/14/2019 | WPOS | Postage 136 | ( 1.15) | 55.14 | |
| 03/15/2019 | DMR | Mail Receipts 136 | 120.00  5 | 175.14 | avg balance $93.12 |
| 03/18/2019 | CRS | CRS SAL ORD #13465058 D2 | ( 74.15) | 100.99 | |
| 03/21/2019 | WPOS | Postage 136 | ( 1.60) | 99.39 | avg deposit $120.00 |
| 03/25/2019 | WCOP | Copies 136 | ( 1.50) | 97.89 | |
| 03/25/2019 | WPOS | Postage 136 | ( 2.50) | 95.39 | |
| 03/25/2019 | WPOS | Postage 136 | ( 11.95) | 83.44 | |
| 03/25/2019 | WPOS | Postage 136 | ( 1.15) | 82.29 | |
| 03/25/2019 | WPOS | Postage 136 | ( 1.15) | 81.14 | |
| 03/26/2019 | CRS | CRS SAL ORD #13475482 D2 | ( 57.10) | 24.04 | |
| 03/28/2019 | WPOS | Postage 136 | ( 1.15) | 22.89 | |
| 04/02/2019 | CRS | CRS SAL ORD #13488600 D2 | ( 22.88) | 0.01 | |
| 04/10/2019 | DMR | Mail Receipts 136 | 500.00  6 | 500.01 | |
| 04/11/2019 | WSR | Special Request - 136 | ( 46.63) | 453.38 | |
| 04/11/2019 | WPOS | Postage 136 | ( 7.85) | 445.53 | |
| 04/15/2019 | CRS | CRS SAL ORD #13506181D2 | ( 26.24) | 419.29 | |
| 04/16/2019 | CRS | CRS SAL ORD #13507233 D2 | ( 62.65) | 356.64 | |
| 04/17/2019 | WCOP | Copies 136 | ( 27.00) | 329.64 | avg balance $294.81 |
| 04/17/2019 | WPOS | Postage 136 | ( 1.60) | 328.04 | |
| 04/18/2019 | OT | Sub-Account Transfer | ( 40.67) | 287.37 | avg deposit $500.00 |
| 04/22/2019 | CRS | CRS SAL ORD #13515177 D2 | ( 65.38) | 221.99 | |
| 04/22/2019 | WCOP | Copies 136 | ( 5.00) | 216.99 | |
| 04/22/2019 | WPOS | Postage 136 | ( 2.35) | 214.64 | avg monthly deposit |
| 04/24/2019 | WCOP | Copies 136 | ( 2.50) | 212.14 | $246.67 |
| 04/29/2019 | CRS | CRS SAL ORD #13525417 D2 | ( 70.43) | 141.71 | |
| 05/06/2019 | CRS | CRS SAL ORD #13534719 D2 | ( 42.32) | 99.39 | |

```
           TRANSACTION DESCRIPTIONS --       DISCHARGED   SUB-ACCOUNT
                                                SAVINGS
```

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|

```
           TRANSACTION DESCRIPTIONS --          PLRA   SUB-ACCOUNT
```

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 04/18/2019 | OT | Sub-Account Transfer | 40.67 | 40.67 |

```
           TRANSACTION DESCRIPTIONS --      HOLIDAY PACKAGES SUB-ACCOUNT
```

Handwritten margin notes:
```
nov   68.98
dec  106.70
jan   34.65
feb  314.12
march 93.12
april 294.81
      912.38
       ÷ 6
      $152.06
avg monthly balance
for last six months
```

```
05/06/2019 08:24                                                    Page  3 Of  3
GAR90                          CT DOC - PRODUCTION                      OTRTASTA
                           TRUST  ACCOUNT  STATEMENT                     10.2.1.4

DOC#:    0000355139    Name: CLARK, NICHOLAS              [Birth_Date]: 04/04/1976
LOCATION: 136-G


 DATE         TYPE   TRANSACTION DESCRIPTION     TRANSACTION AMT        BALANCE
              TRANSACTION DESCRIPTIONS --             BONDS  SUB-ACCOUNT
 DATE         TYPE   TRANSACTION DESCRIPTION     TRANSACTION AMT        BALANCE
              TRANSACTION DESCRIPTIONS --            COST OF    SUB-ACCOUNT
                                                  INCARCERATION
 DATE         TYPE   TRANSACTION DESCRIPTION     TRANSACTION AMT        BALANCE
              TRANSACTION DESCRIPTIONS --          REENTRY ID  SUB-ACCOUNT
 DATE         TYPE   TRANSACTION DESCRIPTION     TRANSACTION AMT        BALANCE
```