# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

**NICHOLAS CLARK,**

              V.              **SUMMONS IN A CIVIL CASE**

**COOK, ET AL.,**

CASE NUMBER: **3:19–CV–00575–VLB**

TO: **Gerald Valletta**
Defendant's Address:

A lawsuit has been filed against you.

Within **21** days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

**Nicholas Clark / 355139**
**GARNER CORRECTIONAL INSTITUTION**
**50 Nunnawauk Rd.; P.O.Box 5500**
**Newtown, CT 06470**

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

*/s/ – F. Velez*
    *Signature of Clerk or Deputy Clerk*



**ISSUED ON 2019–06–05 08:18:36.0**, Clerk
USDC CTD

**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

    This summons for *(name of individual and title, if any)*_____
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)*_____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____
_____ ; or

☐ Other *(specify)* _____
_____
_____

    My fees are $_____ for travel and $ _____for services, for a total of $_____0.00

    I declare under penalty of perjury that this information is true.

Date: _____

                                                                                             _____
                                                                                                                 Servers signature

                                                                                             _____
                                                                                              Printed name and title

                                                                                               _____
                                                                                                   Servers address

    Additional information regarding attempted service, etc: