**U.S. Department of Justice**
United States Marshals Service

ORIGINAL

# PROCESS RECEIPT AND RETURN

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Nicholas Clark | 3:19-cv-00575-VLB |
| DEFENDANT | TYPE OF PROCESS |
| Cook et al | Summons and Complaint |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Defendant - c/o Attorney General

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
55 Elm Street, Hartford, CT 06141

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Nicholas Clark / 355139
GARNER CORRECTIONAL INSTITUTION
50 Nunnawauk Rd.; P.O.Box 5500
Newtown, CT 06470

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):*

IFP – OFFICIAL CAPACITY

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 860-240-3200
DATE: 6/5/19

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY-- DO NOT WRITE BELOW THIS LINE

I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)*

Total Process: 1
District of Origin No. 14
District to Serve No. 14
Signature of Authorized USMS Deputy or Clerk: Jennifer Quappe
Date: 6/13/19

I hereby certify and return that I ☐ have personally served ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
Signed for by S. Gonzalez

Address *(complete only different than shown above)*

Date: 6/18/19   Time: ☒ am ☐ pm

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges including *endeavors* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| | | | | | $0.00 |

REMARKS:
Cert - served by certified/registered mail

**DISTRIBUTE TO:**
1. CLERK OF THE COURT
2. USMS RECORD
3. NOTICE OF SERVICE
4. BILLING STATEMENT*: To be returned to the U.S. Marshal with payment, if any amount is owed. Please remit promptly payable to U.S. Marshal
5. ACKNOWLEDGMENT OF RECEIPT

PRIOR EDITIONS MAY BE USED

Form USM-285
Rev 11/13

**Chiappone, Jennifer (USMS)**

| | |
|---|---|
| **From:** | TrackingUpdates@fedex.com |
| **Sent:** | Tuesday, June 18, 2019 9:14 AM |
| **To:** | Chiappone, Jennifer (USMS) |
| **Subject:** | FedEx Shipment 775464118059 Delivered |

# Your package has been delivered
## Tracking # 775464118059

**Ship date:**
Thu, 6/13/2019

**Jennifer Chiappone**
United States Marshals Service
New Haven, CT 06510
US


Delivered

**Delivery date:**
Tue, 6/18/2019 9:09 am

**Connecticut Attorney General**
55 Elm Street
HARTFORD, CT 06141
US



## Shipment Facts

Our records indicate that the following package has been delivered.

| | |
|---|---|
| **Tracking number:** | 775464118059 |
| **Status:** | Delivered: 06/18/2019 09:09 AM Signed for By: S.GONZALEZ |
| **Reference:** | 3:19-CV-00575-VLB |
| **Signed for by:** | S.GONZALEZ |
| **Delivery location:** | HARTFORD, CT |
| **Delivered to:** | Receptionist/Front Desk |
| **Service type:** | FedEx Express Saver® |
| **Packaging type:** | FedEx® Envelope |
| **Number of pieces:** | 1 |
| **Weight:** | 0.50 lb. |
| **Special handling/Services:** | Deliver Weekday |
| **Standard transit:** | 6/18/2019 by 4:30 pm |

✉ Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 8:13 AM CDT on 06/18/2019.

All weights are estimated.