UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NICHOLAS CLARK | : | CIVIL NO. 3:19CV00575 (VLB) |
| v. | : | |
| COOK, ET AL. | : | JULY 24, 2019 |

### APPEARANCE

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

Please enter my appearance as counsel for Dr. Gerald Valletta, in the above-captioned case.

Dated at Hartford, Connecticut, this 24th day of July, 2019.

DEFENDANT
Dr. Gerald Valletta

WILLIAM TONG
ATTORNEY GENERAL

BY: /s/ Thomas J. Davis, Jr.
Thomas J. Davis, Jr.
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct17835
E-Mail: thomas.davis@ct.gov
Tel.: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that on July 24, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. A copy was also mailed to the following:

Nicholas Clark, Inmate #355139
Garner Correctional Institution
50 Nunnawauk Road
P.O. Box 5500
Newtown, CT 06470

  /s/ Thomas J. Davis, Jr.
Thomas J. Davis, Jr.
Assistant Attorney General