UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NICHOLAS CLARK | : | CIVIL NO. 3:19CV00575 (VLB) |
| v. | : | |
| COOK, ET AL. | : | JULY 25, 2019 |

## MOTION FOR EXTENSION OF TIME

Undersigned, on behalf of the Defendant, Dr. Gerald Valletta, moves for an extension of time of thirty (30) days within which to file a responsive pleading. The current pleading due date is August 4, 2019. In connection herewith undersigned represents:

1. I have recently been assigned the defense of this action.

2. I have met with the Defendant for an initial review of the allegations contained in the complaint and have begun to assemble the records and documents needed to more fully understand the events at issue.

3. I anticipate that collection of the necessary records, review of same, and consultations with various employees and officials in the Department of Correction will extend over several weeks of time beyond the current responsive pleading date of August 4, 2019.

4. This motion is made more than 3 days before the deadline for which extension is sought.

5. On July 25, 2019 I spoke with the Plaintiff to obtain his position on this motion. He does not object to the motion.

6.  This is the first motion by the defendant seeking an extension of time to file a responsive pleading.

WHEREFORE, the Defendant moves for an extension of time to file a responsive pleading to the allegations of the complaint to and including September 4, 2019.

        DEFENDANT
        Dr. Gerald Valletta

        WILLIAM TONG
        ATTORNEY GENERAL

BY: /s/ Thomas J. Davis, Jr.
     Thomas J. Davis, Jr.
     Assistant Attorney General
     110 Sherman Street
     Hartford, CT 06105
     Federal Bar #ct17835
     E-Mail: thomas.davis@ct.gov
     Tel.: (860) 808-5450
     Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that on July 25, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. A copy was also mailed to the following:

Nicholas Clark, Inmate #355139
Garner Correctional Institution
50 Nunnawauk Road
P.O. Box 5500
Newtown, CT 06470

  /s/ Thomas J. Davis, Jr.
Thomas J. Davis, Jr.
Assistant Attorney General