
FILED
'1 -9 P 12: 08
US DISTRICT COURT
HARTFORD CT

# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

Nicholas Clark
Name of Plaintiff/Petitioner

v.                                              Case No. 3:19-CV-00575-VLB

Gerald Valletta
Name of Defendant/Respondent

## MOTION FOR APPOINTMENT OF COUNSEL

PERSONAL/FINANCIAL DATA

1. Your full name: Nicholas Jude Clark

   Your present mailing address: Garner C.I., 50 Nunnawauk Rd, Newtown, CT 06470

   Telephone number: (   )

2. Are you presently employed? YES ___ NO ✓

3. If your answer to #2 is YES, please provide the name and address of your employer and the amount of your usual weekly earnings. _____

_____ Weekly earnings: _____

4. If you are not presently employed, please provide the name and address of your last

Rev. 2/3/05

employer, the date (approximate) that you last worked, and the amount of weekly earnings you were receiving. Cheshire C.I.

Date last worked: July, 2016

Weekly earnings: $ 5.25

5. Approximately how much money have you received in the past twelve months in the form of:
a) salary, wages, commissions, or earned income of any kind? 0.00

b) interest, dividends, rents or investments of any kind? 0.00

c) gifts or inheritances of any kind? $3,120

6. How much money do you have in any checking or savings account(s)?

Checking: 0.00

Savings: 0.00

Prison account: $135.97 (as of 8-1-2019)

7. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding household items and clothing)? YES ___ NO ✓

If YES, describe the property and state the approximate value: _____

8. How much money do you owe others? 0.00

For each debt, state the name of the creditor and the amount owed:
CREDITOR                                            AMOUNT OWED

Rev. 2/3/05                                2

9. List the persons who depend upon you for support, and state your relationship to them. If any person is a minor child, identify that person by initials only.

   None

10. Are there any persons regularly residing in your household who are over the age of 18 and who are presently employed? YES \_\_\_\_ NO ✓

    If the answer is YES, please provide the following information for each such person:

    Name: _____

    Relationship: _____

    Employer: _____

    Weekly Earnings: _____

11. Include any other information which supports your claim that you cannot financially afford to employ an attorney. I am in prison.

Rev. 2/3/05

3

NATURE OF YOUR CLAIM

12. Describe in your own words the nature of the claim which you are presenting to the court in your complaint/petition. _I am suing for medical issues_

(Additional space on next page)

EFFORTS TO OBTAIN AN ATTORNEY
The Court strongly suggests that you contact a minimum of three attorneys.

13. Have you spoken with any attorney about handling your case? YES ✓ NO __

14. If your answer to #13 is YES, please provide the following information about each attorney with whom you spoke:

   a) Attorney's name _Shipman & Goodwin, LLP_

   Date you contacted this attorney _July 12, 2019_

   Method of contact (in person, by telephone, etc.) _I have written them a letter - by mail._

   Reason why attorney was not employed to handle your case _They never responded_

   b) Attorney's name _Cohen and Wolf_

   Date you contacted this attorney _July 12, 2019_

   Method of contact (in person, by telephone, etc.) _I have written them a letter - by mail._

Rev. 2/3/05        4

Reason why attorney was not employed to handle your case They never responded.

c) Attorney's name Day Pitney, LLP

Date you contacted this attorney July 12, 2019

Method of contact (in person, by telephone, etc.) I wrote them a letter, - by mail.

Reason why attorney was not employed to handle your case They never responded.

15. Explain any other efforts you have made to obtain an attorney to handle your case.

I have been speaking with Inmate's Legal Aid Program, but they said I would need to do it all myself.

16. Please provide any other information which supports your application for the court to appoint counsel. I have been trying to obtain information that would help support my claim, but the DOC seems to not want to give it to me. Also, due to the complex nature of medical lawsuits, and because I may need to have expert witnesses called I need counsel.

17. Do you need a lawyer who speaks a language other than English?
    YES ___  NO ✓

Rev. 2/3/05                                     5

If you answered YES, what language do you speak? _____

I declare under the penalties of perjury that my answers to the foregoing questions are true to the best of my knowledge.

I understand that if I am assigned a lawyer and my lawyer learns, either from myself, or elsewhere, that I can afford a lawyer, the lawyer may give this information to the court. See Local Rule 83.10(b)(4) and (g).

I understand that if my answers on my application to proceed in forma pauperis and/or on this application for appointment of counsel are false, my case may be dismissed. See 28 U.S.C. §1915(e).

I hereby waive my privilege of attorney-client confidentiality to the extent necessary for my appointed attorney to make an application to be relieved from appointment as provided in Local Rules 83.10(c) and (d).

I understand that filing this motion does not excuse me from litigating my case, and that it is still my responsibility to have the defendants served with process in accordance with Rule 4 of the Federal Rules of Civil Procedure, if I have not already done so. I also understand that filing this motion does not stay this case and does not excuse me from responding to any motion filed by the defendants.

| | |
|---|---|
| 8-6-2019 | *Nicholas Clark* |
| Date | Original Signature of Movant |
| | Nicholas Clark #355139 |
| | Garner C.I. 50 Nunnawauk Rd. |
| | Newtown, CT 06470 |
| | Printed Name and Address of Movant |

If this motion is being filed AFTER the complaint has been served, the opposing party needs to be served with a copy of this motion and a certificate of service needs to be completed.

I hereby certify that a copy of the foregoing motion was mailed to:

Rev. 2/3/05                                                          6

(List all defendants or counsel for defendants with address and date mailed.)

Assistant Attorney General, Thomas Davis
110 Sherman St.
Hartford, CT 06105

*Nicholas Clark*
Original Signature of Movant