UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NICHOLAS CLARK | : | CIVIL NO. 3:19CV00575 (VLB) |
| v. | : | |
| COOK, ET AL. | : | AUGUST 27, 2019 |

## CONSENT MOTION FOR EXTENSION OF TIME

Defendant moves for an extension of time of thirty (30) days to file a responsive pleading. This is the Defendant's second motion for an extension of the pleading deadline. The first motion extension of the deadline was from August 4, 2019 to September 4, 2019. Defendant now seeks a further extension to October 4, 2019.

The complaint alleges deliberate indifference to the plaintiff's medical needs regarding gender dysphoria. Undersigned is in the process of obtaining all of the plaintiff's medical records, correctional records and various other records as well as conducting interviews and consultants in an effort to secure sufficient information to meaningfully respond to the complaint. Additional time is needed to complete that process and provide a proper responsive pleading.

Undersigned counsel spoke to the Plaintiff on even date herewith and Plaintiff consented to the thirty (30) day extension to October 4, 2019 sought herein.

WHEREFORE, the Defendant moves for an extension of time to an including October 4, 2019 within which to file a responsive pleading.

DEFENDANTS

WILLIAM TONG
ATTORNEY GENERAL

BY:  **/s/ *Thomas J. Davis, Jr.***
    **Thomas J. Davis, Jr.**
    **Assistant Attorney General**
    **110 Sherman Street**
    **Hartford, CT 06105**
    **Federal Bar #ct17835**
    **E-Mail:  thomas.davis@ct.gov**
    **Tel.:  (860) 808-5450**
    **Fax:  (860) 808-5591**

## CERTIFICATION

I hereby certify that on August 27, 2019, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.  A copy was also sent to the following:

    Nicholas Clark # 355139
    Garner Correctional Institution
    50 Nunnawauk Road
    Newtown, CT  06470

    **/s/ *Thomas J. Davis, Jr.***
    **Assistant Attorney General**