SCANNED at
and Emailed
10/30/19 by C . 11 pages
date   initials   No.

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

CLARK
Name of Plaintiff/Petitioner

v.

Case No. 3:19-CV-00575-VLB

Cook et al
Name of Defendant/Respondent

### MOTION FOR APPOINTMENT OF COUNSEL

PERSONAL/FINANCIAL DATA

1. Your full name: Veronica-May Clark (Nicholas Clark)

    Your present mailing address: Garner C.I., 50 Nunnawauk Rd. Newtown, CT 06470

    Telephone number: (203) 270-2601

2. Are you presently employed? YES ___ NO ✓

3. If your answer to #2 is YES, please provide the name and address of your employer and the amount of your usual weekly earnings. _____

    ___ Weekly earnings: _____

4. If you are not presently employed, please provide the name and address of your last

Rev. 2/3/05

employer, the date (approximate) that you last worked, and the amount of weekly earnings you were receiving. Cheshire C.I.

Date last worked: July 2016

Weekly earnings: $5.12

5. Approximately how much money have you received in the past twelve months in the form of:
   a) salary, wages, commissions, or earned income of any kind? Zero
   
   b) interest, dividends, rents or investments of any kind? Zero
   
   c) gifts or inheritances of any kind? $3,120.00

6. How much money do you have in any checking or savings account(s)?
   
   Checking: Zero
   
   Savings: Zero
   
   Prison account: $104.24 (October 29, 2019)

7. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding household items and clothing)? YES ___ NO ✓
   
   If YES, describe the property and state the approximate value: _____

8. How much money do you owe others? Zero

For each debt, state the name of the creditor and the amount owed:
CREDITOR                                                    AMOUNT OWED

Rev. 2/3/05                              2

_____        _____
_____        _____
_____        _____
_____        _____
_____        _____

9.  List the persons who depend upon you for support, and state your relationship to them. If any person is a minor child, identify that person by initials only.

    none _____

    _____

    _____

10. Are there any persons regularly residing in your household who are over the age of 18 and who are presently employed? YES ____ NO ✓

    If the answer is YES, please provide the following information for each such person:

    Name: _____

    Relationship: _____

    Employer: _____

    Weekly Earnings: _____

11. Include any other information which supports your claim that you cannot financially afford to employ an attorney. I am in prison.

    _____

    _____

    _____

Rev. 2/3/05                              3

## NATURE OF YOUR CLAIM

12. Describe in your own words the nature of the claim which you are presenting to the court in your complaint/petition. This is a medical lawsuit. I have been denied proper medical care for my gender dysphoria.

(Additional space on next page)

## EFFORTS TO OBTAIN AN ATTORNEY
The Court strongly suggests that you contact a minimum of three attorneys.

13. Have you spoken with any attorney about handling your case? YES ✓ NO __

14. If your answer to #13 is YES, please provide the following information about each attorney with whom you spoke:

   a) Attorney's name Patrick Dunn, Esq.

   Date you contacted this attorney 10-10-2019

   Method of contact (in person, by telephone, etc.) I wrote him a letter.

   Reason why attorney was not employed to handle your case He told me that ILAP cannot represent inmates in court proceedings. Please see attached letter from Attorney Dunn.

   b) Attorney's name Russel Berkowitz

   Date you contacted this attorney 9-16-2019

   Method of contact (in person, by telephone, etc.) I wrote a letter.

Rev. 2/3/05                                4

Reason why attorney was not employed to handle your case  I wasn't given a reason by the firm, just a letter telling me they were unable to represent me in this matter. (Please see attached letter.)

c) Attorney's name  Joseph F. Krowski Jr.

Date you contacted this attorney  9-16-2019

Method of contact (in person, by telephone, etc.)  I wrote a letter.

Reason why attorney was not employed to handle your case  He stated he doesn't have the resources to take on my case. I'm not sure why he mentions Massachusetts, though. I explained that I was in CT. (Please see attached letter)

15. Explain any other efforts you have made to obtain an attorney to handle your case.

I had contact with attorney Dan Barrett (ACLU of Connecticut) in 2016 and he was helping me for a while, but I've been writing him lately, but it seems to have gone silent. I'm not sure what's happened. Also, he'd recruited attorney Brett Dignam (Morningside Heights Legal Services, Inc.) but she told me she could no longer represent me. I had also contacted Shipman & Goodwin, LLP. Please see attached letter.

16. Please provide any other information which supports your application for the court to appoint counsel.  I understand that medical lawsuits are especially complex and I'd need help with things of which I'm surely unaware of. I do believe I'll be requiring expert witness testimony, which I'm certain I lack the resources to obtain. I'm sure there's so much more that I'm unaware of.

17. Do you need a lawyer who speaks a language other than English?
    YES ____  NO ✓

If you answered YES, what language do you speak? _____

I declare under the penalties of perjury that my answers to the foregoing questions are true to the best of my knowledge.

I understand that if I am assigned a lawyer and my lawyer learns, either from myself, or elsewhere, that I can afford a lawyer, the lawyer may give this in formation to the court. See Local Rule 83.10(b)(4) and (g).

I understand that if my answers on my application to proceed in forma pauperis and/or on this application for appointment of counsel are false, my case may be dismissed. See 28 U.S.C. §1915(e).

I hereby waive my privilege of attorney-client confidentiality to the extent necessary for my appointed attorney to make an application to be relieved from appointment as provided in Local Rules 83.10(c) and (d).

I understand that filing this motion does not excuse me from litigating my case, and that it is still my responsibility to have the defendants served with process in accordance with Rule 4 of the Federal Rules of Civil Procedure, if I have not already done so. I also understand that filing this motion does not stay this case and does not excuse me from responding to any motion filed by the defendants.

10-25-2019
Date

*Veronica May*
Original Signature of Movant

Veronica-May Clark #355139
Garner C.I., 50 Nunnawauk Rd
Newtown, CT 06470
Printed Name and Address of Movant

If this motion is being filed AFTER the complaint has been served, the opposing party needs to be served with a copy of this motion and a certificate of service needs to be completed.

I hereby certify that a copy of the foregoing motion was mailed to:

Rev. 2/3/05                                                         6

(List all defendants or counsel for defendants with address and date mailed.)

Assistant Attorney General, Thomas Davis
Mackenzie Hall
110 Sherman Street
Hartford, CT
06105

*Veronica May*
Original Signature of Movant