UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NICHOLAS CLARK | : | CIVIL NO. 3:19CV00575 (VLB) |
| v. | : | |
| COOK, ET AL. | : | NOVEMBER 6, 2019 |

### MOTION FOR MENTAL HEALTH EVALUATION
### PURSUANT TO FED. R. CIV. P. 35

Pursuant to Fed. R. Civ. P. 35 the Defendant, Dr. Valletta, moves for an order compelling a mental health examination and evaluation of the Plaintiff so that an adequate assessment of his underlying gender dysphoria may be secured which also addresses the extraordinary remedies Plaintiff seeks.

Pursuant to Rule 35, the time, place, manner, conditions, and scope of the examination, and the person or persons by whom it is to be made are as follows: the examination will be conducted by Stephen B. Levine, MD, Clinical Professor of Psychiatry Case Western Reserve University School of Medicine. Dr. Levine is a psychiatrist. His CV is attached as Exhibit 1. He would conduct an interview of the Plaintiff of approximately 4 hours at Garner Correctional Institution in Newtown, Connecticut. The exact date would be dependent on scheduling following the Court's order granting this motion and the administration of the psychological tests described below. The psychological tests include the Minnesota Multiphasic Personality Inventory (MMPI) (the most widely used and researched clinical assessment tool used by mental health professionals to help diagnose mental health disorders), and the Millon Clinical Multiaxial Inventory-III

(MCMI-III) (a well-recognized instrument providing a measure of personality disorders and clinical syndromes for adults undergoing psychological or psychiatric assessment or treatment). It is proposed that those tests be completed in the month prior to Dr. Levine's personal interview of Plaintiff and be interpreted by a Garner Correctional Institution in-house psychologist, such as Dr. Lilith Pieri.  They consist of true/false questionnaires that can be done in 2.5 and 1 hour periods, respectively, for literate and reasonable intelligent people and it is expected that Plaintiff falls within that category.

The defendant submits herewith a memorandum in support of this motion.

WHEREFORE, the Defendant respectfully request this Rule 35 motion be granted.

>                         DEFENDANT
>                         Dr. Valletta
>
>                         WILLIAM TONG
>                         ATTORNEY GENERAL
>
>
>                    BY:  /s/  Thomas J. Davis, Jr.
>                         Thomas J. Davis, Jr.
>                         Assistant Attorney General
>                         110 Sherman Street
>                         Hartford, CT 06105
>                         Federal Bar #ct01211
>                         E-Mail:  Thomas.Davis@ct.gov
>                         Tel.:  (860) 808-5450
>                         Fax:  (860) 808-5591

**CERTIFICATION**

I hereby certify that on November 6, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Further, I hereby certify that a copy of the foregoing was mailed to the following on this 6th day of November, 2019, to:

Nicholas Clark, Inmate #355139
Garner Correctional Institution
55 Nannawauk Road
Newtown, CT 06470

　　　　　　　　　　　　　　　　　　　　/s/ *Thomas J. Davis, Jr.*
　　　　　　　　　　　　　　　　　　　　Thomas J. Davis, Jr.
　　　　　　　　　　　　　　　　　　　　Assistant Attorney General