SCANNED at and Emailed by _____ date 12.18.19 initials ___ No. ___ pages ___

United States District Court
District of Connecticut

Nicholas Clark : Civil No. 3:19CV00575(VLB)

v. :

Cook, et al. : December 17, 2019

## REQUEST FOR STATUS CONFERENCE FOR APPOINTMENT OF COUNSEL

1. I would like to please request a status conference to find out the status of my request for appointment of counsel. I hope I have requested for the right thing. I was told this was what I needed to request to find out the status of my application for appointment of counsel. Thank you so much for your time.

PLAINTIFF
Veronica May (Nicholas Clark)
#355139
Garner C.I.
50 Nunnawauk Rd.
Newtown, CT 06470

## CERTIFICATION

I hereby certify that on December 18, 2019, a copy of the foregoing was sent to Thomas Davis, Jr., Assistant Attorney General, 110 Sherman St., Hartford, CT 06105.