UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **NICHOLAS CLARK** | **:** | **CIVIL NO. 3:19CV00575 (VLB)** |
| **v.** | **:** | |
| **COOK, ET AL.** | **:** | **JANUARY 24, 2020** |

## MOTION TO COMPEL

Pursuant to Fed. R. Civ. P. 37 (a) (3) (B) and Local Rule 7, Defendant, Dr. Gerald Valletta, moves to compel Plaintiff to provide answers to interrogatories and produce documents.

The Defendant served two discovery requests on the Plaintiff on November 1, 2019, one being a Request for Interrogatories and the other being a Request for Production. Plaintiff has not provided any compliance. Rather, Plaintiff claims that he lacks resources to adequately respond to the interrogatories and that he is unsure of how to respond to the production requests and that he needs the assistance of counsel. Plaintiff has not filed any objections to the discovery.

Undersigned counsel for the Defendant has conferred by telephone with Plaintiff on January 24, 2020 and discussed the discovery issues in detail in a good faith effort to eliminate or reduce the area of controversy, and to arrive at a mutually satisfactory resolution.  Attached hereto as **Exhibit 1** is undersigned counsel's affidavit certifying that he has conferred with plaintiff in an effort in good faith to resolve by agreement the issues raised by the motion without the intervention of the Court, and has been unable to reach such an agreement.

Attached hereto as <u>Exhibit 2</u> in defendant's memorandum in support of motion to compel with the outstanding discovery requests attached as exhibits as well as Plaintiff's responses asserting that he lacks the resources to adequately respond to the interrogatories and is unsure how to respond to the production requests without the assistance of counsel.

WHEREFORE, the Defendant moves for an order compelling Plaintiff to answer all outstanding interrogatories and produce all items sought in the outstanding request for production.

>DEFENDANTS
>Cook, Et Al.
>
>WILLIAM TONG
>ATTORNEY GENERAL
>
>BY: <u>/s/ *Thomas J. Davis, Jr.*</u>
>Thomas J. Davis, Jr.
>Assistant Attorney General
>110 Sherman Street
>Hartford, CT 06105
>Federal Bar #ct17835
>E-Mail:  thomas.davis@ct.gov
>Tel.:  (860) 808-5450
>Fax:  (860) 808-5591

2

## CERTIFICATION

I hereby certify that on January 24, 2020, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.  A copy was also sent to the following:

Nicholas Clark, Inmate #355139
Garner Correctional Institution
50 Nannawauk Road
P.O. Box 5500
Newtown, CT  06470

      /s/ *Thomas J. Davis, Jr.*
**Assistant Attorney General**