# EXHIBIT 1

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NICHOLAS CLARK | : | CIVIL NO. 3:19CV00575 (VLB) |
| v. | : | |
| COOK, ET AL. | : | JANUARY 24, 2020 |

### AFFIDAVIT OF THOMAS J. DAVIS, JR.

Undersigned, have been duly sworn, deposes and states:

1. I am counsel for the defendant, Dr. Gerald Valletta.

2. On January 24, 2020 I spoke to Plaintiff by telephone in an effort to obtain compliance with outstanding interrogatories and production requests to which no objection has been made. I made a good faith effort to obtain compliance without the intervention of the Court, but I was unable to obtain Plaintiff's agreement to provide compliance.

3. Plaintiff expressed the view that he was without resources or capability as a self-represented party to understand what he was obliged to answer or provide and that without counsel he was uncomfortable responding or even objecting to discovery.

_____
Thomas J. Davis, Jr.

Signed an sworn to before me this 24 day of January, 2020.

_____
Commissioner of the Superior Court