# EXHIBIT 2

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NICHOLAS CLARK | : | CIVIL NO. 3:19CV00575 (VLB) |
| v. | : | |
| COOK, ET AL. | : | JANUARY 24, 2020 |

<u>DEFENDANT'S MEMORANDUM IN SUPPORT OF MOTION TO COMPEL</u>

I. <u>A concise statement of the nature of the case</u>

This action is a prisoner civil rights claim. Plaintiff alleges that he suffers from gender dysphoria and wants extensive transitioning treatments, including but not limited to surgical alteration of genitalia, breast augmentation, scalp hair line modification, body hair removal, hormonal treatments, and other surgical procedures. Plaintiff alleges that the Defendant has denied any and all such treatment and that such denial violated his constitutional right to be free form cruel and unusual punishment. Plaintiff also alleges a state tort claim of intentional infliction of emotional distress.

II. <u>A specific verbatim listing of each of the items of discovery sought and immediately the reason why the item should be allowed</u>

Defendant has propounded three interrogatories and four production requests. The interrogatories are attached as <u>Exhibit 1</u>. The production requests are attached as <u>Exhibit 2</u>. Attached as <u>Exhibit 3</u> is plaintiff's response to the interrogatories, which provided no responsive information. Attached as <u>Exhibit 4</u>

is plaintiff's response to the production requests, which provided no production whatsoever.

A verbatim listing of each request follows together with the reasons why the item should be allowed. Also attached are Plaintiff's two responses to the discovery requests, neither of which makes any objection to the requests and neither of which provides any compliance.

a. Interrogatories

1. "Identify by name and last known address each person from whom you ever received any health care treatment, evaluation, or assessment, including physical and mental health care, emotional health counseling or therapy related to your sexuality, and for each state the dates thereof and the reasons for the treatment, evaluation or assessment."

The reasons this interrogatory should be allowed:

a. There has been no timely objection;

b. The claims in this case require an exhaustive examination of Plaintiff's medical and emotional health history, especially as it relates to sexuality, sexual orientation, and gender self-identification. Plaintiff's history includes the murder of his ex-wife's boyfriend during the pendency of their dissolution of marriage action. He also has two sons. He has claimed in other litigation that he was sexually assaulted in prison in 2011. He has claimed that he lived openly as a woman for several years prior to his marriage to a woman. He also

has described elsewhere certain events in his formative year that are part of complex personality structure and must be examined in depth by defendant's expert. Given the kind of claims being made the relief sought, an exhaustive collection of all of Plaintiff's medial and emotions health history is necessary.  Identification of all such providers in necessary in order to make appropriate requests for records and to identify witnesses to depose and/or call at trial.

2.    "Identify by name and address each educational institution and school you ever attended, and the dates of such attendance."

The reasons this interrogatory should be allowed:

a.  There has been no timely objection.

b.  Identification of all schools and educational institutions attended will allow Defendant to seek all school and educational records, which may include psychological and school counseling records. They may also disclose records that contradict or affirm various claims Plaintiff has made about his past, including but not limited to events in his formative years. All such information must be examined in depth by defendant's expert.

3.    "Identify by name and address each employer for whom you ever worked, and for each job state the title you had, describe the job duties you had, and state the dates you were so employed."

The reasons this interrogatory should be allowed:

   a.  There has been no timely objection.

   b.  Identification of all employers will allow Defendant to seek all employment records. The regularity of satisfactory employment, the level of unsatisfactory employment or job performance, and the nature of job duties one was able to carry out (or not), are unquestionably factors to asses in Plaintiff's psychological make-up, which is a central aspect of this case. In addition, employment records will disclose any work related disciplinary history and will likely affirm or contradict plaintiffs' claims of living openly as a woman in years before he married a woman and then murdered her boyfriend and tried to murder her. All such information must be examined in depth by defendant's expert.

   c.  <u>Production requests</u>

1.    "Signed authorization to obtain all medical and health care records of Plaintiff, including any mental health records, from all health care providers with whom Plaintiff has ever consulted (copies attached)."

<u>The reasons this production request should be allowed:</u>

a.    There has been no timely objection;

b.    The claims in this case require an exhaustive examination of Plaintiff's medical and emotional health history, especially as it relates to sexuality, sexual orientation, and gender self-identification. Plaintiff's history includes the murder of his ex-wife's boyfriend

during the pendency of their dissolution of marriage action. He also has two sons. He has claimed in other litigation that he was sexually assaulted in prison in 2011. He has claimed that he lived openly as a woman for several years prior to his marriage to a woman. He also has described elsewhere certain events in his formative year that are part of complex personality structure and must be examined in depth by defendant's expert. Given the kind of claims being made the relief sought, an exhaustive collection of all of Plaintiff's medial and emotions health history is necessary.   Identification of all such providers in necessary in order to make appropriate requests for records and to identify witnesses to depose and/or call at trial.

2.    "Signed authorization to obtain all employment records of Plaintiff from each employer of Plaintiff since age eighteen."

**The reasons this production request should be allowed:**

a.    There has been no timely objection.

b.    Identification of all employers will allow Defendant to seek all employment records. The regularity of satisfactory employment, the level of unsatisfactory employment or job performance, and the nature of job duties one was able to carry out (or not), are unquestionably factors to asses in Plaintiff's psychological make-up, which is a central aspect of this case. In addition, employment records will disclose any

5

work related disciplinary history and will likely affirm or contradict plaintiffs' claims of living openly as a woman in years before he married a woman and then murdered her boyfriend and tried to murder her. All such information must be examined in depth by defendant's expert.

3.      "Signed authorization to obtain all records in the possession, custody or control of each educational institution and school plaintiff has attended, including all academic, counseling, special education, and health records."

<u>The reasons this production request should be allowed:</u>

a.      There has been no timely objection.

b.      Identification of all schools and educational institutions attended will allow Defendant to seek all school and educational records, which may include psychological and school counseling records. They may also disclose records that contradict or affirm various claims Plaintiff has made about his past, including but not limited to events in his formative years. All such information must be examined in depth by defendant's expert.

