# EXHIBIT 1

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NICHOLAS CLARK | : | CIVIL NO. 3:19CV00575 (VLB) |
| v. | : | |
| COOK, ET AL. | : | NOVEMBER 1, 2019 |

REQUEST FOR INTERROGATORIES

Pursuant to fed. R. Civ. P. 33, the Defendant requests that the Plaintiff answer the following interrogatories, under oath, within thirty (30) days of the date hereof:

1. Identify by name and last known address each person from whom you ever received any health care treatment, evaluation, or assessment, including physical and mental health care, emotional health counselling, or therapy relayed to your sexuality, and for each state the dates there of and the reason for the treatment, evaluation or assessment.

Answer:

2. Identify by name and address each educational institution and school you ever attended, and the dates of such attendance.

    **Answer:**

3. Identify by name and address each employer for whom you ever worked, and for each job state the title you had, describe the job duties you had, and state the dates you were so employed.

DEFENDANT
Dr. Gerald Valletta

WILLIAM TONG
ATTORNEY GENERAL

BY: /s/ Thomas J. Davis, Jr.
    Thomas J. Davis, Jr.
    Assistant Attorney General
    110 Sherman Street
    Hartford, CT 06105
    Federal Bar #ct17835
    E-Mail: thomas.davis@ct.gov
    Tel.: (860) 808-5450
    Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that on November 1, 2019, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. A copy was also mailed to the following:

Nicholas Clark, Inmate #355139
Garner Correctional Institution
50 Nannawauk Road
P.O. Box 5500
Newtown, CT 06470

        /s/ Thomas J. Davis, Jr.
        Thomas J. Davis, Jr.
        Assistant Attorney General