# EXHIBIT 2

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NICHOLAS CLARK | : | CIVIL NO. 3:19CV00575 (VLB) |
| v. | : | |
| COOK, ET AL. | : | NOVEMBER 1, 2019 |

<u>REQUEST FOR PRODUCTION</u>

Pursuant to fed. R. Civ. P. 34, the Defendant requests that the Plaintiff produce the following documents within thirty (30) days:

1. Signed authorization to obtain all medical and health care records of Plaintiff, including any mental health and counseling records, from all health care providers with whom Plaintiff has ever consulted (copies attached).

2. Signed authorization to obtain all employment records of Plaintiff from each employer of Plaintiff since age eighteen.

3. Signed authorization to obtain all records in the possession, custody or control of each educational institution and school plaintiff has attended, including all academic, counseling, special education, and health records.

4. All written documents authored by Plaintiff that refer to Plaintiff's sexual orientation, gender, and/or sexual activity. Signed authorization to obtain all medical and health care records of Plaintiff.

DEFENDANT
Dr. Gerald Valletta

WILLIAM TONG
ATTORNEY GENERAL

BY: /s/ Thomas J. Davis, Jr.
Thomas J. Davis, Jr.
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct17835
E-Mail: thomas.davis@ct.gov
Tel.: (860) 808-5450
Fax: (860) 808-5591

2



## Authorization to Obtain and/or Disclose Health Information

1.  I hereby authorize UConn Health to disclose and/or obtain my individually identifiable health information as described here to the person/organization named below.  I understand that this authorization is voluntary and that it *may include information relating to AIDS, HIV infection, behavioral health services/psychiatric care, treatment for alcohol and/or drug abuse.*

| PATIENT'S NAME: Nicholas Clark | DATE OF BIRTH: 04/04/1976 |
|---|---|

| ADDRESS: Garner Correctional Institution, 50 Nannawauk Road | E-MAIL ADDRESS: |
|---|---|

| CITY: Newtown    STATE: CT    ZIP CODE06470    TO#: | PHONE NUMBER: |
|---|---|

2.  Dates of Service_____ARE YOU A VETERAN?___Y ___N

3.  Information: [X] to be disclosed  or  [ ] to be obtained  (PLEASE CHECK INFORMATION NEEDED BELOW)
    - [X] Discharge Summary
    - [X] History & physical examination
    - [X] Consultation reports
    - [X] Emergency Dept. record
    - [ ] Rehabilitation Dept. notes
    - [X] Outpatient Behavioral Health notes
    - [X] Entire record (ONLY when subsections of the record will not serve the intended purpose of the disclosure.)
    - [ ] Other (please specify): _____
    - [ ] Radiology films
    - [ ] Radiology reports
    - [X] Inpatient record, including Psychiatric Inpatient
    - [X] Laboratory tests
    - [X] Outpatient clinic notes- List clinic here: _____
    - [ ] University Dentists notes/Dental Clinic notes

4.  Please *DO NOT* release the following information: _____

5.  I am requesting that this information **be disclosed** [X] **/ obtained** [ ] for the purpose of (*i.e. Legal reasons, continued care, insurance, another medical opinion, Worker's compensation, research, personal use, Social Security*):

    | Legal |
    |---|

6.  Name of the person(s)/organization(s):  **To whom the disclosure is to be made** [X] **or**
                                             **From whom the information is to be obtained** [ ]

    For release to **PATIENTS** only specify:  [ ] Paper Copies  [ ] Electronic format (for electronically kept records only)
                                               List preferred electronic format: _____

    *Paper copies will be provided unless otherwise specified*

    If the disclosure is made to or obtained from more than one person/organization *for the same purpose*, more than one entry may be made below.

| NAME Thomas J. Davis, Jr., AAG | PHONE NUMBER 860-808-5450 |
|---|---|
| ADDRESS Office of the Attorney General, 110 Sherman Street | |
| CITY Hartford    STATE CT    ZIP 06105 | |
| NAME | PHONE NUMBER |
| ADDRESS | |
| CITY    STATE    ZIP | |

7.  **If authorization is to obtain information, please provide information to:**
    UConn Health                     Provider Name: _____
    Department:_____    Mail Code:_____  Phone Number:_____  Fax:_____
    Address: _____  Zip code: _____

8.  Name and relationship to patient of individual authorized to pick up record(s) being released from the facility:





(Patient Identification)

## Authorization to Obtain and/or Disclose Health Information

9. This authorization may be revoked in writing to the Director of Health Information Management at any time, except to the extent that action has already been taken in reliance on this authorization. This authorization shall automatically expire 6 months from the date of signature unless otherwise specified in the space provided here.
DATE OF EXPIRATION: _____ .

