# EXHIBIT 3

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Nicholas Clark        :   CIVIL NO: 3:19CV00575(VLB)

v.                    :

Cook, et al.          :   November 19, 2019

RESPONSE TO REQUEST FOR INTERROGATORIES FILED BY ASSISTANT ATTORNEY GENERAL, Thomas Davis, Jr on November 1, 2019.

1. I lack the resources to adequately respond to this request and ask the court to please, if possible, allow me more time, until I can hopefully have the assistance of an attorney to help me find the necessary information to satisfy the request for interrogatories the Assistant Attorney General, Thomas Davis, Jr. has requested.

2. I lack the resources to adequately respond to this request and ask the court to please, if possible, allow me more time, until I can hopefully have the assistance of an attorney to help me find the necessary information to satisfy the request for interrogatories the Assistant Attorney General, Thomas Davis, Jr. has requested.

3. I lack the resources to adequately respond to this request and ask the court to please, if possible, allow me more time, until I can hopefully

(1)

have the assistance of an attorney to help me find the necessary information to satisfy the request for interrogatories the Assistant Attorney General, Thomas Davis, Jr. has requested.

PLAINTIFF
Veronica May (nicholas Clark)
#355139
Garner C.I.
50 Nunnawauk Rd.
Newtown, CT 06470

CERTIFICATION

I hereby certify that on November 20th, 2019, a copy of the foregoing was sent to Thomas Davis, Jr, Assistant Attorney General, 110 Sherman St., Hartford, CT 06105

②