# EXHIBIT 4

UNITED STATES COURT
DISTRICT OF CONNECTICUT

Nicholas Clark : Civil No. 3:19CV00575 (VLB)
v. :
Cook, et al. : November 19, 2019

RESPONSE TO REQUEST FOR PRODUCTION
FILED BY ASSISTANT ATTORNEY GENERAL, Thomas Davis, Jr.
On NOVEMBER 1, 2019

1. I'm unsure how to respond to this request. I will need the assistance of an attorney to help me with this request.

2. I'm unsure how to respond to this request. I will need the assistance of an attorney to help me with this request.

3. I'm unsure how to respond to this request. I will need the assistance of an attorney to help me with this request.

4. I'm unsure how to respond to this request. I will need the assistance of an attorney to help me with this request.

PLAINTIFF
Veronica May (Nicholas Clark)
#355139, Garner C.I., 50 Nunnawauk Rd, Newtown, CT 06470

(1)

CERTIFICATION

I hereby certify that on November 20th, 2019, a copy of the foregoing was sent to Thomas Davis, Jr. Assistant Attorney General, 110 Sherman St., Hartford, CT 06105