US DISTRICT COURT
DISTRICT OF CONNECTICUT

CLARK                                           x

vs.                                             x     Case No: 3:19-CV-00575-VLB

Cook et al                                      x

                                                x     today's date: March 3, 2020

SCANNED at and Emailed
3-4-20 by CK   2 pages
date   initials   No.

MOTION TO REPLY TO NOTICES OF ELECTRONIC FILING

1) I just received 3 Electronic Filing Notices in my door - delivered by the Unit counselor. All three were sent Friday, January 24, 2020, at 1:49 PM, 4:02 PM, and 4:08 PM.

2) The Electronic Filing Notice sent on 1:49 PM is an order denying without prejudice Motion to Appoint Counsel. I understand this Electronic Filing Notice.

2) The Electronic Filing Notices sent on 4:02 PM and 4:08 PM are Motion to Compel by Gerald Valletta, and Motion Modify Scheduling Order by Gerald Valletta. Both of these Electronic Filing Notices say "Responses due by 2-14-2020. I only just received these Notices today, March 3, 2020. Is this a typographical error? What does this mean? What must I respond to? I will schedule a phone call with the A.A.G., Thomas Davis to see what this all means. I hope and pray

①

I haven't missed something.

Please let me know what this all means. I'm in tears right now, hoping I haven't missed something along the way. My medical issues are my top priority. Nothing is more important to me right now than gaining access to transitional health care. It's one of the most difficult things I've ever had to endure, and if I've somehow missed a deadline to file something, I'd be absolutely devastated. I hope this isn't so. I would like to ask the court if I may please have a time extension to find out more from the A.A.G., Thomas Davis, about what's going on.

Thank you so very much for your time

Veronica ♡ May
Plaintiff
March 3, 2020

A copy of this letter has been sent to:

Assistant Attorney General
Thomas Davis
110 Sherman Street
Hartford, CT 06105

