Veronica-May Clark
#355139
Cheshire C.I.
900 Highland Avenue
Cheshire, CT 06410

April 27, 2020

APR 30 2020 AM 11:49
FILED-USDC-CT-HARTFORD

Dear Clerk of the Court,

Hello. How are you? I hope all is well and you're managing to stay safe & healthy during this crazy pandemic. I was recently transferred to Cheshire C.I. My new address is listed above. The two lawsuits I have are:

1.) Case Name: Clark v. Cook et all
    Case Number: 3:19-CV-00575-VLB

2.) Case Name: Clark v. Hanley et al
    Case Number: 3:18-CV-01765-JAM

Thank you so very much for your time. Please stay safe and healthy during these difficult times.

Forever,
Veronica-May

Veronica-May Clark
#355139
Cheshire C.I.
900 Highland Ave.
Cheshire, CT 06410

Legal Mail

Attention: Change of Address
Clerk of the Court
United States District Court
Office of the Clerk
450 Main Street
Hartford, CT
06103