UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

NICHOLAS CLARK                                    :
                                                  :
        Plaintiff,                                :    CIVIL ACTION NO.
                                                  :    3:19-CV-00575 (VLB)
                                                  :
V.                                                :
                                                  :
COOK, ET AL                                       :
                                                  :
        Defendants.                               :    JUNE 9, 2020


<u>COUNSEL'S DECLINATION TO PRO BONO APPOINTMENT</u>

Pursuant to Local Civil Rule 83.10(b), Attorney James O. Gaston and the Law Offices of James O. Gaston, LLC, respectfully decline appointment as Pro Bono Counsel for the Plaintiff in <u>Clark v. Cook, et al</u>, Case 3:19-cv-00575-VLB. Counsel via electronic filing received notice May 29, 2020.  The instant filing is within 14 days of said Notice.  The declination includes the following reasons, among others:


1. Counsel is inexperienced and without expertise in 1983 actions.

2. Counsel is without experience or expertise in the particular medical condition, alleged malpractice of the Plaintiff.

3. Counsel is a sole practitioner and securing the necessary time, experience and training for such a claims presented would be prohibitively taxing on

his law practice and a financial hardship.

4. Counsel has no knowledge of Connecticut Department of Correction policies, procedures or operations.

5. Counsel does not practice in Constitutional law and has never represented a client for same.

6. Counsel is concerned about ethical appearances of impropriety and perceived conflicts of interest, as from 2001-2019, he was an elected official in Newtown either as a member of the Board of Finance or a Selectman. Said positions work with local police and cooperate with Garner Correctional, located in Newtown, CT.

7. Counsel does not recall ever receiving a registration from the Federal Clerk as to pro bono information pursuant to Rule 83.10(a).   Said reason is likely due to the reason counsel believes he has only filed one civil action in Federal court since January 1, 2006.   If counsel had received said registration form he would have opted out of Pro Bono program as his practice is extremely limited to a narrow area of practice.

8. Counsel is a high risk coronavirus individual being over 60 years of age and with an asthma medical condition.   Meeting in a correctional center could put counsel's health in jeopardy.

For all the reasons stated above, counsel requests the Instant Declination
be approved.

James O. Gaston

By /s/  *James O. Gaston*_____
James O. Gaston (ct09296)
Law Offices of James O. Gaston, LLC
239 Golden Hill Street
Bridgeport, CT 06604
Telephone:   (203) 334-1656
Fax:   (203) 333-4532
lawofficesofjamesgaston@gmail.com

## CERTIFICATION

I hereby certify that on June 9, 2020, a copy of the foregoing was filed
electronically and served by mail on anyone unable to accept electronic filing.
Notice of this filing will be sent by e-mail to all parties by operation of the Court's
electronic filing system or by mail to anyone unable to accept electronic filing as
indicated on the Notice of Electronic filing.   Parties may access this filing through
the Court's CMECF system.

By___ /s/  *James O. Gaston*_____
James O. Gaston