## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | |
|---|---|
| **NICHOLAS CLARK** : | |
| : | |
| Plaintiff, : | CIVIL ACTION NO. |
| : | 3:19-CV-00575 (VLB) |
| : | |
| **V.** : | |
| : | |
| **COOK, ET AL** : | |
| : | |
| Defendants. : | JUNE 16, 2020 |

## APPEARANCE

To the Clerk of the Court and All Parties of Record:

Please enter my Appearance as counsel for the Plaintiff, Nicholas Clark, in the above-captioned case.

Dated at Bridgeport, Connecticut, this 16th day of June, 2020.


Plaintiff
Nicholas Clark


By _/s/__*James O. Gaston*_____
James O. Gaston (ct09296)
Law Offices of James O. Gaston, LLC
239 Golden Hill Street
Bridgeport, CT 06604
Telephone:   (203) 334-1656
Fax:     (203) 333-4532
lawofficesofjamesgaston@gmail.com

## **CERTIFICATION**

I hereby certify that on June 16, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic filing.   Parties may access this filing through the Court's CMECF system.


By___/s/__*James O. Gaston*_____
James O. Gaston