## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **NICHOLAS CLARK,** | : | |
| | : | |
| Plaintiff, | : | Case No.:  3:19 cv 00575 (VLB) |
| | : | |
| vs. | : | |
| | : | |
| **COOK** | : | |
| | : | |
| Defendants. | : | JULY 2, 2020 |

## NOTICE OF APPEARANCE

Please enter my appearance as counsel in this case for:

Plaintiff**, Nicholas Clark.**


/s/ James V. Sabatini
James V. Sabatini, Esquire     CT 19899
Sabatini and Associates, LLC
One Market Square
Newington, CT 06111
Tel. No.:  860-667-0839
Fax No.:  860-667-0867
e-mail:  jsabatini@sabatinilaw.com

**ELECTRONIC CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2020, a copy of the foregoing Appearance was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated in the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

                                                  /s/ James V. Sabatini
                                                   James V. Sabatini