UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| **NICHOLAS CLARK,** : | |
| : | |
| **Plaintiff,** : | |
| : | |
| VS. : | Case No.3:19-cv-00575 (VLB) |
| : | |
| **COOK, ET AL.,** : | |
| : | |
| **Defendants.** : | July 2, 2020 |

## MOTION FOR RELIEF FROM PRO BONO APPOINTMENT

Pursuant to Local Civil Rule 83.10(g), James Sabatini, Esq. of Sabatini and Associates, LLC, requests that the Court grant this Motion for Relief from Pro Bono Appointment in this action. Specifically, Counsel requests relief from Pro Bono Appointment as follows and for the following reasons:

1. In essence, the central legal issue is whether the defendants have violated the plaintiff's Eighth Amendment rights by refusing to provide her with gender confirmation surgery. There is circuit split on this legal issue.

2. The undersigned does have significant experience in handling certain types of cases in federal court including employment discrimination cases. The undersigned does not have experience handling Eighth Amendment cases.

3. The undersigned has a heavy litigation and trial schedule.

4. COVID-19 has created significant uncertainty as to when civil jury trials will resume and when they do resume, the undersigned anticipates that he will have a significant number of jury trials taking place in a compressed time period.

1

5.      Given the above, the undersigned needs help.   The help needed includes: (a) appointment of co-counsel (ideally with Eighth Amendment experience); and (b) flexibility with the scheduling of deadlines in the case.

6.      Without this help, the undersigned cannot effectively represent the plaintiff and would seek relief in the form of being removed as appointment counsel.

For the foregoing reasons, the Motion for Relief should be granted.

Respectfully Submitted,

By /s/ James V. Sabatini
James V. Sabatini, Esquire      CT 19899
Sabatini and Associates, LLC
One Market Square
Newington, CT   06111
Tel. No.:   860-667-0839
Fax No.:   860-667-0867
e-mail:   jsabatini@sabatinilaw.com

**Attorney for Plaintiff**

## **ELECTRONIC CERTIFICATE OF SERVICE**

**I hereby certify that on July 2, 2020 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated in the Notice of Electronic Filing.   Parties may access this filing through the Court's CM/ECF System.**

                          **s/ James V. Sabatini**
                             James V. Sabatini