UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NICHOLAS CLARK, | : | |
| Plaintiff, | : | |
| VS. | : | Case No. 3:19-cv-00575 (VLB) |
| COOK, ET AL., | : | |
| Defendants. | : | October 1, 2020 |

## PARTIES' JOINT STATUS REPORT

Pursuant to the Court's September 2, 2020 Order, the parties submit the following proposed Scheduling Order:

Depose fact witnesses by March 1, 2021

Disclose Plaintiff's experts by May 1, 2021

Depose Plaintiff's experts by August 1, 2021

Disclose Defendant's experts by September 15, 2021

Depose Defendant's experts by November 1, 2021

Summary judgment motion filed by December 1, 2021

**Respectfully Submitted,**

**By /s/ James V. Sabatini**
 **James V. Sabatini, Esquire     CT 19899**
 **Sabatini and Associates, LLC**
 **One Market Square**
 **Newington, CT   06111**
 **Tel. No.:   860-667-0839**
 **Fax No.:   860-667-0867**
 **e-mail:    jsabatini@sabatinilaw.com**

 **Attorney for Plaintiff**

**By /s/ Thomas Davis**
  **Thomas Davis    ct 17835**
  **Assistant Attorney General**
  **110 Sherman Street**
  **Hartford, Ct 06106**
  **Tel. No. 860-808-5450**
  **Fax No. 860-808-5591**
  **Email: Thomas.Davis@ct.gov**

  **Attorney for Defendant, Dr. Valletta**

## ELECTRONIC CERTIFICATE OF SERVICE

      I hereby certify that on October 1, 2020 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated in the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

                                          **s/ James V. Sabatini**
                                              **James V. Sabatini**