UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| **NICHOLAS CLARK** | : | **CIVIL NO. 3:19CV00575 (VLB)** |
| **v.** | : | |
| **COOK, ET AL** | : | **JANUARY 12, 2021** |

## DEFENDANTS' MOTION FOR LEAVE TO DEPOSE PERSON CONFINED IN PRISON

Pursuant to Rule 30(a) of the Federal Rules of Civil Procedure, the defendants request leave of the Court to depose the plaintiff, **Nicholas Clark #355139**, a person confined at Cheshire Correctional Institution, 900 Highland Avenue, Cheshire, CT 06410, on Tuesday, February 16, 2021, at 10:00 a.m., by videoconference due to the COVID-19 pandemic, before Brandon Legal Tech or any person authorized to take depositions in the State of Connecticut and/or on such further dates and locations as necessary, until such deposition is completed. Plaintiff is requested to produce all documents in his possession, custody or control or in the custody, possession, or control of his agents, representatives, or attorneys (other than a document protected by attorney-client privilege) that:

1) relate to, describe, elaborate upon, or otherwise repeat any factual allegation made in any pleading, motion, or request filed or served by plaintiff in this this action;

2) Plaintiff's personal journal or diary form the beginning of his incarceration through and including the date of production.

WHEREFORE, the defendants respectfully request leave to depose Nicholas Clark.

                **DEFENDANTS**
                Cook, Et Al.

                **WILLIAM TONG**
                **ATTORNEY GENERAL**

     BY: **/s/ Thomas J. Davis, Jr.**
           Thomas J. Davis, Jr.
           Assistant Attorney General
           110 Sherman Street
           Hartford, CT 06105
           Federal Bar #ct17835
           E-Mail: thomas.davis@ct.gov
           Tel.: (860) 808-5450
           Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that on January 12, 2021, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

           **/s/ Thomas J. Davis, Jr.**
           Thomas J. Davis, Jr.
           Assistant Attorney General