Civil- (Dec-2008)

HONORABLE: V. Bryant
DEPUTY CLERK: J. Shafer
RPTR/ECRO/TAPE: F. Velez, ECRO
TOTAL TIME: ____ hours  18  minutes
DATE: 1-13-2021     START TIME: 1:03 pm     END TIME: 1:21 pm
LUNCH RECESS   FROM: ____  TO: ____
RECESS (if more than ½ hr)   FROM: ____  TO: ____

CIVIL NO. 3:19-cv-575-VLB

Nicholas Clark                                     James V. Sabatini
                                                   Plaintiff's Counsel
vs
Commissioner Cook, et al.                          Thomas J. Davis, Jr.
                                                   Defendant's Counsel

## COURTROOM MINUTES- CIVIL

☐ Motion hearing            ☐ Show Cause Hearing
☐ Evidentiary Hearing       ☐ Judgment Debtor Exam
☑ Discovery status teleconference

☐ …..#____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ …..#____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ …..#____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ …..#____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ …..#____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ …..#____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ …..#____ Motion _____ ☐ granted ☐ denied ☐ advisement
☐ …..      Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ …..      Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ …..      Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ ….       Oral Motion _____ ☐ granted ☐ denied ☐ advisement
☐ …..   ☐ Briefs(s) due _____ ☐ Proposed Findings due _____ Response due _____
☐ ……………  _____ ☐ filed ☐ docketed
☐ ……………  _____ ☐ filed ☐ docketed
☐ ……………  _____ ☐ filed ☐ docketed
☐ ……………  _____ ☐ filed ☐ docketed
☐ ……………  _____ ☐ filed ☐ docketed
☐ ……………  _____ ☐ filed ☐ docketed
☐ …………    _____ Hearing continued until _____ at _____

Notes: The parties will confer and propose a new scheduling order.