UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

---------------------------------------------------------x
:              Civil Action No.
**NICHOLAS CLARK**              3:19-cv-575-VLB
    Plaintiff,          :
    v.
:
**COOK, ET AL**
:
    Defendants.
:              **JANUARY 29, 2021**
---------------------------------------------------------x

### DEFENDANT MOTION *ON CONSENT* TO MOFDIFY SCHEDULING ORDER

The Defendant moves, under Fed. R. Civ. P 16(b)(4) and L. Civ. R. 16(b) - *on consent* - to modify the Scheduling Order entered by this Court on October 7, 2020 (ECF No. 51). Good cause exists for this modification.

*First*, this action is a state inmate's civil rights action with a state tort law claim. The emergence of the COVID-19 health crisis has substantially burdened the Department of Correction (DOC) as well as the Office of the Attorney General, resulting in delays in processing work flow and, notably, in conducting depositions and other videoconference related matters, such as videoconference meetings between inmates and their counsel.

*Second*, although counsel for the parties have been pursing discovery with the intention of completing same prior to the current discovery deadline, additional discovery undertaken after the current deadline passes will be likely. One reason is that many records of the Plaintiff's educational, employment, mental health, and medical history must be obtained and it is unlikely that they can be secured prior to the current discovery deadline. It is the understanding of undersigned that Plaintiff is a native of Scotland and lived with his family in Belgium during

some of the years he was a student. Once Plaintiff discloses all of his past mental health and other health care providers names and addresses, authorizations will be sent to those identified (as well as to past employers and educational institutions attended). The turn-around time to secure all such records is unknown and once they are obtained an digested they may well warrant further depositions of some of those providing the records since the defense seeks to complete a full life-time psychological profile of the plaintiff and a comprehensive record of his employment and educational history. Those tasks cannot reasonably be completed within the current discovery deadline.

*Third*, Plaintiff's pro bono appointed counsel needs to meet with the Plaintiff via videoconference. A videoconference scheduled for January 21, 2021 was unable to proceed due, in part, to technical issues requiring special software to access the DOC videoconferencing system. The parties, via counsel, and DOC are currently collaborating on a solution so that appropriate attorney-client videoconferencing may be rescheduled and completed.

*Fourth*, the defense will file a motion for summary judgment in this case. As a result, the currently scheduled jury selection date is January 18, 2022. This motion seeks no change in that date and therefore the modest modification sought herein will not delay trial of this case.

The parties have exercised due diligence but the operative deadlines set forth in the current Scheduling Order cannot reasonably be met.

The current Scheduling Order prescribes the following deadlines:

**March 1, 2021:** All discovery to be completed;
**April 1, 2021:** Dispositive motions to be filed;
**May 3, 2021:** Joint Trial Memorandum due if no dispositive motion filed;
**June 15, 2021:** Jury selection if no dispositive motion filed;
**December 1, 2021:** Joint Trial Memorandum due if dispositive motion filed.
**January 18, 2022:** Jury selection if dispositive motion filed.

2

The undersigned moves this Court - *on consent* - to modify the Scheduling Order in the following respects:

**June 1, 2021:** All discovery to be completed;
**July 1, 2021:** Dispositive motions to be filed.

The undersigned has contacted Plaintiff's counsel - Attorney James Sabatini, Esq. - who consents to the modification sought herein.

                DEFENDANTS

                WILLIAM TONG
                ATTORNEY GENERAL

BY: /s/ *Thomas J. Davis, Jr.*
      Thomas J. Davis, Jr.
      Assistant Attorney General
      Federal Bar No. ct17835
      110 Sherman Street
      Hartford, CT   06141-0120
      Tel:  (860) 808-5450
      Fax: (860) 808-5384
      Thomas.Davis@ct.us

**CERTIFICATION OF SERVICE**

I hereby certify that on January 29, 2021, a copy of the foregoing was filed electronically. Notice of the foregoing filing and this Certification of Service will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to any parties who are unable to accept electronic filing. Parties may access the foregoing filings and this Certification of Service through the Court's system.

                /s/ *Thomas J. Davis, Jr.*
                Thomas J. Davis, Jr.
                Assistant Attorney General