**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| **NICHOLAS CLARK,** | : | |
| | : | |
| Plaintiff, | : | Case No.:  3:19 cv 00575 (VLB) |
| | : | |
| vs. | : | |
| | : | |
| **COOK, ET AL.** | : | |
| | : | |
| Defendants. | : | **FEBRUARY 11, 2021** |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO OBJECT TO OR ANSWER**
**DEFENDANT'S INTERROGATORIES AND REQUESTS FOR PRODUCTION**

Pursuant to D.Conn.L.Civ.R. 7, plaintiff, **Nicholas Clark**, in the above-entitled action, by and through his attorney, James V. Sabatini, Esquire, moves for an extension of time of thirty (30) days to March 15, 2021, in which to object to or answer the Defendant, **Dr. Gerald Valletta's**, Interrogatories and Requests for Production dated January 12, 2021.  The additional time is needed to properly and adequately respond to the written discovery.

Defense counsel consents to the instant Motion.

        Respectfully Submitted,

    By /s/ James V. Sabatini
       James V. Sabatini, Esquire    CT 19899
       Sabatini and Associates, LLC
       One Market Square
       Newington, CT  06111
       Tel. No.:  860-667-0839
       Fax No.:  860-667-0867
       e-mail:  jsabatini@sabatinilaw.com

    Attorney for Plaintiff

## ELECTRONIC CERTIFICATE OF SERVICE

I hereby certify that on February 11, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated in the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

    /s/ James V. Sabatini
     James V. Sabatini