UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| NICHOLAS CLARK, | : | |
| | : | |
| Plaintiff, | : | Case No.:  3:19 cv 00575 (VLB) |
| | : | |
| vs. | : | |
| | : | |
| COOK, ET AL. | : | |
| | : | |
| Defendants. | : | FEBRUARY 11, 2021 |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO RESPOND
TO DEFENDANT'S REQUESTS FOR ADMISSIONS**

Pursuant to D.Conn.L.Civ.R. 7, plaintiff, **Nicholas Clark**, in the above-entitled action, by and through his attorney, James V. Sabatini, Esquire, moves for an extension of time of thirty (30) days to March 15, 2021, in which to respond to Defendant, **Dr. Gerald Valletta's**, Requests for Admissions dated January 12, 2021, for the reason that the information and materials needed to properly respond are not yet available to the plaintiff and, therefore, proper and adequate responses are not possible at this time.

Defense counsel consents to the instant Motion.

Respectfully Submitted,


By /s/ James V. Sabatini
James V. Sabatini, Esquire    CT 19899
Sabatini and Associates, LLC
One Market Square
Newington, CT  06111
Tel. No.:  860-667-0839
Fax No.:  860-667-0867
e-mail:  jsabatini@sabatinilaw.com

Attorney for Plaintiff

## ELECTRONIC CERTIFICATE OF SERVICE

     I hereby certify that on February 11, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by email to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated in the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.



/s/ James V. Sabatini
James V. Sabatini