**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**NICHOLAS CLARK**

**vs.**

**COOK, et al.**

**3:19-cv-575-VLB**

**ORDER RETURNING SUBMISSION**

**We have received your filing, however, it is deficient in the area(s) checked below:**

☒   **Our records indicate you are represented by counsel in this matter. Therefore, all filings must be made by the attorney of record.**

☐   **Plaintiff is restricted from filing a new complaint in this district, without prior leave of the Court.**

☐   **Your pro se appearance is being returned because the rights of self-representation and representation by counsel cannot be both exercised at the same time. (See O'Reilly v. New York Times Co., 692 F.2d 863, 868 (2d Cir. 1982.)**

☐   **Other:**

**The Clerk is hereby ORDERED to return the above document.**

| | |
|---|---|
| **March 1, 2021** | **/s/ Vanessa L. Bryant** |
| **Date** | **Choose a Judge's Title** |

**(jjs)**

Rev 6-25-20