UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
-----------------------------------------------------x
                                                     :     Civil Action No.
NICHOLAS CLARK                                       :     3:19-cv-575-VLB
         Plaintiff,        :                         :
              v.                                     :
                                                     :
COOK, ET AL                                          :
                                                     :
         Defendants.                                 :
                                                     :     APRIL 29, 2021
-----------------------------------------------------x
```

## DEFENDANT MOTION *ON CONSENT* TO MOFDIFY SCHEDULING ORDER

The Defendant moves, under Fed. R. Civ. P 16(b)(4) and L. Civ. R. 16(b) - *on consent* - to modify the Scheduling Order entered by this Court on October 7, 2020 (ECF No. 51). Good cause exists for this modification.

*First*, this action is a state inmate's civil rights action with a pendent state tort law claim. The emergence of the COVID-19 health crisis has substantially burdened the Department of Correction (DOC) and interfered with regularly schedule videoconference related matters, such as videoconference meetings between inmates and their counsel, since in person visits had to be suspended, thereby creating extended durations to accommodate all such requests.

*Second*, although counsel for the parties have been pursing discovery with the intention of completing same prior to the current discovery deadline, additional discovery undertaken after the current deadline passes will be likely. One reason is that many records of the Plaintiff's educational, employment, mental health, and medical history must be obtained and it is unlikely that they

1

can be secured prior to the current discovery deadline. It is the understanding of undersigned that Plaintiff is a native of or as a youth resided Scotland and also resided in Belgium during some of the years he was a student. In addition, discovery disputes between the parties have recently arisen that counsel will undertake to resolve without court intervention, but it is possible that some elements of discovery may require motion(s) to compel. Once Plaintiff discloses all of his past mental health and other health care providers names and addresses, authorizations will be necessary to obtain all applicable records, as well as records from past employers and educational institutions attended. The turn-around time to secure all such records is unknown and once they are obtained and digested they may warrant further depositions of some of those providing records since the defense seeks to complete a full life-time psychological profile of the plaintiff and a comprehensive record of his employment and educational history. Those tasks cannot reasonably be completed within the current discovery deadline.

*Third*, the defense will file a motion for summary judgment in this case. Accordingly, the currently scheduled jury selection date is April 19, 2022. This motion seeks no change in that date and therefore the modification sought herein will not delay jury selection or trial of this case.

The parties have exercised due diligence but the operative deadlines set forth in the current Scheduling Order cannot reasonably be met.

The current Scheduling Order (entered on February 8, 2021 – ECF No. 59) was the second scheduling order in this case. It prescribes the following

deadlines:

- **All discovery, including but not limited to depositions of expert witnesses, completed by 6/1/2021.**
- **Dispositive motions filed by 7/1/2021.**
- **If no dispositive motions filed, the joint trial memorandum to be filed by 7/6/2021 and jury selection on 8/17/2021.**
- **If dispositive motions are filed, the joint trial memorandum to be filed by 3/8/2022, and jury selection on 4/19/2022.**

The undersigned moves this Court - *on consent* - to modify the Scheduling Order in the following respects:

- **All discovery to be completed by September 1, 2021.**
- **Dispositive motions to be filed by October 1, 2021.**

The undersigned has contacted Plaintiff's counsel - Attorney James Sabatini, Esq. - who consents to the modification sought herein.

This is the second motion to modify the scheduling order in this action.

        **DEFENDANTS**

        **WILLIAM TONG**
        **ATTORNEY GENERAL**

        **BY: /s/ *Thomas J. Davis, Jr.***
            **Thomas J. Davis, Jr.**
            **Assistant Attorney General**
            **Federal Bar No. ct17835**
            **110 Sherman Street**
            **Hartford, CT   06141-0120**
            **Tel:  (860) 808-5450**
            **Fax: (860) 808-5384**
            **Thomas.Davis@ct.us**

## CERTIFICATION OF SERVICE

I hereby certify that on April 29, 2021, a copy of the foregoing was filed electronically. Notice of the foregoing filing and this Certification of Service will be sent by e-mail to all parties by operation of the Court's electronic filing system and by mail to any parties who are unable to accept electronic filing. Parties may access the foregoing filings and this Certification of Service through the Court's system.

/s/ *Thomas J. Davis, Jr.*
Thomas J. Davis, Jr.
Assistant Attorney General