UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| NICHOLAS CLARK,<br><br>Plaintiff,<br><br>v.<br><br>COOK, et al.,<br><br>Defendants. | Case No. 3:19-cv-575-VLB<br><br><br><br><br><br>July 15, 2021 |

## NOTICE OF FIRST AMENDED COMPLAINT

Pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure, Plaintiff Veronica-May (neé Nicholas) Clark hereby provides notice of the filing of her First Amended Complaint. Defense counsel has provided written consent to the amendment.

The First Amended Complaint is filed herewith.

**Dated: July 15, 2021**          Respectfully submitted,

                                          By: /s/ Daniel S. Noble
                                                   Daniel S. Noble (ct31089)
                                                   Matthew B. Danzer (ct30740)
                                                   Kelsey A. Powderly (ct30855)
                                                   FINN DIXON & HERLING LLP
                                                   Six Landmark Square
                                                   Stamford, CT 06901-2704
                                                   Tel: (203) 325-5000
                                                   Fax: (203) 325-5001
                                                   E-mail: dnoble@fdh.com

By: /s/ Dan Barrett
    Dan Barrett (ct29816)
    Elana Bildner (ct30379)
    ACLU Foundation of Connecticut
    765 Asylum Avenue, 1st Floor
    Hartford, CT 06105
    Tel: (860) 471-8471
    E-mail: e-filings@acluct.org

*Attorneys for Plaintiff Veronica-May (neé Nicholas) Clark*