UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VERONICA-MAY (neé NICHOLAS) CLARK,<br><br>Plaintiff,<br><br>v.<br><br>ANGEL QUIROS, DR. GERALD VALETTA, RICHARD BUSH, and BARBARA KIMBLE-GOODMAN,<br><br>Defendants. | Case No. 3:19-cv-575-VLB<br><br><br><br>October 8, 2021 |

## JOINT MOTION FOR REFERRAL TO MAGISTRATE JUDGE

Plaintiff Veronica-May Clark and Defendants Angel Quiros, Dr. Gerald Valetta, Richard Bush, and Barba Kimble-Goodman respectfully move for a referral to a Magistrate Judge for purposes of pursuing settlement.

The parties have met, conferred, and had preliminary settlement discussions and believe a settlement conference will likely lead to a resolution of the case.

For the reasons set forth above, the parties respectfully request that the Court grant this motion and refer the parties to a Magistrate Judge to pursue settlement.

1

Dated: October 8, 2021          Respectfully submitted,

By: /s/ Daniel S. Noble
    Daniel S. Noble (ct31089)
    Matthew B. Danzer (ct30740)
    Kelsey A. Powderly (ct30855)
    FINN DIXON & HERLING LLP
    Six Landmark Square
    Stamford, CT 06901-2704
    Tel: (203) 325-5000
    Fax: (203) 325-5001
    E-mail: dnoble@fdh.com


By: /s/ Elana Bildner
    Elana Bildner (ct30379)
    Dan Barrett (ct29816)
    ACLU Foundation of Connecticut
    765 Asylum Avenue
    Hartford, CT 06105
    Tel: (860) 471-8475
    E-mail: ebildner@acluct.org

*Attorneys for Plaintiff Veronica-May (neé Nicholas) Clark*


By: /s/ James M. Belforti
    James M. Belforti (ct30449)
    Janelle Medeiros (ct30514)
    Terrence M. O'Neill (ct10835)
    Office of the Attorney General
    110 Sherman Street
    Hartford, CT 06002
    Tel: (860) 808-5436
    E-mail: james.belforti@ct.gov
          Janelle.medeiros@ct.gov
          Terrence.oneill@ct.gov

*Attorneys for Defendants*