UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VERONICA-MAY (neé NICHOLAS) CLARK,<br><br>      Plaintiff,<br><br>v.<br><br>ANGEL QUIROS, DR. GERALD VALETTA, RICHARD BUSH, and BARBARA KIMBLE-GOODMAN,<br><br>      Defendants. | Case No. 3:19-cv-575-VLB<br><br>December 16, 2021 |

## Plaintiff's Motion to Amend the Court's Records

On December 13, 2021, the plaintiff changed her name to Veronica-May Clark by means of a Connecticut Probate Court order (attached as Exhibit 1). She is listed in this Court's records under her former first name, Nicholas. Owing to the Probate Court's decree, Ms. Clark now asks the Court to amend its records in this matter—including but not limited to the caption—to reflect her name.

/s/ Daniel S. Noble
Daniel S. Noble (ct31089)
Matthew B. Danzer (ct30740)
Kelsey A. Powderly (ct30855)
FINN DIXON & HERLING LLP
Six Landmark Square
Stamford, CT 06901-2704
Tel: (203) 325-5000
Fax: (203) 325-5001
E-mail: dnoble@fdh.com

/s/ Dan Barrett
Dan Barrett (ct29816)
Elana Bildner (ct30379)
ACLU Foundation of Connecticut
765 Asylum Avenue
Hartford, CT 06105
Tel: (860) 471-8475
E-mail: e-filings@acluct.org

***Attorneys for Veronica-May Clark***