UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VERONICA-MAY (neé NICHOLAS) CLARK,<br><br>　　　　Plaintiff,<br><br>v.<br><br>ANGEL QUIROS, DR. GERALD VALETTA, RICHARD BUSH, and BARBARA KIMBLE-GOODMAN,<br><br>　　　　Defendants. | Case No. 3:19-cv-575-VLB<br><br><br><br><br><br>April 14, 2022 |

### DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

　　　　Defendants, Dr. Gerald Valletta, Richard Bush, APRN Kimble-Goodman, and Commissioner Quiros, hereby respectfully move for summary judgment for several reasons. First, Plaintiff's deliberate indifference claim fails as a matter of law because she cannot establish the objective prong of her claim. Further, Plaintiff's claim fails against each individual capacity Defendant because she cannot establish the subjective prong of her claim against Dr. Valletta, Mr. Bush, or APRN Kimble-Goodman.  Additionally, all individual Defendants are entitled to qualified immunity. With regard to her claim for injunctive relief, Plaintiff cannot establish the merits of her claim as it is abundantly clear that Plaintiff has received treatment and is currently receiving treatment for her gender dysphoria that meets Eighth Amendment standards for prisoner care, and thus, her request for relief should be denied. Finally, this court should not exercise supplemental jurisdiction over Plaintiff's state law claims of intentional infliction of emotional

1

distress because her claims fall well within the ambit of other tort liability and there is not a single case holding that failure to provide preferred medical treatment can meet the high standard of extreme and outrageous conduct.

Filed herewith is a memorandum of law filed in support of Defendants' Motion.

                              DEFENDANTS:
                              Angel Quiros, Et Al.,

                              WILLIAM TONG
                              ATTORNEY GENERAL

BY:    /s/ Terrence M. O'Neill
        Terrence M. O'Neill
        Assistant Attorney General
        Federal Bar No. ct10835
        110 Sherman Street
        Hartford, CT  06105
        Tel.: (860) 808-5450
        Fax: (860) 808-5591
        terrence.oneill@ct.gov

BY: /s/ James M. Belforti          BY: /s/ Janelle R. Medeiros
James M. Belforti                     Janelle R. Medeiros
Assistant Attorney General         Assistant Attorney General
110 Sherman Street                 110 Sherman Street
Hartford, CT 06105                Hartford, CT 06105
Federal Bar #ct30449              Federal Bar #ct30514
E-Mail: james.belforti@ct.gov     E-Mail:  janelle.medeiros@ct.gov
Tel.:  (860) 808-5450              Tel.:  (860) 808-5450
Fax:  (860) 808-5591              Fax:  (860) 808-5591

## **CERTIFICATION**

I hereby certify that on April 14, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                              */s/ Janelle R. Medeiros*
                              **Janelle R. Medeiros**
                              **Assistant Attorney General**