UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VERONICA-MAY CLARK,<br><br>    Plaintiff,<br><br>v.<br><br>ANGEL QUIROS, DR. GERALD VALETTA, RICHARD BUSH, and BARBARA KIMBLE-GOODMAN,<br><br>    Defendants. | Case No. 3:19-cv-575-VLB<br><br><br><br>April 14, 2022 |

## Exhibit List

**Exhibit 1**     Report of Dr. George Brown

**Exhibit 2**     Deposition Transcript of DOC's Fed. R. Civ. 30(b)(6) Witness

**Exhibit 3**     Deposition Transcript of Dr. George Brown

**Exhibit 4**     Deposition Transcript of Dr. Stephen Levine

**Exhibit 5**     Deposition Transcript of Ms. Veronica-May Clark

**Exhibit 6**     April 2020 Emails re Transfer

**Exhibit 7**     Ms. Clark's Medical Records

**Exhibit 8**     DOC Administrative Directive 8.9

**Exhibit 9**     Deposition Transcript of Dr. Gerald Valetta

**Exhibit 10**    Deposition Transcript of Dr. Craig Burns

**Exhibit 11**    DOC Classification Manual

**Exhibit 12**    DOC Contract with Health Management Associates

| | |
|---|---|
| **Exhibit 13** | **Health Management Associates Inmate Medical Services Assessment** |
| **Exhibit 14** | **GNC Consultant Competitive Bidding Waiver Request** |
| **Exhibit 15** | **July 2016 Emails re Code Purple** |
| **Exhibit 16** | **Suicide Attempt and Self-Injury Summary Data Sheet** |
| **Exhibit 17** | **Grievances** |
| **Exhibit 18** | **Deposition Transcript of Barbara Kimble-Goodman** |
| **Exhibit 19** | **March 2020 Emails from Andrea Reischerl** |
| **Exhibit 20** | **Deposition Transcript of Richard Bush** |
| **Exhibit 21** | **September 2019 Emails Requesting Therapy** |
| **Exhibit 22** | **September 2018 Emails re MH Score** |
| **Exhibit 23** | **Letter from Ted Olds et al. to Dr. Berger (May 4, 2017)** |
| **Exhibit 24** | **Letter from Ted Olds et al. to Dr. Berger (May 12, 2017)** |
| **Exhibit 25** | **Twin Peaks Counseling Contract** |
| **Exhibit 26** | **DOC Administrative Directive 8.5** |
| **Exhibit 27** | **Dayne Bachmann Standard Progress Note** |