# Exhibit 6

April 2020 Emails re Transfer

**From:** Butricks, Kenneth
**To:** Snyder, David; Barone, Kristine
**Cc:** Peterson, Jennifer; Burns, Craig
**Subject:** RE: Clark, Nicholas #355139
**Date:** Thursday, April 16, 2020 2:03:45 PM
**Attachments:** image001.png

It is what it is, thanks Dave

---

**From:** Snyder, David <David.Snyder@ct.gov>
**Sent:** Thursday, April 16, 2020 1:59 PM
**To:** Butricks, Kenneth <Kenneth.Butricks@ct.gov>; Barone, Kristine <Kristine.Barone@ct.gov>
**Cc:** Peterson, Jennifer <Jennifer.Peterson@ct.gov>; Burns, Craig <Craig.Burns@ct.gov>
**Subject:** RE: Clark, Nicholas #355139

She has. Originally there was no notation on the 42 and it took her reporting that she was involved in the investigation/incident for us to figure out the issue. Clearly with everything going on we could not move her until now. She hasn't been a big deal here and I actually just spoke to her in medical regarding your concerns surrounding her last "episode" there. She is aware of the trauma it may have caused some. On an aside from this both inmates transferring to you from us tonight have been screened by medical already and are good to go.

---

**From:** Butricks, Kenneth <Kenneth.Butricks@ct.gov>
**Sent:** Thursday, April 16, 2020 1:44 PM
**To:** Snyder, David <David.Snyder@ct.gov>; Barone, Kristine <Kristine.Barone@ct.gov>
**Cc:** Peterson, Jennifer <Jennifer.Peterson@ct.gov>; Burns, Craig <Craig.Burns@ct.gov>
**Subject:** RE: Clark, Nicholas #355139

She's been there since March 9th?

---

**From:** Snyder, David <David.Snyder@ct.gov>
**Sent:** Thursday, April 16, 2020 1:40 PM
**To:** Barone, Kristine <Kristine.Barone@ct.gov>; Butricks, Kenneth <Kenneth.Butricks@ct.gov>
**Cc:** Peterson, Jennifer <Jennifer.Peterson@ct.gov>
**Subject:** RE: Clark, Nicholas #355139

I do have the reason. As he was involved with a staff investigation here that resulted in the staff sexually assaulting her and ultimately getting fired and serving time for that. He along with seven other involved or having knowledge of inmates have no transfers to mwci on their profile screen. Clark's was initially take off in error by OCPM and that was rectified recently. If I can answer anything else on this please let me know.

---

**From:** Barone, Kristine <Kristine.Barone@ct.gov>
**Sent:** Thursday, April 16, 2020 1:37 PM
**To:** Butricks, Kenneth <Kenneth.Butricks@ct.gov>
**Cc:** Peterson, Jennifer <Jennifer.Peterson@ct.gov>; Snyder, David <David.Snyder@ct.gov>
**Subject:** Re: Clark, Nicholas #355139

No I do not. I have included DW Snyder as he may know. I did talk to Maiga earlier as I was surprised how many we were getting in but he did not mentioned anything about Clark.
Get Outlook for iOS

---

On Thu, Apr 16, 2020 at 1:29 PM -0400, "Butricks, Kenneth" <Kenneth.Butricks@ct.gov> wrote:

> Kristine, do you know why he is being moved here?  I understand the notation below regarding a report from 2011.  He's been at MacDougall twice since then.  The last time he was at Cheshire he tried to castrate himself.  We've been working with Andrea regarding this for months and expressed concerns if he were to come back.  It was a pretty horrific incident.
>
> **From:** Peterson, Jennifer <Jennifer.Peterson@ct.gov>
> **Sent:** Thursday, April 16, 2020 1:14 PM
> **To:** Butricks, Kenneth <Kenneth.Butricks@ct.gov>
> **Subject:** Clark, Nicholas #355139

Emails - 848

1

2



Jennifer Peterson
Deputy Warden
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410
203-651-6070 (P)
203-651-6080 (F)

Emails - 849