# EXHIBIT A

**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **VERONICA-MAY (neé NICHOLAS) CLARK,** | |
| Plaintiff, | **Case No. 3:19-cv-575-VLB** |
| **v.** | |
| **ANGEL QUIROS, DR. GERALD VALETTA, RICHARD BUSH, and BARBARA KIMBLE-GOODMAN,** | **May 5, 2022** |
| Defendants. | |

<u>**DEFENDANTS' UPDATED TABLE OF CONTENTS FOR SUMMARY JUDGMENT EXHIBITS**</u>

   A.  **Table of Contents**

   B.  **Plaintiff's Department of Correction Medical Records (Under Seal)**

   C.  **Plaintiff's University of Connecticut Medical Records (Under Seal)**

   D.  **Deposition Transcript of Dr. Hassan Aftab**

   E.  **Declaration of Dr. Stephen Levine**

   F.  **Declaration of Dr. Craig Burns**

   G.  **Declaration of Dr. Gerald Valletta**

   H.  **Declaration of APRN Barbara Kimble-Goodman**

   I.   **Declaration of Richard Bush**

   J.  **Declaration of Director Snyder**

   K.  **Deposition Transcript of Plaintiff**

   L.  **Excerpt of Deposition Transcript of Dr. George Brown**

   M.  **Presentence Investigation (Under Seal)**

**N. Deposition Transcript of Dr. Levine[1]**

---

[1] To avoid confusion, the only additional exhibit attached to Defendants' opposition (Exhibit N) is labeled consecutively with their exhibits attached to their initial motion.