UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VERONICA-MAY CLARK,<br><br>    Plaintiff,<br><br>v.<br><br>ANGEL QUIROS, DR. GERALD VALLETTA, RICHARD BUSH, and BARBARA KIMBLE-GOODMAN,<br><br>    Defendants. | Case No. 3:19-cv-575-VLB<br><br><br><br>May 5, 2022 |

## Exhibit List

**Exhibit 1**    Report of Dr. George Brown (ECF 133-3)

**Exhibit 2**    Deposition Transcript of DOC's Fed. R. Civ. 30(b)(6) Witness (ECF 133-4)

**Exhibit 3**    Deposition Transcript of Dr. George Brown (ECF 133-5)

**Exhibit 4**    Deposition Transcript of Dr. Stephen Levine (ECF 133-6)

**Exhibit 5**    Deposition Transcript of Ms. Veronica-May Clark (ECF 133-7)

**Exhibit 6**    April 2020 Emails re Transfer (ECF 133-8)

**Exhibit 7**    Ms. Clark's Medical Records (ECF 133-9)

**Exhibit 8**    DOC Administrative Directive 8.9 (ECF 133-10)

**Exhibit 9**    Deposition Transcript of Dr. Gerald Valletta (ECF 133-11)

**Exhibit 10**    Deposition Transcript of Dr. Craig Burns (ECF 133-12)

**Exhibit 11**    DOC Classification Manual (ECF 133-13)

**Exhibit 12**    DOC Contract with Health Management Associates (ECF 133-14)

**Exhibit 13**   Health Management Associates Inmate Medical Services Assessment (ECF 133-15)

**Exhibit 14**   GNC Consultant Competitive Bidding Waiver Request (ECF 133-16)

**Exhibit 15**   July 2016 Emails re Code Purple (ECF 133-17)

**Exhibit 16**   Suicide Attempt and Self-Injury Summary Data Sheet (ECF 133-18)

**Exhibit 17**   Grievances (ECF 133-19)

**Exhibit 18**   Deposition Transcript of Barbara Kimble-Goodman (ECF 133-20)

**Exhibit 19**   March 2020 Emails from Andrea Reischerl (ECF 133-21)

**Exhibit 20**   Deposition Transcript of Richard Bush (ECF 133-22)

**Exhibit 21**   September 2019 Emails Requesting Therapy (ECF 133-23)

**Exhibit 22**   September 2018 Emails re MH Score (ECF 133-24)

**Exhibit 23**   Letter from Ted Olds et al. to Dr. Berger (May 4, 2017) (ECF 133-25)

**Exhibit 24**   Letter from Ted Olds et al. to Dr. Berger (May 12, 2017) (ECF 133-26)

**Exhibit 25**   Twin Peaks Counseling Contract (ECF 133-27)

**Exhibit 26**   DOC Administrative Directive 8.5 (ECF 133-28)

**Exhibit 27**   Dayne Bachmann Standard Progress Note (ECF 133-29)

**Exhibit 28**   Excerpts of Deposition Transcript of Dr. Stephen Levine

**Exhibit 29**   Assorted Emails

**Exhibit 30**   WPATH Standards of Care

**Exhibit 31**   Excerpts of Ms. Clark's Journal

**Exhibit 32**   Declaration of Ms. Clark