# EXHIBIT 32

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VERONICA-MAY CLARK, <br><br> Plaintiff, <br><br> v. <br><br> ANGEL QUIROS, DR. GERALD VALETTA, RICHARD BUSH, and BARBARA KIMBLE-GOODMAN, <br><br> Defendants. | Case No. 3:19-cv-575-VLB <br><br><br> May 5, 2022 |

### Declaration of Veronica-May Clark

1. My name is Veronica-May Clark, I am an adult, and I am the plaintiff in this suit.

2. I knew I was a girl from very early in my childhood. However, it has been extremely difficult and painful for me to live publicly as a woman.

3. Growing up in the 1970s and 1980s, I didn't know any transgender people. I didn't see any positive portrayals of transgender people in books, movies, or TV. I thought there was nobody else like me. I didn't even have a word for what I felt.

4. When I tried to come out in the late 1990s, I had no support. I was struggling with alcohol and substance use. Nobody accepted me as a woman. I didn't know who to turn to. Ultimately, I went back into the closet.

1

5. I entered prison in hiding. I was afraid for my life and my safety if anyone found out I was transgender.

6. When I reached my 40th birthday, I couldn't do it anymore. Much as I didn't want to come out, I felt as though I would collapse if I spent another day trying to hide who I am. I decided to tell DOC that I was transgender and ask for help treating my gender dysphoria.

7. The first appointment in April 2016 where I told DOC staff that I was transgender and thought I had gender dysphoria was not easy. I could barely get the words out. Once I did, though, I was hopeful that they could help me.

8. From April 2016 until July 15, 2016, I had been asking to meet with a doctor to treat me for gender dysphoria. I kept writing requests, but I was told that I was on the list and had to wait. I was never told if or when I had an appointment.

9. DOC does not tell incarcerated people the date on which they will see a doctor, so I don't find out about medical appointments until the day of, no matter how many times I ask. I do not know whether I am going to a provider until I am taken there (or to telehealth) on the day of.

10. I only found out that I was supposedly scheduled to meet with Dr. Ruiz in mid-July (either July 15 or July 16) when I was on my way to the emergency room after I had tried to castrate myself.

11. I also found out that there was a DOC policy that blocked me from getting hormone therapy since I hadn't had hormone therapy before prison.

2

Another incarcerated person told me about the policy before I met Dr. Valetta, and, a doctor at MacDougall-Walker told me about the policy when I was recovering from my attempt to castrate myself.

12. When I was transferred to Garner, I was again hopeful that I would get treatment. But nobody I met with seemed interested in treating me. It was only once I was able to have Columbia law students advocate for me that anything happened.

13. I have never refused an appointment with endocrinology.

14. In my experience, DOC employees tell medical staff that an incarcerated person has "refused" a visit without checking with the person when the person is in segregation or at another appointment or the employees do not feel like bringing the person down to medical. When that happens, it is my experience that the incarcerated person does not even know that they had an appointment that day.

15. I've been desperate to see endocrinology and have sent many request forms and grievances over the years asking for appointments, trying to find out if I have appointments, and trying to find out when they are.

16. I have never refused an appointment with medical.

17. While being denied treatment for gender dysphoria has been extremely painful and difficult, I have better and worse days. I have, for example, expressed happiness when I was finally allowed to access hormones for the first time because I experienced the happiness of being allowed to transition.

18. To this day, gender dysphoria continues to be an ever-present source of stress and misery for me, each and every day.
19. The first time I was taken to meet with Dayne Bachmann in December 2021, I wasn't told anything about it or what his purpose was in meeting with me. When I saw him on a screen, I had no idea who he was. So, I asked if I could speak with my attorneys first because I didn't know what to do or why he was there.
20. Once I spoke with my attorneys and we got some more information, I agreed to proceed and met with Mr. Bachmann for an evaluation in December 2021.
21. I met for the first time with Dayne Bachmann for what I understand to be therapy for gender dysphoria on April 8, 2022. This was the first time I was offered the opportunity to meet with him for therapy.
22. After meeting with him, I was never informed that I could request gender-informed mental health counseling from him, despite my repeated previous requests for appropriate treatment for gender dysphoria.
23. I agreed to continue meeting with him for therapy if I am able. It is a little awkward since I am in an administrative area of the prison on a laptop, within earshot of prison staff when I talk with him. Nonetheless, I have never refused to meet Mr. Bachmann for therapy, nor do I plan to.
24. I have never met with anyone else for therapy for gender dysphoria, nor have I been offered the opportunity to do so.

25. I have never met with anyone else for any kind of treatment for gender dysphoria—including any of the people I have signed releases of my medical information to, or anyone Dr. Burns mentions in his declaration.

26. Being denied treatment has a physical impact on me. The effects of testosterone on my body, as with any transgender woman with gender dysphoria, are real and painful.

27. It is difficult to speak about, but I have attempted to harm myself and have attempted suicide in the past four years because I have been denied treatment.

28. I have also gone on hunger strikes when I was denied the ability to shave.

29. Dr. Wolf-Craig, as psychologist at Cheshire, has given me forms to sign to release medical information several times in recent months.

30. The first time was in November or December 2021. I did not know whether the releases would affect my legal rights in this suit, so I asked to consult with my lawyers.

31. Once I had the chance to speak with my lawyers, I signed the forms. I have since signed several other release forms as requested by DOC. I have not met with any of the people or places I signed releases for, other than Dayne Bachmann.

32. In April 2022, Dr. Burns came to see me.

33. He told me that he was trying to meet with a gender confirmation surgeon. I asked him about what treatments I might get, and when, and Dr. Burns

5

told me, "keep your expectations low and that way whatever happens, you'll be happy."

34. On or about April 14, 2022, I was called out of my cell to meet with a medical provider. I waited over an hour without seeing anyone, until a correctional officer told me, "the doctor never showed up." They did not tell me which doctor was supposed to see me. I went back to my cell.

I certify under penalty of perjury that the foregoing is true and correct. Executed on May 3, 2022.

*Veronica-May Clark*
**Veronica-May Clark**