UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VERONICA-MAY (neé NICHOLAS) CLARK,<br><br>      Plaintiff,<br><br>v.<br><br>ANGEL QUIROS, DR. GERALD VALETTA, RICHARD BUSH, and BARBARA KIMBLE-GOODMAN,<br><br>      Defendants. | Case No. 3:19-cv-575-VLB<br><br>May 12, 2022 |

## COMPLIANCE WITH COURT ORDER REGARDING IN CAMERA SUBMISSION

Pursuant to the court's April 29, 2022 Order, the defendants hereby submit the redacted version of the emails that are the subject of plaintiff's pending motion to compel. Please see attached as Attachment A.

          DEFENDANTS:
          Angel Quiros, Et Al.,

          WILLIAM TONG
          ATTORNEY GENERAL


          BY: /s/ *Janelle R. Medeiros*
          Janelle R. Medeiros
          Assistant Attorney General
          110 Sherman Street
          Hartford, CT 06105
          Federal Bar #ct30514
          E-Mail:  janelle.medeiros@ct.gov
          Tel.:  (860) 808-5450
          Fax:  (860) 808-5591

## CERTIFICATION

I hereby certify that on May 12, 2022, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

    */s/ Janelle R. Medeiros*
    **Janelle R. Medeiros**
    **Assistant Attorney General**