4.      "All written documents authored by Plaintiff that refer to Plaintiff's sexual orientation, gender, and/or sexual activity. Signed authorization to obtain all medical and health care records of Plaintiff."

**The reasons this production request should be allowed:**

    a.    With respect to this request, the defendant withdraws the last sentence of the fourth production request, as it was obviously a clerical error. Only the production sought in the first sentence is sought by way of this fourth production request. The items sought n th last sentence are sought by other requests, as describe above.

b.    There has been no timely objection.

c.    Plaintiff has a long and complex history regarding his sexual identity. He has written complaints, administrative remedy requests, and inmate request forms addressing his sexual orientation, gender and/or sexual activity. He has field another lawsuit alleging sexual abuse by a correctional employee. He has undoubtedly written other things about those issues, including correspondence to his family. Everything he has ever written about his sexual orientation, gender identity and or sexual activity should be produced so that Defendant's expert may assess it in light of all other informant available and thereby render a fully informed opinion regarding plaintiff's claims. Moreover, some of his own written statements may contradict or confirm claims about his sexual identity and/or history that he has made in this case and

elsewhere. All such information must be examined in depth by

defendant's expert.

WHEREFORE, Plaintiff should order to fully comply with the interrogatories

and production requests.

DEFENDANTS

WILLIAM TONG
ATTORNEY GENERAL

BY: /s/ Thomas J. Davis, Jr.
Thomas J. Davis, Jr.
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct17835
E-Mail:  thomas.davis@ct.gov
Tel.:  (860) 808-5450
Fax:  (860) 808-5591

CERTIFICATION

I hereby certify that on January 24, 2020, a copy of the foregoing was filed

electronically.  Notice of this filing will be sent by e-mail to all parties by operation

of the Court's electronic filing system.  Parties may access this filing through the

Court's system.  A copy was also sent to the following:

Nicholas Clark # 355139
Garner Correctional Institution
50 Nannawauk Road
Newtown, CT  06470

/s/ Thomas J. Davis, Jr.
Assistant Attorney General

# EXHIBIT 1

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

NICHOLAS CLARK                    :        CIVIL NO. 3:19CV00575 (VLB)

v.                                :

COOK, ET AL.                      :        NOVEMBER 1, 2019

<u>REQUEST FOR INTERROGATORIES</u>

Pursuant to fed. R. Civ. P. 33, the Defendant requests that the Plaintiff answer the following interrogatories, under oath, within thirty (30) days of the date hereof:

1. Identify by name and last known address each person from whom you ever received any health care treatment, evaluation, or assessment, including physical and mental health care, emotional health counselling, or therapy relayed to your sexuality, and for each state the dates there of and the reason for the treatment, evaluation or assessment.

Answer:

2. **Identify by name and address each educational institution and school you ever attended, and the dates of such attendance.**

   **Answer:**

3. **Identify by name and address each employer for whom you ever worked, and for each job state the title you had, describe the job duties you had, and state the dates you were so employed.**

DEFENDANT
Dr. Gerald Valletta

WILLIAM TONG
ATTORNEY GENERAL

BY:  /s/ *Thomas J. Davis, Jr.*
     Thomas J. Davis, Jr.
     Assistant Attorney General
     110 Sherman Street
     Hartford, CT 06105
     Federal Bar #ct17835
     E-Mail:  thomas.davis@ct.gov
     Tel.:  (860) 808-5450
     Fax:  (860) 808-5591

## CERTIFICATION

I hereby certify that on November 1, 2019, a copy of the foregoing was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.  A copy was also mailed to the following:

Nicholas Clark, Inmate #355139
Garner Correctional Institution
50 Nannawauk Road
P.O. Box 5500
Newtown, CT 06470

     /s/ *Thomas J. Davis, Jr.*
     Thomas J. Davis, Jr.
     Assistant Attorney General

# EXHIBIT 2

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

NICHOLAS CLARK                    :        CIVIL NO. 3:19CV00575 (VLB)

v.                                :

COOK, ET AL.                      :        NOVEMBER 1, 2019

<u>REQUEST FOR PRODUCTION</u>

Pursuant to fed. R. Civ. P. 34, the Defendant requests that the Plaintiff produce the following documents within thirty (30) days:

1.  Signed authorization to obtain all medical and health care records of Plaintiff, including any mental health and counseling records, from all health care providers with whom Plaintiff has ever consulted (copies attached).

2.  Signed authorization to obtain all employment records of Plaintiff from each employer of Plaintiff since age eighteen.

3. Signed authorization to obtain all records in the possession, custody or control of each educational institution and school plaintiff has attended, including all academic, counseling, special education, and health records.

4. All written documents authored by Plaintiff that refer to Plaintiff's sexual orientation, gender, and/or sexual activity. Signed authorization to obtain all medical and health care records of Plaintiff.

DEFENDANT
Dr. Gerald Valletta

WILLIAM TONG
ATTORNEY GENERAL

BY: /s/ Thomas J. Davis, Jr.
Thomas J. Davis, Jr.
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct17835
E-Mail: thomas.davis@ct.gov
Tel.: (860) 808-5450
Fax: (860) 808-5591

2



**HEALTH**

(Patient Identification)

## Authorization to Obtain and/or Disclose Health Information

1.  I hereby authorize UConn Health to disclose and/or obtain my individually identifiable health information as described here to the person/organization named below.  I understand that this authorization is voluntary and that it *may include information relating to AIDS, HIV infection, behavioral health services/psychiatric care, treatment for alcohol and/or drug abuse.*

| PATIENT'S NAME: Nicholas Clark | DATE OF BIRTH: 04/04/1976 |
|---|---|

| ADDRESS: Garner Correctional Institution, 50 Nannawauk Road | E-MAIL ADDRESS: |
|---|---|

| CITY: Newtown | STATE: CT | ZIP CODE 06470 | TO#: | PHONE NUMBER: |
|---|---|---|---|---|

2.  Dates of Service_____ARE YOU A VETERAN?___Y ___N

3.  Information: [x] to be disclosed  or  [ ] to be obtained  (PLEASE CHECK INFORMATION NEEDED BELOW)
    - [x] Discharge Summary
    - [ ] Radiology films
    - [x] History & physical examination
    - [ ] Radiology reports
    - [x] Consultation reports
    - [x] Inpatient record, including Psychiatric Inpatient
    - [x] Emergency Dept. record
    - [x] Laboratory tests
    - [ ] Rehabilitation Dept. notes
    - [x] Outpatient clinic notes- List clinic here: _____
    - [x] Outpatient Behavioral Health notes
    - [ ] University Dentists notes/Dental Clinic notes
    - [x] Entire record (ONLY when subsections of the record will not serve the intended purpose of the disclosure.)
    - [ ] Other (please specify): _____