10. I may inspect and copy the information to be used and disclosed under this authorization and that I may receive a copy of this signed authorization form. **There may be a fee associated with producing the records, not to exceed what Connecticut State law authorizes.**

11. UConn Health, its employees, officers and physicians are hereby released from any legal responsibility or liability for disclosure of the above information to the extent indicated and authorized herein.

12. UConn Health may not condition treatment on the provision of this authorization except in cases of research-related treatment protocols or studies being conducted by outside third parties through UConn Health. In such cases, specific authorization for the research-related treatment protocols/studies must be signed as a condition of participation. In cases where UConn Health is requested by a third party to create health information solely for the purpose of sharing that information with the party that requested it, I understand that I must sign this authorization.

13. **Notice to Recipients:** As the recipient of this information, you may use this information only for the stated purpose. You may disclose this information to another party ONLY:

    - *With written authorization from the patient or his or her legal representative;*
    - *As required or authorized by state and / or federal law; or*
    - *If urgently needed for the patient's continued care.*

    *If this disclosure contains information relating to HIV, behavioral health, alcohol or drug abuse education, training, treatment, rehabilitation, or research, the following shall apply: This information has been disclosed to you from records whose confidentiality is protected by federal law. Federal regulations (Title 42 CFR Part 2) and Connecticut General Statutes (Ch. 368x) prohibit you from making any further disclosure of it without the specific written consent of the person to whom it pertains, or as otherwise permitted by such regulations. A general authorization for the release of medical or other information is NOT sufficient for this purpose.*

14. **Notice to Individual Requesting the Disclosure:**
    *Your signature below indicates that you understand that if the organization authorized to receive the information is not a health care provider or health plan, and the information disclosed is NOT protected by Title 42 CFR Part 2 and Ch. 368x, then the released information may no longer be protected by the HIPAA Federal Privacy Regulations.*

_____
Printed Name of Patient

_____          _____
Signature of Patient or Legal Representative               Date/Time

_____          _____
Printed name of Legal Representative *                     Relationship to Patient
* A copy of the personal representative's legal authority to act on behalf of the patient is attached.

_____          _____
Signature of Individual Picking up Record                  Relationship to Patient

### For Office Use Only

| | |
|---|---|
| Sign & Date | |
| Check Identification | |
| Date records needed by: | |
| Charges: | |
| Copy of Authorization was provided to patient | |

**NOTES:** **(When using this form in the Laboratory, a physician signature is required to disclose results to anyone.)

_____          _____
Physician Signature                                        Date/Time

**PLEASE MAIL COMPLETED FORM TO: RELEASE OF INFORMATION, HEALTH INFORMATION MANAGEMENT DEPARTMENT MAIL CODE 2260, 263 FARMINGTON AVE, FARMINGTON, CT 06030**

Questions? Please call 860-679-2787. For East Hartford and West Hartford related requests call 860-523-3774.

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

NICHOLAS CLARK                :        CIVIL NO. 3:19CV00575 (VLB)

    v.                              :

COOK, ET AL.                     :        NOVEMBER 1, 2019

AUTHORIZATION FOR RELEASE OF EDUCATIONAL RECORDS

TO:


RE:   Nicholas Clark
       Date of Birth: 04/04/1976
       Social Security No.

    I, Nicholas Clark, authorize _____ *School/University,* to release to the

Attorney General for the State of Connecticut, any and all records in your possession, custody, or

control concerning Nicholas Clark.

    This authorization is intended to permit disclosure of all records and privileged

communication otherwise protected from disclosure by the Family Educational Rights and

Privacy Act (FERPA), 20 U.S.C. § 1232G; 34 CFR Part 99 and/or Connecticut General Statutes

§ 10-15b.

    The information to be disclosed is for the purpose of prosecuting and/or defending the

above-captioned claim. This authorization shall be valid for the duration of the above-captioned

claim and any civil action which may result and covers any and all activities, proceedings or

events related thereto.


    A photocopy of this authorization shall be in all respects sufficient as an original.

Dated at _____, Connecticut, this _____ day of _____, 2019.


_____
Nicholas  Clark


Subscribed to before me on this _____ day of _____, 2019.