4.  Please *DO NOT* release the following information: _____
    _____

5.  I am requesting that this information **be disclosed** [X]  /  **obtained** [ ] for the purpose of (*i.e. Legal reasons, continued care, insurance, another medical opinion, Worker's compensation, research, personal use, Social Security*):

    | Legal |
    |---|
    | |

6.  Name of the person(s)/organization(s):  **To whom the disclosure is to be made** [X] or
    **From whom the information is to be obtained** [ ]

    For release to **PATIENTS** only specify: [ ] Paper Copies  [ ] Electronic format (for electronically kept records only)
    List preferred electronic format: _____

    *Paper copies will be provided unless otherwise specified*

    If the disclosure is made to or obtained from more than one person/organization *for the same purpose*, more than one entry may be made below.

| NAME Thomas J. Davis, Jr., AAG | PHONE NUMBER 860-808-5450 |
|---|---|
| ADDRESS Office of the Attorney General, 110 Sherman Street | |
| CITY Hartford         STATE CT     ZIP   06105 | |

| NAME | PHONE NUMBER |
|---|---|
| ADDRESS | |
| CITY         STATE     ZIP | |

7.  If authorization is to obtain information, please provide information to:
    UConn Health                        Provider Name: _____
    Department:_____ Mail Code:_____ Phone Number:_____ Fax:_____
    Address: _____ Zip code: _____

8.  Name and relationship to patient of individual authorized to pick up record(s) being released from the facility:
    _____



HCH-551  Eff. 7/03  Rev. 7/04, 9/06, 8/11,1/12, 9/13, 1/16, 6/16   Page 1 of 2 DS



(Patient Identification)

## Authorization to Obtain and/or Disclose Health Information

9. This authorization may be revoked in writing to the Director of Health Information Management at any time, except to the extent that action has already been taken in reliance on this authorization. This authorization shall automatically expire 6 months from the date of signature unless otherwise specified in the space provided here.
   DATE OF EXPIRATION: _____.

10. I may inspect and copy the information to be used and disclosed under this authorization and that I may receive a copy of this signed authorization form. **There may be a fee associated with producing the records, not to exceed what Connecticut State law authorizes.**

11. UConn Health, its employees, officers and physicians are hereby released from any legal responsibility or liability for disclosure of the above information to the extent indicated and authorized herein.

12. UConn Health may not condition treatment on the provision of this authorization except in cases of research-related treatment protocols or studies being conducted by outside third parties through UConn Health. In such cases, specific authorization for the research-related treatment protocols/studies must be signed as a condition of participation. In cases where UConn Health is requested by a third party to create health information solely for the purpose of sharing that information with the party that requested it, I understand that I must sign this authorization.

13. **Notice to Recipients:** As the recipient of this information, you may use this information only for the stated purpose. You may disclose this information to another party ONLY:
    - *With written authorization from the patient or his or her legal representative;*
    - *As required or authorized by state and / or federal law; or*
    - *If urgently needed for the patient's continued care.*
    *If this disclosure contains information relating to HIV, behavioral health, alcohol or drug abuse education, training, treatment, rehabilitation, or research, the following shall apply: This information has been disclosed to you from records whose confidentiality is protected by federal law. Federal regulations (Title 42 CFR Part 2) and Connecticut General Statutes (Ch. 368x) prohibit you from making any further disclosure of it without the specific written consent of the person to whom it pertains, or as otherwise permitted by such regulations. A general authorization for the release of medical or other information is NOT sufficient for this purpose.*

14. **Notice to Individual Requesting the Disclosure:**
    *Your signature below indicates that you understand that if the organization authorized to receive the information is not a health care provider or health plan, and the information disclosed is NOT protected by Title 42 CFR Part 2 and Ch. 368x, then the released information may no longer be protected by the HIPAA Federal Privacy Regulations.*

_____
Printed Name of Patient

_____          _____
Signature of Patient or Legal Representative                  Date/Time

_____          _____
Printed name of Legal Representative *                          Relationship to Patient
* A copy of the personal representative's legal authority to act on behalf of the patient is attached.

_____          _____
Signature of Individual Picking up Record                      Relationship to Patient

**For Office Use Only**

| Sign & Date | |
|---|---|
| Check identification | |
| Date records needed by: | |
| Charges: | |
| Copy of Authorization was provided to patient | |

**NOTES:** **(When using this form in the Laboratory, a physician signature is required to disclose results to anyone.)

_____          _____
                Physician Signature                                      Date/Time

**PLEASE MAIL COMPLETED FORM TO: RELEASE OF INFORMATION, HEALTH INFORMATION MANAGEMENT DEPARTMENT MAIL CODE 2260, 263 FARMINGTON AVE, FARMINGTON, CT 06030**

Questions? Please call 860-679-2787. For East Hartford and West Hartford related requests call 860-523-3774.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

NICHOLAS CLARK             :        CIVIL NO. 3:19CV00575 (VLB)

    v.                     :

COOK, ET AL.               :        NOVEMBER 1, 2019

AUTHORIZATION FOR RELEASE OF EDUCATIONAL RECORDS

TO:


RE:  Nicholas Clark
     Date of Birth: 04/04/1976
     Social Security No.

    I, Nicholas Clark, authorize _____ *School/University,* to release to the
Attorney General for the State of Connecticut, any and all records in your possession, custody, or
control concerning Nicholas Clark.