_____
Commissioner of the Superior Court/
Notary Public

My Commission Expires:

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

NICHOLAS CLARK                    :         CIVIL NO. 3:19CV00575 (VLB)

      v.                              :

COOK, ET AL.                      :         NOVEMBER 1, 2019

<u>AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS</u>

Patient/Client name: Nicholas Clark          DOB:04/04/1976
                                       SSN: _____

I, Nicholas Clark, hereby authorize _____ of

(Address) _____, to
release my medical and mental health records including a copy of my complete and entire mental
and physical health record, all records for my care and treatment, including psychiatric and
emergency room records, nursing notes, laboratory results (individually copied), pathology
reports, x-ray reports, films, all consent forms, and a copy of the bill for services rendered to
Assistant Attorney General Thomas J. Davis, Jr.  and/or her/his designated representative.

If any of the information to be released constitutes a psychiatric communication or a
communication with a psychologist, this release will serve as my written release of that
psychiatric/psychological information, and such a refusal will in no way jeopardize my right to
continue to obtain treatment, unless disclosure is otherwise permitted by law or necessary for
treatment.

If any of the information to be released relates to treatment for alcohol and drug abuse, I
understand that there are special requirements for my consent to release as found in Part 2 of
Title 42 of the C.F.R., which prohibits the further release of that information without my consent,
as referenced in the federal regulations, or as otherwise permitted by law.

      **TO THE RECIPIENT OF THESE MATERIALS:**

      In the event that any of the disclosed information includes HIV/AIDs information, this is
protected under state law as follows:

      "This information has been disclosed to you from records whose confidentiality is
protected by state law.  State law prohibits you from making any further disclosure of it without
the specific written consent of the person to whom it pertains, or as otherwise permitted by said

law. A general authorization for the release of medical or other information is NOT sufficient for this purpose." Any oral disclosure shall be accompanied or followed by the above notice. See Connecticut General Statute section 19a-585.

**PSYCHIATRIC COMMUNICATIONS:**   If the released material contains confidential psychiatric communication, as designated in C.G.S. sections 52-146d through 52-146i, inclusive, please note the following:

> "The confidentiality of this record is required under chapter 899 of the Connecticut general statutes. This material shall not be transmitted to anyone without written consent or other authorization as provided in the aforementioned statutes." See Connecticut General Statute section 52-146i.

**ALCOHOL AND/OR DRUG TREATMENT RECORDS:**

> "This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient." See 42 C.F.R. § 2.32; Connecticut General Statute section 17a-688.

This authorization is valid for one year from the date of signing, unless and until it is revoked, in writing, and properly presented to the keeper of records.

**A photocopy of this authorization shall be as valid as the original.**

**Notice to Individual Requesting the Disclosure:**

*Your signature below indicates that you understand that if the organization authorized to receive the information is not a health care provider or health plan, and the information disclosed is NOT protected by Title 42 CFR Part 2 and Ch. 368x, then the released information may no longer be protected by the HIPAA Federal Privacy Regulations.*

_____          _____
Signature of Patient/Client                       Date:
of his/her authorized representative,
parent or guardian [if a minor]
(specify relationship to patient/client)

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

NICHOLAS CLARK                 :        CIVIL NO. 3:19CV00575 (VLB)

      v.                         :

COOK, ET AL.                   :        NOVEMBER 1, 2019

<u>AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS</u>

Patient/Client name: Nicholas Clark          DOB:04/04/1976
                                               SSN: _____

I, Nicholas Clark, hereby authorize _____ of

(Address) _____ , to
release my medical and mental health records including a copy of my complete and entire mental
and physical health record, all records for my care and treatment, including psychiatric and
emergency room records, nursing notes, laboratory results (individually copied), pathology
reports, x-ray reports, films, all consent forms, and a copy of the bill for services rendered to
Assistant Attorney General Thomas J. Davis, Jr.  and/or her/his designated representative.

If any of the information to be released constitutes a psychiatric communication or a
communication with a psychologist, this release will serve as my written release of that
psychiatric/psychological information, and such a refusal will in no way jeopardize my right to
continue to obtain treatment, unless disclosure is otherwise permitted by law or necessary for
treatment.

If any of the information to be released relates to treatment for alcohol and drug abuse, I
understand that there are special requirements for my consent to release as found in Part 2 of
Title 42 of the C.F.R., which prohibits the further release of that information without my consent,
as referenced in the federal regulations, or as otherwise permitted by law.

    **TO THE RECIPIENT OF THESE MATERIALS:**

      In the event that any of the disclosed information includes HIV/AIDs information, this is
protected under state law as follows:

      "This information has been disclosed to you from records whose confidentiality is
protected by state law.  State law prohibits you from making any further disclosure of it without
the specific written consent of the person to whom it pertains, or as otherwise permitted by said

law.  A general authorization for the release of medical or other information is NOT sufficient for this purpose." Any oral disclosure shall be accompanied or followed by the above notice. See Connecticut General Statute section 19a-585.