    This authorization is intended to permit disclosure of all records and privileged
communication otherwise protected from disclosure by the Family Educational Rights and
Privacy Act (FERPA), 20 U.S.C. § 1232G; 34 CFR Part 99 and/or Connecticut General Statutes
§ 10-15b.

    The information to be disclosed is for the purpose of prosecuting and/or defending the
above-captioned claim. This authorization shall be valid for the duration of the above-captioned
claim and any civil action which may result and covers any and all activities, proceedings or
events related thereto.


    A photocopy of this authorization shall be in all respects sufficient as an original.

Dated at _____, Connecticut, this _____ day of _____, 2019.


_____
Nicholas  Clark


Subscribed to before me on this _____ day of _____, 2019.


_____
Commissioner of the Superior Court/
Notary Public

My Commission Expires:

2

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

NICHOLAS CLARK    :  CIVIL NO. 3:19CV00575 (VLB)

   v.        :

COOK, ET AL.      :  NOVEMBER 1, 2019

## AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS

**Patient/Client name: Nicholas Clark**   **DOB:04/04/1976**
                   **SSN: _____**

I, Nicholas Clark, hereby authorize _____ of

**(Address)** _____, to
release my medical and mental health records including a copy of my complete and entire mental and physical health record, all records for my care and treatment, including psychiatric and emergency room records, nursing notes, laboratory results (individually copied), pathology reports, x-ray reports, films, all consent forms, and a copy of the bill for services rendered to Assistant Attorney General Thomas J. Davis, Jr.  and/or her/his designated representative.

If any of the information to be released constitutes a psychiatric communication or a communication with a psychologist, this release will serve as my written release of that psychiatric/psychological information, and such a refusal will in no way jeopardize my right to continue to obtain treatment, unless disclosure is otherwise permitted by law or necessary for treatment.

If any of the information to be released relates to treatment for alcohol and drug abuse, I understand that there are special requirements for my consent to release as found in Part 2 of Title 42 of the C.F.R., which prohibits the further release of that information without my consent, as referenced in the federal regulations, or as otherwise permitted by law.

  **TO THE RECIPIENT OF THESE MATERIALS:**

    In the event that any of the disclosed information includes HIV/AIDs information, this is protected under state law as follows:

    "This information has been disclosed to you from records whose confidentiality is protected by state law.  State law prohibits you from making any further disclosure of it without the specific written consent of the person to whom it pertains, or as otherwise permitted by said

law.  A general authorization for the release of medical or other information is NOT sufficient for this purpose."  Any oral disclosure shall be accompanied or followed by the above notice. See Connecticut General Statute section 19a-585.

**PSYCHIATRIC COMMUNICATIONS**:   If the released material contains confidential psychiatric communication, as designated in C.G.S. sections 52-146d through 52-146i, inclusive, please note the following:

> "The confidentiality of this record is required under chapter 899 of the Connecticut general statutes. This material shall not be transmitted to anyone without written consent or other authorization as provided in the aforementioned statutes."  See Connecticut General Statute section 52-146i.

**ALCOHOL AND/OR DRUG TREATMENT RECORDS:**

> "This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient." See 42 C.F.R. § 2.32; Connecticut General Statute section 17a-688.

This authorization is valid for one year from the date of signing, unless and until it is revoked, in writing, and properly presented to the keeper of records.

**A photocopy of this authorization shall be as valid as the original.**

**Notice to Individual Requesting the Disclosure:**

*Your signature below indicates that you understand that if the organization authorized to receive the information is not a health care provider or health plan, and the information disclosed is NOT protected by Title 42 CFR Part 2 and Ch. 368x, then the released information may no longer be protected by the HIPAA Federal Privacy Regulations.*

_____          _____

Signature of Patient/Client                             Date:
of his/her authorized representative,
parent or guardian [if a minor]
(specify relationship to patient/client)

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

NICHOLAS CLARK      :    CIVIL NO. 3:19CV00575 (VLB)

    v.             :

COOK, ET AL.        :    NOVEMBER 1, 2019

## AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS

**Patient/Client name: Nicholas Clark**    **DOB:04/04/1976**
                 **SSN:** _____

I, Nicholas Clark, hereby authorize _____ of

**(Address)** _____, to
release my medical and mental health records including a copy of my complete and entire mental
and physical health record, all records for my care and treatment, including psychiatric and
emergency room records, nursing notes, laboratory results (individually copied), pathology
reports, x-ray reports, films, all consent forms, and a copy of the bill for services rendered to
Assistant Attorney General Thomas J. Davis, Jr. and/or her/his designated representative.

If any of the information to be released constitutes a psychiatric communication or a
communication with a psychologist, this release will serve as my written release of that
psychiatric/psychological information, and such a refusal will in no way jeopardize my right to
continue to obtain treatment, unless disclosure is otherwise permitted by law or necessary for
treatment.

If any of the information to be released relates to treatment for alcohol and drug abuse, I
understand that there are special requirements for my consent to release as found in Part 2 of
Title 42 of the C.F.R., which prohibits the further release of that information without my consent,
as referenced in the federal regulations, or as otherwise permitted by law.

  **TO THE RECIPIENT OF THESE MATERIALS:**

   In the event that any of the disclosed information includes HIV/AIDs information, this is
protected under state law as follows:

   "This information has been disclosed to you from records whose confidentiality is
protected by state law. State law prohibits you from making any further disclosure of it without
the specific written consent of the person to whom it pertains, or as otherwise permitted by said

law.  A general authorization for the release of medical or other information is NOT sufficient for this purpose."  Any oral disclosure shall be accompanied or followed by the above notice. See Connecticut General Statute section 19a-585.

**PSYCHIATRIC COMMUNICATIONS**:    If the released material contains confidential psychiatric communication, as designated in C.G.S. sections 52-146d through 52-146i, inclusive, please note the following:

> "The confidentiality of this record is required under chapter 899 of the Connecticut general statutes. This material shall not be transmitted to anyone without written consent or other authorization as provided in the aforementioned statutes."  See Connecticut General Statute section 52-146i.

**ALCOHOL AND/OR DRUG TREATMENT RECORDS:**

> "This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient." See 42 C.F.R. § 2.32; Connecticut General Statute section 17a-688.