**PSYCHIATRIC COMMUNICATIONS**:    If the released material contains confidential psychiatric communication, as designated in C.G.S. sections 52-146d through 52-146i, inclusive, please note the following:

> "The confidentiality of this record is required under chapter 899 of the Connecticut general statutes. This material shall not be transmitted to anyone without written consent or other authorization as provided in the aforementioned statutes." See Connecticut General Statute section 52-146i.

**ALCOHOL AND/OR DRUG TREATMENT RECORDS:**

> "This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient." See 42 C.F.R. § 2.32; Connecticut General Statute section 17a-688.

This authorization is valid for one year from the date of signing, unless and until it is revoked, in writing, and properly presented to the keeper of records.

**A photocopy of this authorization shall be as valid as the original.**

**Notice to Individual Requesting the Disclosure:**

*Your signature below indicates that you understand that if the organization authorized to receive the information is not a health care provider or health plan, and the information disclosed is NOT protected by Title 42 CFR Part 2 and Ch. 368x, then the released information may no longer be protected by the HIPAA Federal Privacy Regulations.*

_____                    _____
Signature of Patient/Client                          Date:
of his/her authorized representative,
parent or guardian [if a minor]
(specify relationship to patient/client)

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

NICHOLAS CLARK               :        CIVIL NO. 3:19CV00575 (VLB)

　　　　　v.                  :

COOK, ET AL.                 :        NOVEMBER 1, 2019

<u>AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS</u>

Patient/Client name: Nicholas Clark          DOB:04/04/1976
                                             SSN: _____

I, Nicholas Clark, hereby authorize _____ of

(Address) _____ , to
release my medical and mental health records including a copy of my complete and entire mental
and physical health record, all records for my care and treatment, including psychiatric and
emergency room records, nursing notes, laboratory results (individually copied), pathology
reports, x-ray reports, films, all consent forms, and a copy of the bill for services rendered to
Assistant Attorney General Thomas J. Davis, Jr.  and/or her/his designated representative.

If any of the information to be released constitutes a psychiatric communication or a
communication with a psychologist, this release will serve as my written release of that
psychiatric/psychological information, and such a refusal will in no way jeopardize my right to
continue to obtain treatment, unless disclosure is otherwise permitted by law or necessary for
treatment.

If any of the information to be released relates to treatment for alcohol and drug abuse, I
understand that there are special requirements for my consent to release as found in Part 2 of
Title 42 of the C.F.R., which prohibits the further release of that information without my consent,
as referenced in the federal regulations, or as otherwise permitted by law.

　　　TO THE RECIPIENT OF THESE MATERIALS:

　　　　　In the event that any of the disclosed information includes HIV/AIDs information, this is
protected under state law as follows:

　　　　　"This information has been disclosed to you from records whose confidentiality is
protected by state law.  State law prohibits you from making any further disclosure of it without
the specific written consent of the person to whom it pertains, or as otherwise permitted by said

law.  A general authorization for the release of medical or other information is NOT sufficient for this purpose."  Any oral disclosure shall be accompanied or followed by the above notice. See Connecticut General Statute section 19a-585.

**PSYCHIATRIC COMMUNICATIONS:**   If the released material contains confidential psychiatric communication, as designated in C.G.S. sections 52-146d through 52-146i, inclusive, please note the following:

> "The confidentiality of this record is required under chapter 899 of the Connecticut general statutes. This material shall not be transmitted to anyone without written consent or other authorization as provided in the aforementioned statutes."  See Connecticut General Statute section 52-146i.

**ALCOHOL AND/OR DRUG TREATMENT RECORDS:**

> "This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient." See 42 C.F.R. § 2.32; Connecticut General Statute section 17a-688.

This authorization is valid for one year from the date of signing, unless and until it is revoked, in writing, and properly presented to the keeper of records.