This authorization is valid for one year from the date of signing, unless and until it is revoked, in writing, and properly presented to the keeper of records.

**A photocopy of this authorization shall be as valid as the original.**

**Notice to Individual Requesting the Disclosure:**

*Your signature below indicates that you understand that if the organization authorized to receive the information is not a health care provider or health plan, and the information disclosed is NOT protected by Title 42 CFR Part 2 and Ch. 368x, then the released information may no longer be protected by the HIPAA Federal Privacy Regulations.*

_____          _____

Signature of Patient/Client                                Date:
of his/her authorized representative,
parent or guardian [if a minor]
(specify relationship to patient/client)

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

NICHOLAS CLARK          :      CIVIL NO. 3:19CV00575 (VLB)

      v.                          :

COOK, ET AL.             :      NOVEMBER 1, 2019

## AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS

**Patient/Client name: Nicholas Clark**       **DOB:04/04/1976**
                                                  **SSN: _____**

I, Nicholas Clark, hereby authorize _____ of

**(Address)** _____, to
release my medical and mental health records including a copy of my complete and entire mental
and physical health record, all records for my care and treatment, including psychiatric and
emergency room records, nursing notes, laboratory results (individually copied), pathology
reports, x-ray reports, films, all consent forms, and a copy of the bill for services rendered to
Assistant Attorney General Thomas J. Davis, Jr. and/or her/his designated representative.

If any of the information to be released constitutes a psychiatric communication or a
communication with a psychologist, this release will serve as my written release of that
psychiatric/psychological information, and such a refusal will in no way jeopardize my right to
continue to obtain treatment, unless disclosure is otherwise permitted by law or necessary for
treatment.

If any of the information to be released relates to treatment for alcohol and drug abuse, I
understand that there are special requirements for my consent to release as found in Part 2 of
Title 42 of the C.F.R., which prohibits the further release of that information without my consent,
as referenced in the federal regulations, or as otherwise permitted by law.

    **TO THE RECIPIENT OF THESE MATERIALS:**

      In the event that any of the disclosed information includes HIV/AIDs information, this is
protected under state law as follows:

      "This information has been disclosed to you from records whose confidentiality is
protected by state law. State law prohibits you from making any further disclosure of it without
the specific written consent of the person to whom it pertains, or as otherwise permitted by said

law.  A general authorization for the release of medical or other information is NOT sufficient for this purpose."  Any oral disclosure shall be accompanied or followed by the above notice. See Connecticut General Statute section 19a-585.

**PSYCHIATRIC COMMUNICATIONS**:    If the released material contains confidential psychiatric communication, as designated in C.G.S. sections 52-146d through 52-146i, inclusive, please note the following:

> "The confidentiality of this record is required under chapter 899 of the Connecticut general statutes. This material shall not be transmitted to anyone without written consent or other authorization as provided in the aforementioned statutes."  See Connecticut General Statute section 52-146i.

**ALCOHOL AND/OR DRUG TREATMENT RECORDS:**

> "This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient." See 42 C.F.R. § 2.32; Connecticut General Statute section 17a-688.

This authorization is valid for one year from the date of signing, unless and until it is revoked, in writing, and properly presented to the keeper of records.

**A photocopy of this authorization shall be as valid as the original.**

**Notice to Individual Requesting the Disclosure:**

*Your signature below indicates that you understand that if the organization authorized to receive the information is not a health care provider or health plan, and the information disclosed is NOT protected by Title 42 CFR Part 2 and Ch. 368x, then the released information may no longer be protected by the HIPAA Federal Privacy Regulations.*

_____          _____

Signature of Patient/Client                              Date:
of his/her authorized representative,
parent or guardian [if a minor]
(specify relationship to patient/client)

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

NICHOLAS CLARK                     :        CIVIL NO. 3:19CV00575 (VLB)

     v.                                     :

COOK, ET AL.                        :        NOVEMBER 1, 2019

### AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS

**Patient/Client name: Nicholas Clark**          **DOB:04/04/1976**
                                                 **SSN: _____**

I, Nicholas Clark, hereby authorize _____ of

**(Address)** _____, to
release my medical and mental health records including a copy of my complete and entire mental
and physical health record, all records for my care and treatment, including psychiatric and
emergency room records, nursing notes, laboratory results (individually copied), pathology
reports, x-ray reports, films, all consent forms, and a copy of the bill for services rendered to
Assistant Attorney General Thomas J. Davis, Jr. and/or her/his designated representative.

If any of the information to be released constitutes a psychiatric communication or a
communication with a psychologist, this release will serve as my written release of that
psychiatric/psychological information, and such a refusal will in no way jeopardize my right to
continue to obtain treatment, unless disclosure is otherwise permitted by law or necessary for
treatment.

If any of the information to be released relates to treatment for alcohol and drug abuse, I
understand that there are special requirements for my consent to release as found in Part 2 of
Title 42 of the C.F.R., which prohibits the further release of that information without my consent,
as referenced in the federal regulations, or as otherwise permitted by law.

### TO THE RECIPIENT OF THESE MATERIALS:

     In the event that any of the disclosed information includes HIV/AIDs information, this is
protected under state law as follows:

     "This information has been disclosed to you from records whose confidentiality is
protected by state law. State law prohibits you from making any further disclosure of it without
the specific written consent of the person to whom it pertains, or as otherwise permitted by said

law. A general authorization for the release of medical or other information is NOT sufficient for this purpose." Any oral disclosure shall be accompanied or followed by the above notice. See Connecticut General Statute section 19a-585.

**PSYCHIATRIC COMMUNICATIONS**: If the released material contains confidential psychiatric communication, as designated in C.G.S. sections 52-146d through 52-146i, inclusive, please note the following:

> "The confidentiality of this record is required under chapter 899 of the Connecticut general statutes. This material shall not be transmitted to anyone without written consent or other authorization as provided in the aforementioned statutes." See Connecticut General Statute section 52-146i.