**A photocopy of this authorization shall be as valid as the original.**

**Notice to Individual Requesting the Disclosure:**

*Your signature below indicates that you understand that if the organization authorized to receive the information is not a health care provider or health plan, and the information disclosed is NOT protected by Title 42 CFR Part 2 and Ch. 368x, then the released information may no longer be protected by the HIPAA Federal Privacy Regulations.*

_____          _____

Signature of Patient/Client                         Date:
of his/her authorized representative,
parent or guardian [if a minor]
(specify relationship to patient/client)

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

NICHOLAS CLARK             :        CIVIL NO. 3:19CV00575 (VLB)

     v.                        :

COOK, ET AL.               :        NOVEMBER 1, 2019

<u>AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS</u>

Patient/Client name: Nicholas Clark          DOB:04/04/1976
                                            SSN: _____

I, Nicholas Clark, hereby authorize _____ of

(Address) _____ , to
release my medical and mental health records including a copy of my complete and entire mental
and physical health record, all records for my care and treatment, including psychiatric and
emergency room records, nursing notes, laboratory results (individually copied), pathology
reports, x-ray reports, films, all consent forms, and a copy of the bill for services rendered to
Assistant Attorney General Thomas J. Davis, Jr.  and/or her/his designated representative.

If any of the information to be released constitutes a psychiatric communication or a
communication with a psychologist, this release will serve as my written release of that
psychiatric/psychological information, and such a refusal will in no way jeopardize my right to
continue to obtain treatment, unless disclosure is otherwise permitted by law or necessary for
treatment.

If any of the information to be released relates to treatment for alcohol and drug abuse, I
understand that there are special requirements for my consent to release as found in Part 2 of
Title 42 of the C.F.R., which prohibits the further release of that information without my consent,
as referenced in the federal regulations, or as otherwise permitted by law.

     **TO THE RECIPIENT OF THESE MATERIALS:**

     In the event that any of the disclosed information includes HIV/AIDs information, this is
protected under state law as follows:

     "This information has been disclosed to you from records whose confidentiality is
protected by state law.  State law prohibits you from making any further disclosure of it without
the specific written consent of the person to whom it pertains, or as otherwise permitted by said

law. A general authorization for the release of medical or other information is NOT sufficient for this purpose." Any oral disclosure shall be accompanied or followed by the above notice. See Connecticut General Statute section 19a-585.

**PSYCHIATRIC COMMUNICATIONS:** If the released material contains confidential psychiatric communication, as designated in C.G.S. sections 52-146d through 52-146i, inclusive, please note the following:

> "The confidentiality of this record is required under chapter 899 of the Connecticut general statutes. This material shall not be transmitted to anyone without written consent or other authorization as provided in the aforementioned statutes." See Connecticut General Statute section 52-146i.

**ALCOHOL AND/OR DRUG TREATMENT RECORDS:**

> "This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient." See 42 C.F.R. § 2.32; Connecticut General Statute section 17a-688.

This authorization is valid for one year from the date of signing, unless and until it is revoked, in writing, and properly presented to the keeper of records.

**A photocopy of this authorization shall be as valid as the original.**

**Notice to Individual Requesting the Disclosure:**

*Your signature below indicates that you understand that if the organization authorized to receive the information is not a health care provider or health plan, and the information disclosed is NOT protected by Title 42 CFR Part 2 and Ch. 368x, then the released information may no longer be protected by the HIPAA Federal Privacy Regulations.*

_____          _____
Signature of Patient/Client                                Date:
of his/her authorized representative,
parent or guardian [if a minor]
(specify relationship to patient/client)

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

NICHOLAS CLARK           :     CIVIL NO. 3:19CV00575 (VLB)

v.                 :

COOK, ET AL.            :     NOVEMBER 1, 2019

<u>AUTHORIZATION FOR RELEASE OF MEDICAL RECORDS</u>

Patient/Client name: Nicholas Clark     DOB:04/04/1976
                                  SSN: _____

I, Nicholas Clark, hereby authorize _____ of

(Address) _____, to
release my medical and mental health records including a copy of my complete and entire mental
and physical health record, all records for my care and treatment, including psychiatric and
emergency room records, nursing notes, laboratory results (individually copied), pathology
reports, x-ray reports, films, all consent forms, and a copy of the bill for services rendered to
Assistant Attorney General Thomas J. Davis, Jr. and/or her/his designated representative.

If any of the information to be released constitutes a psychiatric communication or a
communication with a psychologist, this release will serve as my written release of that
psychiatric/psychological information, and such a refusal will in no way jeopardize my right to
continue to obtain treatment, unless disclosure is otherwise permitted by law or necessary for
treatment.

If any of the information to be released relates to treatment for alcohol and drug abuse, I
understand that there are special requirements for my consent to release as found in Part 2 of
Title 42 of the C.F.R., which prohibits the further release of that information without my consent,
as referenced in the federal regulations, or as otherwise permitted by law.