**ALCOHOL AND/OR DRUG TREATMENT RECORDS:**

> "This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient." See 42 C.F.R. § 2.32; Connecticut General Statute section 17a-688.

This authorization is valid for one year from the date of signing, unless and until it is revoked, in writing, and properly presented to the keeper of records.

**A photocopy of this authorization shall be as valid as the original.**

**Notice to Individual Requesting the Disclosure:**

*Your signature below indicates that you understand that if the organization authorized to receive the information is not a health care provider or health plan, and the information disclosed is NOT protected by Title 42 CFR Part 2 and Ch. 368x, then the released information may no longer be protected by the HIPAA Federal Privacy Regulations.*

_____          _____

Signature of Patient/Client                              Date:
of his/her authorized representative,
parent or guardian [if a minor]
(specify relationship to patient/client)

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NICHOLAS CLARK | : | CIVIL NO. 3:19CV00575 (VLB) |
| v. | : | |
| COOK, ET AL. | : | NOVEMBER 1, 2019 |

<u>AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS</u>

Patient/Client name: Nicholas Clark          DOB:04/04/1976
                                             SSN: _____

I, Nicholas Clark, hereby authorize _____ of

**(Address)** _____, to
release my medical and mental health records including a copy of my complete and entire mental
and physical health record, all records for my care and treatment, including psychiatric and
emergency room records, nursing notes, laboratory results (individually copied), pathology
reports, x-ray reports, films, all consent forms, and a copy of the bill for services rendered to
Assistant Attorney General Thomas J. Davis, Jr.  and/or her/his designated representative.

If any of the information to be released constitutes a psychiatric communication or a
communication with a psychologist, this release will serve as my written release of that
psychiatric/psychological information, and such a refusal will in no way jeopardize my right to
continue to obtain treatment, unless disclosure is otherwise permitted by law or necessary for
treatment.

If any of the information to be released relates to treatment for alcohol and drug abuse, I
understand that there are special requirements for my consent to release as found in Part 2 of
Title 42 of the C.F.R., which prohibits the further release of that information without my consent,
as referenced in the federal regulations, or as otherwise permitted by law.

**TO THE RECIPIENT OF THESE MATERIALS:**

In the event that any of the disclosed information includes HIV/AIDs information, this is
protected under state law as follows:

"This information has been disclosed to you from records whose confidentiality is
protected by state law.  State law prohibits you from making any further disclosure of it without
the specific written consent of the person to whom it pertains, or as otherwise permitted by said

law.  A general authorization for the release of medical or other information is NOT sufficient for this purpose."  Any oral disclosure shall be accompanied or followed by the above notice. See Connecticut General Statute section 19a-585.

**PSYCHIATRIC COMMUNICATIONS**:   If the released material contains confidential psychiatric communication, as designated in C.G.S. sections 52-146d through 52-146i, inclusive, please note the following:

> "The confidentiality of this record is required under chapter 899 of the Connecticut general statutes. This material shall not be transmitted to anyone without written consent or other authorization as provided in the aforementioned statutes."  See Connecticut General Statute section 52-146i.

**ALCOHOL AND/OR DRUG TREATMENT RECORDS:**

> "This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient." See 42 C.F.R. § 2.32; Connecticut General Statute section 17a-688.

This authorization is valid for one year from the date of signing, unless and until it is revoked, in writing, and properly presented to the keeper of records.

**A photocopy of this authorization shall be as valid as the original.**

**Notice to Individual Requesting the Disclosure:**

*Your signature below indicates that you understand that if the organization authorized to receive the information is not a health care provider or health plan, and the information disclosed is NOT protected by Title 42 CFR Part 2 and Ch. 368x, then the released information may no longer be protected by the HIPAA Federal Privacy Regulations.*

_____          _____

Signature of Patient/Client                        Date:
of his/her authorized representative,
parent or guardian [if a minor]
(specify relationship to patient/client)

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

NICHOLAS CLARK            :      CIVIL NO. 3:19CV00575 (VLB)

     v.                      :

COOK, ET AL.              :      NOVEMBER 1, 2019

## AUTHORIZATION FOR RELEASE OF EMPLOYMENT RECORDS

TO:


RE:    Nicholas Clark
       Date of Birth: 04/04/1976
       Social Security No.


       Pursuant to Conn. Gen. Stat. § 31-128f, you are hereby authorized and requested to furnish to and the Office of the Attorney General for the State of Connecticut, any and all employment records regarding the above-referenced individual, including, but not limited to, any and all information contained in the individual's personnel file, and any and all medical records concerning the individual.

       A photocopy of this authorization shall be in all respects sufficient as an original.

       Dated at _____, Connecticut, this ____ day of _____,. 2019.


                                 _____
                                   Nicholas Clark

Subscribed to before me on this _____ day of _____ 2019.


                               _____
                               Commissioner of the Superior Court
                               Notary Public
                               My Commission Expires On:

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

NICHOLAS CLARK                 :        CIVIL NO. 3:19CV00575 (VLB)

v.                             :

COOK, ET AL.                   :        NOVEMBER 1, 2019

## AUTHORIZATION FOR RELEASE OF EMPLOYMENT RECORDS

TO:

RE:   Nicholas Clark
      Date of Birth: 04/04/1976
      Social Security No.

Pursuant to Conn. Gen. Stat. § 31-128f, you are hereby authorized and requested to furnish to and the Office of the Attorney General for the State of Connecticut, any and all employment records regarding the above-referenced individual, including, but not limited to, any and all information contained in the individual's personnel file, and any and all medical records concerning the individual.

A photocopy of this authorization shall be in all respects sufficient as an original.

Dated at _____, Connecticut, this ___ day of _____, 2019.

_____
Nicholas Clark

Subscribed to before me on this _____ day of _____ 2019.

_____
Commissioner of the Superior Court
Notary Public
My Commission Expires On:

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

NICHOLAS CLARK                    :        CIVIL NO. 3:19CV00575 (VLB)

    v.                          :

COOK, ET AL.                      :        NOVEMBER 1, 2019

<u>AUTHORIZATION FOR RELEASE OF EMPLOYMENT RECORDS</u>

TO:


RE:   Nicholas Clark
      Date of Birth:  04/04/1976
      Social Security No.