**TO THE RECIPIENT OF THESE MATERIALS:**

In the event that any of the disclosed information includes HIV/AIDs information, this is
protected under state law as follows:

"This information has been disclosed to you from records whose confidentiality is
protected by state law. State law prohibits you from making any further disclosure of it without
the specific written consent of the person to whom it pertains, or as otherwise permitted by said

law. A general authorization for the release of medical or other information is NOT sufficient for this purpose." Any oral disclosure shall be accompanied or followed by the above notice. See Connecticut General Statute section 19a-585.

**PSYCHIATRIC COMMUNICATIONS:** If the released material contains confidential psychiatric communication, as designated in C.G.S. sections 52-146d through 52-146i, inclusive, please note the following:

> "The confidentiality of this record is required under chapter 899 of the Connecticut general statutes. This material shall not be transmitted to anyone without written consent or other authorization as provided in the aforementioned statutes." See Connecticut General Statute section 52-146i.

**ALCOHOL AND/OR DRUG TREATMENT RECORDS:**

> "This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR Part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient." See 42 C.F.R. § 2.32; Connecticut General Statute section 17a-688.

This authorization is valid for one year from the date of signing, unless and until it is revoked, in writing, and properly presented to the keeper of records.

**A photocopy of this authorization shall be as valid as the original.**

**Notice to Individual Requesting the Disclosure:**

*Your signature below indicates that you understand that if the organization authorized to receive the information is not a health care provider or health plan, and the information disclosed is NOT protected by Title 42 CFR Part 2 and Ch. 368x, then the released information may no longer be protected by the HIPAA Federal Privacy Regulations.*

---

Signature of Patient/Client                                    Date:
of his/her authorized representative,
parent or guardian [if a minor]
(specify relationship to patient/client)

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

NICHOLAS CLARK           :       CIVIL NO. 3:19CV00575 (VLB)

v.                    :

COOK, ET AL.             :       NOVEMBER 1, 2019

## AUTHORIZATION FOR RELEASE OF EMPLOYMENT RECORDS

TO:

RE:   Nicholas Clark
       Date of Birth:  04/04/1976
       Social Security No.

      Pursuant to Conn. Gen. Stat. § 31-128f, you are hereby authorized and requested to furnish to and the Office of the Attorney General for the State of Connecticut, any and all employment records regarding the above-referenced individual, including, but not limited to, any and all information contained in the individual's personnel file, and any and all medical records concerning the individual.

      A photocopy of this authorization shall be in all respects sufficient as an original.

      Dated at _____, Connecticut, this ___ day of _____,
2019.

                             _____
                               Nicholas Clark

      Subscribed to before me on this _____ day of _____ 2019.

                             _____
                             Commissioner of the Superior Court
                             Notary Public
                             My Commission Expires On:

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

NICHOLAS CLARK                    :          CIVIL NO. 3:19CV00575 (VLB)

     v.                              :

COOK, ET AL.                      :          NOVEMBER 1, 2019

### AUTHORIZATION FOR RELEASE OF EMPLOYMENT RECORDS

TO:

RE:   Nicholas Clark
      Date of Birth:  04/04/1976
      Social Security No.

     Pursuant to Conn. Gen. Stat. § 31-128f, you are hereby authorized and requested to furnish to and the Office of the Attorney General for the State of Connecticut, any and all employment records regarding the above-referenced individual, including, but not limited to, any and all information contained in the individual's personnel file, and any and all medical records concerning the individual.

     A photocopy of this authorization shall be in all respects sufficient as an original.

     Dated at _____, Connecticut, this ___ day of _____, 2019.


                                      _____
                                       Nicholas Clark

     Subscribed to before me on this _____ day of _____ 2019.


                                        _____
                                       Commissioner of the Superior Court
                                         Notary Public
                                         My Commission Expires On:

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

NICHOLAS CLARK                 :         CIVIL NO. 3:19CV00575 (VLB)

    v.                         :

COOK, ET AL.                   :         NOVEMBER 1, 2019

<u>AUTHORIZATION FOR RELEASE OF EMPLOYMENT RECORDS</u>

TO:


RE:    Nicholas Clark
       Date of Birth: 04/04/1976
       Social Security No.


    Pursuant to Conn. Gen. Stat. § 31-128f, you are hereby authorized and requested

to furnish to and the Office of the Attorney General for the State of Connecticut, any and

all employment records regarding the above-referenced individual, including, but not

limited to, any and all information contained in the individual's personnel file, and any

and all medical records concerning the individual.

    A photocopy of this authorization shall be in all respects sufficient as an original.

    Dated at _____, Connecticut, this ___ day of _____,

2019.