      Pursuant to Conn. Gen. Stat. § 31-128f, you are hereby authorized and requested

to furnish to and the Office of the Attorney General for the State of Connecticut, any and

all employment records regarding the above-referenced individual, including, but not

limited to, any and all information contained in the individual's personnel file, and any

and all medical records concerning the individual.

      A photocopy of this authorization shall be in all respects sufficient as an original.

      Dated at _____, Connecticut, this ___ day of _____,

2019.


                                   _____

                                     Nicholas Clark

Subscribed to before me on this _____ day of _____ 2019.


                                _____
                                Commissioner of the Superior Court
                                Notary Public
                                My Commission Expires On:

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

NICHOLAS CLARK      :    CIVIL NO. 3:19CV00575 (VLB)

   v.          :

COOK, ET AL.        :    NOVEMBER 1, 2019

## AUTHORIZATION FOR RELEASE OF EMPLOYMENT RECORDS

TO:

RE:   Nicholas Clark
    Date of Birth:  04/04/1976
    Social Security No.

    Pursuant to Conn. Gen. Stat. § 31-128f, you are hereby authorized and requested to furnish to and the Office of the Attorney General for the State of Connecticut, any and all employment records regarding the above-referenced individual, including, but not limited to, any and all information contained in the individual's personnel file, and any and all medical records concerning the individual.

    A photocopy of this authorization shall be in all respects sufficient as an original.

    Dated at _____, Connecticut, this ___ day of _____, 2019.

              _____
              Nicholas Clark

Subscribed to before me on this _____ day of _____ 2019.

            _____
            Commissioner of the Superior Court
            Notary Public
            My Commission Expires On:

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NICHOLAS CLARK | : | CIVIL NO. 3:19CV00575 (VLB) |
| v. | : | |
| COOK, ET AL. | : | NOVEMBER 1, 2019 |

## <u>AUTHORIZATION FOR RELEASE OF EMPLOYMENT RECORDS</u>

TO:

RE:   Nicholas Clark
       Date of Birth: 04/04/1976
       Social Security No.

Pursuant to Conn. Gen. Stat. § 31-128f, you are hereby authorized and requested to furnish to and the Office of the Attorney General for the State of Connecticut, any and all employment records regarding the above-referenced individual, including, but not limited to, any and all information contained in the individual's personnel file, and any and all medical records concerning the individual.

A photocopy of this authorization shall be in all respects sufficient as an original.

Dated at _____, Connecticut, this ____ day of _____, 2019.

_____
Nicholas Clark

Subscribed to before me on this _____ day of _____ 2019.

_____
Commissioner of the Superior Court
Notary Public
My Commission Expires On:

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

NICHOLAS CLARK             :       CIVIL NO. 3:19CV00575 (VLB)

v.                       :

COOK, ET AL.               :       NOVEMBER 1, 2019

<u>AUTHORIZATION FOR RELEASE OF EDUCATIONAL RECORDS</u>

TO:


RE:   Nicholas Clark
       Date of Birth: 04/04/1976
       Social Security No.

      I, Nicholas Clark, authorize _____ *School/University,* to release to the
Attorney General for the State of Connecticut, any and all records in your possession, custody, or
control concerning Nicholas Clark.

      This authorization is intended to permit disclosure of all records and privileged
communication otherwise protected from disclosure by the Family Educational Rights and
Privacy Act (FERPA), 20 U.S.C. § 1232G; 34 CFR Part 99 and/or Connecticut General Statutes
§ 10-15b.

      The information to be disclosed is for the purpose of prosecuting and/or defending the
above-captioned claim. This authorization shall be valid for the duration of the above-captioned
claim and any civil action which may result and covers any and all activities, proceedings or
events related thereto.


      A photocopy of this authorization shall be in all respects sufficient as an original.

Dated at _____, Connecticut, this _____ day of _____, 2019.


_____
Nicholas  Clark


Subscribed to before me on this _____ day of _____, 2019.


_____
Commissioner of the Superior Court/
Notary Public

My Commission Expires:

2

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

NICHOLAS CLARK             :        CIVIL NO. 3:19CV00575 (VLB)

v.                            :

COOK, ET AL.                  :        NOVEMBER 1, 2019

## AUTHORIZATION FOR RELEASE OF EDUCATIONAL RECORDS

TO:

RE:   Nicholas Clark
      Date of Birth: 04/04/1976
      Social Security No.

      I, Nicholas Clark, authorize _____ *School/University,* to release to the

Attorney General for the State of Connecticut, any and all records in your possession, custody, or

control concerning Nicholas Clark.

      This authorization is intended to permit disclosure of all records and privileged

communication otherwise protected from disclosure by the Family Educational Rights and

Privacy Act (FERPA), 20 U.S.C. § 1232G; 34 CFR Part 99 and/or Connecticut General Statutes

§ 10-15b.

      The information to be disclosed is for the purpose of prosecuting and/or defending the

above-captioned claim. This authorization shall be valid for the duration of the above-captioned

claim and any civil action which may result and covers any and all activities, proceedings or

events related thereto.

      A photocopy of this authorization shall be in all respects sufficient as an original.

Dated at _____, Connecticut, this _____ day of _____, 2019.


_____
Nicholas  Clark


Subscribed to before me on this _____ day of _____, 2019.


_____
Commissioner of the Superior Court/
Notary Public

My Commission Expires:

2

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

NICHOLAS CLARK         :      CIVIL NO. 3:19CV00575 (VLB)

v.                       :

COOK, ET AL.            :      NOVEMBER 1, 2019

### AUTHORIZATION FOR RELEASE OF EDUCATIONAL RECORDS

TO:


RE:   Nicholas Clark
       Date of Birth: 04/04/1976
       Social Security No.

      I, Nicholas Clark, authorize _____ *School/University,* to release to the

Attorney General for the State of Connecticut, any and all records in your possession, custody, or

control concerning Nicholas Clark.