                                    _____
                                      Nicholas Clark

    Subscribed to before me on this _____ day of _____ 2019.


                                     _____
                                     Commissioner of the Superior Court
                                     Notary Public
                                     My Commission Expires On:

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NICHOLAS CLARK | : | CIVIL NO. 3:19CV00575 (VLB) |
| v. | : | |
| COOK, ET AL. | : | NOVEMBER 1, 2019 |

## AUTHORIZATION FOR RELEASE OF EMPLOYMENT RECORDS

TO:

RE:   Nicholas Clark
      Date of Birth:  04/04/1976
      Social Security No.

Pursuant to Conn. Gen. Stat. § 31-128f, you are hereby authorized and requested to furnish to and the Office of the Attorney General for the State of Connecticut, any and all employment records regarding the above-referenced individual, including, but not limited to, any and all information contained in the individual's personnel file, and any and all medical records concerning the individual.

A photocopy of this authorization shall be in all respects sufficient as an original.

Dated at _____, Connecticut, this ___ day of _____, 2019.

_____
Nicholas Clark

Subscribed to before me on this _____ day of _____ 2019.

_____
Commissioner of the Superior Court
Notary Public
My Commission Expires On:

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NICHOLAS CLARK | : | CIVIL NO. 3:19CV00575 (VLB) |
| v. | : | |
| COOK, ET AL. | : | NOVEMBER 1, 2019 |

<u>AUTHORIZATION FOR RELEASE OF EMPLOYMENT RECORDS</u>

TO:

RE:   Nicholas Clark
      Date of Birth:  04/04/1976
      Social Security No.

Pursuant to Conn. Gen. Stat. § 31-128f, you are hereby authorized and requested to furnish to and the Office of the Attorney General for the State of Connecticut, any and all employment records regarding the above-referenced individual, including, but not limited to, any and all information contained in the individual's personnel file, and any and all medical records concerning the individual.

A photocopy of this authorization shall be in all respects sufficient as an original.

Dated at _____, Connecticut, this ___ day of _____, 2019.

_____
Nicholas Clark

Subscribed to before me on this _____ day of _____ 2019.

_____
Commissioner of the Superior Court
Notary Public
My Commission Expires On:

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NICHOLAS CLARK | : | CIVIL NO. 3:19CV00575 (VLB) |
| v. | : | |
| COOK, ET AL. | : | NOVEMBER 1, 2019 |

### AUTHORIZATION FOR RELEASE OF EDUCATIONAL RECORDS

TO:


RE:   Nicholas Clark
      Date of Birth: 04/04/1976
      Social Security No.

   I, Nicholas Clark, authorize _____ *School/University,* to release to the

Attorney General for the State of Connecticut, any and all records in your possession, custody, or

control concerning Nicholas Clark.

   This authorization is intended to permit disclosure of all records and privileged

communication otherwise protected from disclosure by the Family Educational Rights and

Privacy Act (FERPA), 20 U.S.C. § 1232G; 34 CFR Part 99 and/or Connecticut General Statutes

§ 10-15b.

   The information to be disclosed is for the purpose of prosecuting and/or defending the

above-captioned claim.  This authorization shall be valid for the duration of the above-captioned

claim and any civil action which may result and covers any and all activities, proceedings or

events related thereto.


   A photocopy of this authorization shall be in all respects sufficient as an original.

Dated at _____, Connecticut, this _____ day of _____, 2019.


_____
Nicholas  Clark


Subscribed to before me on this _____ day of `_____, 2019.


_____
Commissioner of the Superior Court/
Notary Public

My Commission Expires:

# UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

NICHOLAS CLARK                    :          CIVIL NO. 3:19CV00575 (VLB)

v.                                :

COOK, ET AL.                      :          NOVEMBER 1, 2019

## AUTHORIZATION FOR RELEASE OF EDUCATIONAL RECORDS

TO:


RE:   Nicholas Clark
      Date of Birth: 04/04/1976
      Social Security No.

    I, Nicholas Clark, authorize _____ *School/University,* to release to the

Attorney General for the State of Connecticut, any and all records in your possession, custody, or

control concerning Nicholas Clark.

    This authorization is intended to permit disclosure of all records and privileged

communication otherwise protected from disclosure by the Family Educational Rights and

Privacy Act (FERPA), 20 U.S.C. § 1232G; 34 CFR Part 99 and/or Connecticut General Statutes

§ 10-15b.

    The information to be disclosed is for the purpose of prosecuting and/or defending the

above-captioned claim.  This authorization shall be valid for the duration of the above-captioned

claim and any civil action which may result and covers any and all activities, proceedings or

events related thereto.