      This authorization is intended to permit disclosure of all records and privileged

communication otherwise protected from disclosure by the Family Educational Rights and

Privacy Act (FERPA), 20 U.S.C. § 1232G; 34 CFR Part 99 and/or Connecticut General Statutes

§ 10-15b.

      The information to be disclosed is for the purpose of prosecuting and/or defending the

above-captioned claim.  This authorization shall be valid for the duration of the above-captioned

claim and any civil action which may result and covers any and all activities, proceedings or

events related thereto.


      A photocopy of this authorization shall be in all respects sufficient as an original.

Dated at _____, Connecticut, this ____ day of _____, 2019.


_____
Nicholas  Clark


Subscribed to before me on this _____ day of _____, 2019.


_____
Commissioner of the Superior Court/
Notary Public

My Commission Expires:

2

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

NICHOLAS CLARK               :         CIVIL NO. 3:19CV00575 (VLB)

v.                         :

COOK, ET AL.                 :        NOVEMBER 1, 2019

<u>AUTHORIZATION FOR RELEASE OF EDUCATIONAL RECORDS</u>

TO:

RE:  Nicholas Clark
Date of Birth: 04/04/1976
Social Security No.

     I, Nicholas Clark, authorize _____ *School/University,* to release to the Attorney General for the State of Connecticut, any and all records in your possession, custody, or control concerning Nicholas Clark.

     This authorization is intended to permit disclosure of all records and privileged communication otherwise protected from disclosure by the Family Educational Rights and Privacy Act (FERPA), 20 U.S.C. § 1232G; 34 CFR Part 99 and/or Connecticut General Statutes § 10-15b.

     The information to be disclosed is for the purpose of prosecuting and/or defending the above-captioned claim.  This authorization shall be valid for the duration of the above-captioned claim and any civil action which may result and covers any and all activities, proceedings or events related thereto.

     A photocopy of this authorization shall be in all respects sufficient as an original.

Dated at _____, Connecticut, this _____ day of _____, 2019.


_____
Nicholas  Clark


Subscribed to before me on this _____ day of _____, 2019.


_____
Commissioner of the Superior Court/
Notary Public

My Commission Expires:

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

NICHOLAS CLARK            :      CIVIL NO. 3:19CV00575 (VLB)

v.                          :

COOK, ET AL.               :      NOVEMBER 1, 2019

## AUTHORIZATION FOR RELEASE OF EDUCATIONAL RECORDS

TO:


RE:   Nicholas Clark
       Date of Birth: 04/04/1976
       Social Security No.

      I, Nicholas Clark, authorize _____ *School/University,* to release to the Attorney General for the State of Connecticut, any and all records in your possession, custody, or control concerning Nicholas Clark.

      This authorization is intended to permit disclosure of all records and privileged communication otherwise protected from disclosure by the Family Educational Rights and Privacy Act (FERPA), 20 U.S.C. § 1232G; 34 CFR Part 99 and/or Connecticut General Statutes § 10-15b.

      The information to be disclosed is for the purpose of prosecuting and/or defending the above-captioned claim. This authorization shall be valid for the duration of the above-captioned claim and any civil action which may result and covers any and all activities, proceedings or events related thereto.


      A photocopy of this authorization shall be in all respects sufficient as an original.

Dated at _____, Connecticut, this _____ day of _____, 2019.


_____
Nicholas  Clark


Subscribed to before me on this _____ day of _____, 2019.


_____
Commissioner of the Superior Court/
Notary Public

My Commission Expires:

# EXHIBIT 3

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Nicholas Clark            :    CIVIL NO: 3:19CV00575 (VLB)

        V.                :

Cook, et al.              :    November 19, 2019

RESPONSE TO REQUEST FOR INTERROGATORIES
FILED BY ASSISTANT ATTORNEY GENERAL, Thomas Davis, Jr
On November 1, 2019.

1. I lack the resources to adequately respond to this request and ask the court to please, if possible, allow me more time, until I can hopefully have the assistance of an attorney to help me find the necessary information to satisfy the request for interrogatories the Assistant Attorney General, Thomas Davis, Jr. has requested.

2. I lack the resources to adequately respond to this request and ask the court to please, if possible, allow me more time, until I can hopefully have the assistance of an attorney to help me find the necessary information to satisfy the request for interrogatories the Assistant Attorney General, Thomas Davis, Jr has requested.

3. I lack the resources to adequately respond to this request and ask the court to please, if possible, allow me more time, until I can hopefully

①

have the assistance of an attorney to help me find the necessary information to satisfy the request for interrogatories the Assistant Attorney General, Thomas Davis, Jr. has requested.

PLAINTIFF
Veronica May (nicholas Clerk)
# 355139
Garner C.I.
50 Nunnawauk Rd.
Newtown, CT 06470

CERTIFICATION

I hereby certify that on November 20th, 2019, a copy of the foregoing was sent to Thomas Davis, Jr. Assistant Attorney General, 110 Sherman St., Hartford, CT 06105

# EXHIBIT 4

UNITED STATES COURT
DISTRICT OF CONNECTICUT

Nicholas Clark          :   Civil No. 3:19CV00575 (VLB)

    v.                  :

Cook, et al.            :   November 19, 2019

RESPONSE TO REQUEST FOR PRODUCTION
FILED BY ASSISTANT ATTORNEY GENERAL, Thomas Lewis, Jr.
On NOVEMBER 1, 2019

1. I'm unsure how to respond to this request.
   I will need the assistance of an attorney to
   help me with this request.

2. I'm unsure how to respond to this request.
   I will need the assistance of an attorney to
   help me with this request.

3. I'm unsure how to respond to this request.
   I will need the assistance of an attorney to
   help me with this request.

4. I'm unsure how to respond to this request.
   I will need the assistance of an attorney to
   help me with this request.

                              PLAINTIFF
                      Veronica May (Nicholas Clark)

   #355139,   Garner C.I. 50 Nunnawauk Rd, Newtown, CT
                                                    06470

                              ①

## CERTIFICATION

I hereby certify that on November 20th, 2019, a copy of the foregoing was sent to Thomas Davis, Jr. Assistant Attorney General, 110 Sherman St, Hartford, CT 06105