    A photocopy of this authorization shall be in all respects sufficient as an original.

Dated at _____, Connecticut, this ____ day of _____, 2019.


_____
Nicholas  Clark


Subscribed to before me on this _____ day of _____, 2019.


_____
Commissioner of the Superior Court/
Notary Public

My Commission Expires:

2

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

NICHOLAS CLARK                    :        CIVIL NO. 3:19CV00575 (VLB)

       v.                                    :

COOK, ET AL.                        :        NOVEMBER 1, 2019

**AUTHORIZATION FOR RELEASE OF EDUCATIONAL RECORDS**

TO:


RE:   Nicholas Clark
      Date of Birth: 04/04/1976
      Social Security No.

      I, Nicholas Clark, authorize _____ *School/University,* to release to the

Attorney General for the State of Connecticut, any and all records in your possession, custody, or

control concerning Nicholas Clark.

      This authorization is intended to permit disclosure of all records and privileged

communication otherwise protected from disclosure by the Family Educational Rights and

Privacy Act (FERPA), 20 U.S.C. § 1232G; 34 CFR Part 99 and/or Connecticut General Statutes

§ 10-15b.

      The information to be disclosed is for the purpose of prosecuting and/or defending the

above-captioned claim. This authorization shall be valid for the duration of the above-captioned

claim and any civil action which may result and covers any and all activities, proceedings or

events related thereto.


      A photocopy of this authorization shall be in all respects sufficient as an original.

Dated at _____, Connecticut, this _____ day of _____, 2019.


                                           _____
                                           Nicholas  Clark


Subscribed to before me on this _____ day of _____, 2019.


                                           _____
                                           Commissioner of the Superior Court/
                                           Notary Public

                                           My Commission Expires:

## UNITED STATES DISTRICT COURT

## DISTRICT OF CONNECTICUT

NICHOLAS CLARK        :      CIVIL NO. 3:19CV00575 (VLB)

      v.                :

COOK, ET AL.             :      NOVEMBER 1, 2019

## AUTHORIZATION FOR RELEASE OF EDUCATIONAL RECORDS

TO:


RE:   Nicholas Clark
      Date of Birth: 04/04/1976
      Social Security No.

      I, Nicholas Clark, authorize _____ *School/University,* to release to the Attorney General for the State of Connecticut, any and all records in your possession, custody, or control concerning Nicholas Clark.

      This authorization is intended to permit disclosure of all records and privileged communication otherwise protected from disclosure by the Family Educational Rights and Privacy Act (FERPA), 20 U.S.C. § 1232G; 34 CFR Part 99 and/or Connecticut General Statutes § 10-15b.

      The information to be disclosed is for the purpose of prosecuting and/or defending the above-captioned claim. This authorization shall be valid for the duration of the above-captioned claim and any civil action which may result and covers any and all activities, proceedings or events related thereto.


      A photocopy of this authorization shall be in all respects sufficient as an original.

Dated at _____, Connecticut, this _____ day of _____, 2019.


_____
Nicholas  Clark


Subscribed to before me on this _____ day of _____, 2019.


_____
Commissioner of the Superior Court/
Notary Public

My Commission Expires:

2

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

NICHOLAS CLARK                 :        CIVIL NO. 3:19CV00575 (VLB)

    v.                         :

COOK, ET AL.                   :        NOVEMBER 1, 2019

AUTHORIZATION FOR RELEASE OF EDUCATIONAL RECORDS

TO:


RE:   Nicholas Clark
      Date of Birth: 04/04/1976
      Social Security No.

      I, Nicholas Clark, authorize _____ *School/University,* to release to the

Attorney General for the State of Connecticut, any and all records in your possession, custody, or

control concerning Nicholas Clark.

      This authorization is intended to permit disclosure of all records and privileged

communication otherwise protected from disclosure by the Family Educational Rights and

Privacy Act (FERPA), 20 U.S.C. § 1232G; 34 CFR Part 99 and/or Connecticut General Statutes

§ 10-15b.

      The information to be disclosed is for the purpose of prosecuting and/or defending the

above-captioned claim.  This authorization shall be valid for the duration of the above-captioned

claim and any civil action which may result and covers any and all activities, proceedings or

events related thereto.


      A photocopy of this authorization shall be in all respects sufficient as an original.

Dated at _____, Connecticut, this _____ day of _____, 2019.


_____
Nicholas  Clark


Subscribed to before me on this _____ day of _____, 2019.


_____
Commissioner of the Superior Court/
Notary Public

My Commission Expires: