# ATTACHMENT A

**From:**        Kocienda, Thomas
**To:**          Stephen B. Levine MD
**Subject:**     RE: Clark v. Cook
**Date:**        Friday, May 8, 2020 12:18:00 PM
**Attachments:** ████████████████████████

██████████████████████

-----Original Message-----
From: Stephen B. Levine MD <sbl2@case.edu>
Sent: Monday, May 4, 2020 6:15 PM
To: Kocienda, Thomas <Thomas.Kocienda@ct.gov>
Subject: Re: Clark v. Cook



-----Original Message-----
From: Stephen B. Levine <stephenblevine@sbcglobal net>
Sent: Friday, May 1, 2020 11:58 AM
To: Kocienda, Thomas <Thomas.Kocienda@ct.gov>
Cc: Davis, Thomas <Thomas.Davis@ct.gov>
Subject: Re: Clark v. Cook









**MMPI-2**
Minnesota Multiphasic
Personality Inventory-2

**Correctional Interpretive Report**

MMPI®-2

The Minnesota Report™: Adult Clinical System-Revised, 4th Edition

*James N. Butcher, PhD*

| | |
|---|---|
| Name: | Veronica Clark |
| ID Number: | 355139 |
| Age: | 44 |
| Gender: | Male |
| Marital Status: | Divorced |
| Years of Education: | 15 |
| Date Assessed: | 04/21/2020 |

 **PsychCorp**

Copyright © 1989, 1993, 2001, 2005 by the Regents of the University of Minnesota. All rights reserved.
Portions reproduced from the MMPI-2 test booklet. Copyright © 1942, 1943 (renewed 1970), 1989 by the Regents of the University of
Minnesota. All rights reserved. Portions excerpted from the *MMPI-2 Manual for Administration, Scoring, and Interpretation, Revised Edition.*
Copyright © 2001 by the Regents of the University of Minnesota. All rights reserved.
Distributed exclusively under license from the University of Minnesota by NCS Pearson, Inc.

**Minnesota Multiphasic Personality Inventory** and **MMPI** are registered trademarks and **The Minnesota Report** is a trademark of the
University of Minnesota. **Pearson,** the **PSI logo,** and **PsychCorp** are trademarks in the U.S. and/or other countries of Pearson Education,
Inc., or its affiliate(s).

**TRADE SECRET INFORMATION**
Not for release under HIPAA or other data disclosure laws that exempt trade secrets from disclosure.

[ 9.5 / 1 / 3.0.3 ]

ALWAYS LEARNING                    **PEARSON**

## MMPI-2 VALIDITY PATTERN



| | VRIN | TRIN | F | F_B | F_P | L | K | S |
|---|---|---|---|---|---|---|---|---|
| Raw Score: | 4 | 7 | 5 | 10 | 1 | 6 | 17 | 28 |
| T Score: | 46 | 64F | 51 | 83 | 48 | 61 | 54 | 53 |
| Response %: | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |

Cannot Say (Raw):   0
Percent True:   42
Percent False:   58

| | Raw Score | T Score | Resp. % |
|---|---|---|---|
| $S_1$ - Beliefs in Human Goodness | 11 | 60 | 100 |
| $S_2$ - Serenity | 6 | 50 | 100 |
| $S_3$ - Contentment with Life | 3 | 45 | 100 |
| $S_4$ - Patience/Denial of Irritability | 5 | 54 | 100 |
| $S_5$ - Denial of Moral Flaws | 3 | 51 | 100 |

Emails - 1051

## MMPI-2 CLINICAL AND SUPPLEMENTARY SCALES PROFILE



| | Hs | D | Hy | Pd | Mf | Pa | Pt | Sc | Ma | Si | | MAC-R | APS | AAS | PK | Ho | MDS |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Raw Score: | 4 | 21 | 26 | 26 | 42 | 21 | 16 | 19 | 17 | 31 | | 22 | 25 | 4 | 12 | 16 | * |
| K Correction: | 9 | | | 7 | | | 17 | 17 | 3 | | | | | | | | |
| T Score: | 51 | 57 | 61 | 74 | 81 | 90 | 64 | 67 | 49 | 57 | | 53 | 54 | 56 | 57 | 47 | * |
| Response %: | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | | 100 | 100 | 100 | 100 | 100 | * |

Welsh Code:        6*5"4'8+73-201/9: L-KF/

Profile Elevation:   64.1

*MDS scores are reported only for clients who indicate that they are married or separated.



MMPI-2 CONTENT SCALES PROFILE

| | ANX | FRS | OBS | DEP | HEA | BIZ | ANG | CYN | ASP | TPA | LSE | SOD | FAM | WRK | TRT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Raw Score: | 13 | 9 | 4 | 9 | 6 | 4 | 5 | 4 | 4 | 4 | 6 | 10 | 4 | 14 | 7 |
| T Score: | 67 | 67 | 47 | 59 | 53 | 57 | 48 | 41 | 42 | 41 | 55 | 54 | 47 | 63 | 56 |
| Response %: | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 | 100 |

## PROFILE VALIDITY

Although his profile is valid and interpretable, he attempted to present a somewhat favorable self-image.

## SYMPTOMATIC PATTERNS

Scales Pd and Pa were used as the prototype to develop this report. Individuals with this MMPI-2 clinical profile tend to be chronically maladjusted. The client is apparently immature and self-indulgent, manipulating others for his own ends. He may behave in an obnoxious, hostile, and aggressive way, and he may rebel against authority figures. Despite these difficulties with others, he refuses to accept responsibility for his problems. He may have an exaggerated or grandiose idea of his own capabilities and personal worth. He is likely to be hedonistic and may overuse alcohol or drugs. He appears to be quite impulsive, and he may act out against others without considering the consequences. He is also likely to be suspicious, aloof, and unapproachable. Paranoid features and externalization of blame are likely to be present in his clinical picture.

His elevated score on Mf suggests that his sex-role adjustment may cause him problems at times. He is rather insecure in the masculine role. He may display a feminine identification pattern. He may be self-centered to the point that it may alienate others at times. He may have difficulty expressing anger directly and may resort to indirect means.

In addition, the following description is suggested by the client's scores on the content scales. He may feel somewhat estranged and alienated from people. He is suspicious of the actions of others, and he may tend to blame them for his negative frame of mind. His high elevation on the Pd scale may result from a sense of social alienation. (His response content does not reflect antisocial behavior or practices.) His attitudes toward rules and societal norms should be further evaluated. He views the world as a threatening place, sees himself as having been unjustly blamed for others' problems, and feels that he is getting a raw deal out of life. He is rather high-strung and believes that he feels things more, or more intensely, than others do. He feels quite lonely and misunderstood at times. The client attests to having more fears than most people do. His high endorsement of general anxiety content is likely to be important to understanding his clinical picture.

## PROFILE FREQUENCY

Profile interpretation can be greatly facilitated by examining the relative frequency of clinical scale patterns in various settings. The client's high-point clinical scale score (Pa) occurred in 9.6% of the MMPI-2 normative sample of men. However, only 3.0% of the sample had Pa as the peak score at or above a T score of 65, and only 2.2% had well-defined Pa spikes. This elevated MMPI-2 profile configuration (4-6/6-4) is very rare in samples of normals, occurring in less than 1% of the MMPI-2 normative sample of men.

The relative frequency of his profile in various correctional settings is informative. Megargee (1993) reported that this high-point clinical scale score (Pa) occurred in 13.4% of men in a state prison and 16.0% of men in a federal prison. Moreover, 7.9% of the state prisoners and 11.7% of the federal

prisoners had the Pa scale spike at or above a T score of 65. His elevated MMPI-2 profile configuration (4-6/6-4) is one of the more common two-point profile codes in prison settings, occurring in 2.4% of men in a state prison and 2.3% in a federal sample (Megargee, 1993).

## PROFILE STABILITY

The relative elevation of the highest scales in his clinical profile reflects high profile definition. If he is retested at a later date, his peak scores on Pd and Pa are likely to retain their relative salience in his retest profile.

## INTERPERSONAL RELATIONS

He is probably having difficult interpersonal relationships. He appears to be sullen, resentful of others, and quite uncompromising in interpersonal style. His manipulative and self-serving behavior may cause great difficulties for people close to him. He may go into a rage because of his poor impulse control and low frustration tolerance. He tends to blame others for problems he has helped to create. Rocky interpersonal relationships are the norm among individuals with this profile. Marital breakup is relatively common.

## DIAGNOSTIC CONSIDERATIONS

An individual with this profile is usually viewed as having a Personality Disorder, probably a Paranoid or Passive-Aggressive Personality. Symptoms of a delusional disorder are prominent in his clinical pattern.

## TREATMENT CONSIDERATIONS

Individuals with this profile tend not to seek psychological treatment on their own, and they are usually poor candidates for psychotherapy. They resist psychological interpretation, tend to argue with others, and tend to rationalize or blame others for their problems. They tend to leave therapy prematurely and blame the therapist for their own failings.

He expressed a number of specific fears with which he is concerned at this time. Behavioral therapy to alleviate these fears might be considered.

## ADDITIONAL SCALES

| | Raw Score | T Score | Resp % |
|---|---|---|---|
| **Personality Psychopathology Five (PSY-5) Scales** | | | |
| Aggressiveness (AGGR) | 3 | 36 | 100 |
| Psychoticism (PSYC) | 4 | 52 | 100 |
| Disconstraint (DISC) | 9 | 39 | 100 |
| Negative Emotionality/Neuroticism (NEGE) | 15 | 59 | 100 |
| Introversion/Low Positive Emotionality (INTR) | 11 | 50 | 100 |
| **Supplementary Scales** | | | |
| Anxiety (A) | 16 | 58 | 100 |
| Repression (R) | 18 | 56 | 100 |
| Ego Strength (Es) | 30 | 34 | 100 |
| Dominance (Do) | 16 | 48 | 100 |
| Social Responsibility (Re) | 20 | 50 | 100 |
| **Harris-Lingoes Subscales** | | | |
| Depression Subscales | | | |
| Subjective Depression ($D_1$) | 9 | 56 | 100 |
| Psychomotor Retardation ($D_2$) | 7 | 59 | 100 |
| Physical Malfunctioning ($D_3$) | 2 | 43 | 100 |
| Mental Dullness ($D_4$) | 3 | 53 | 100 |
| Brooding ($D_5$) | 4 | 62 | 100 |
| Hysteria Subscales | | | |
| Denial of Social Anxiety ($Hy_1$) | 3 | 45 | 100 |
| Need for Affection ($Hy_2$) | 11 | 67 | 100 |
| Lassitude-Malaise ($Hy_3$) | 2 | 48 | 100 |
| Somatic Complaints ($Hy_4$) | 2 | 48 | 100 |
| Inhibition of Aggression ($Hy_5$) | 5 | 63 | 100 |
| Psychopathic Deviate Subscales | | | |
| Familial Discord ($Pd_1$) | 2 | 51 | 100 |
| Authority Problems ($Pd_2$) | 5 | 60 | 100 |
| Social Imperturbability ($Pd_3$) | 3 | 45 | 100 |
| Social Alienation ($Pd_4$) | 9 | 77 | 100 |
| Self-Alienation ($Pd_5$) | 6 | 63 | 100 |
| Paranoia Subscales | | | |
| Persecutory Ideas ($Pa_1$) | 7 | 82 | 100 |
| Poignancy ($Pa_2$) | 5 | 68 | 100 |
| Naivete ($Pa_3$) | 8 | 65 | 100 |

|  | Raw Score | T Score | Resp % |
|---|---|---|---|
| Schizophrenia Subscales |  |  |  |
| Social Alienation ($Sc_1$) | 7 | 68 | 100 |
| Emotional Alienation ($Sc_2$) | 3 | 69 | 100 |
| Lack of Ego Mastery, Cognitive ($Sc_3$) | 2 | 54 | 100 |
| Lack of Ego Mastery, Conative ($Sc_4$) | 5 | 65 | 100 |
| Lack of Ego Mastery, Defective Inhibition ($Sc_5$) | 2 | 54 | 100 |
| Bizarre Sensory Experiences ($Sc_6$) | 2 | 51 | 100 |
| Hypomania Subscales |  |  |  |
| Amorality ($Ma_1$) | 2 | 50 | 100 |
| Psychomotor Acceleration ($Ma_2$) | 6 | 53 | 100 |
| Imperturbability ($Ma_3$) | 3 | 47 | 100 |
| Ego Inflation ($Ma_4$) | 1 | 37 | 100 |

**Social Introversion Subscales (Ben-Porath, Hostetler, Butcher, & Graham)**

|  | Raw Score | T Score | Resp % |
|---|---|---|---|
| Shyness/Self-Consciousness ($Si_1$) | 10 | 65 | 100 |
| Social Avoidance ($Si_2$) | 3 | 49 | 100 |
| Alienation--Self and Others ($Si_3$) | 3 | 44 | 100 |

**Content Component Scales (Ben-Porath & Sherwood)**

|  | Raw Score | T Score | Resp % |
|---|---|---|---|
| Fears Subscales |  |  |  |
| Generalized Fearfulness ($FRS_1$) | 4 | 80 | 100 |
| Multiple Fears ($FRS_2$) | 5 | 59 | 100 |
| Depression Subscales |  |  |  |
| Lack of Drive ($DEP_1$) | 2 | 51 | 100 |
| Dysphoria ($DEP_2$) | 3 | 66 | 100 |
| Self-Depreciation ($DEP_3$) | 3 | 62 | 100 |
| Suicidal Ideation ($DEP_4$) | 0 | 45 | 100 |
| Health Concerns Subscales |  |  |  |
| Gastrointestinal Symptoms ($HEA_1$) | 0 | 44 | 100 |
| Neurological Symptoms ($HEA_2$) | 2 | 54 | 100 |
| General Health Concerns ($HEA_3$) | 1 | 48 | 100 |
| Bizarre Mentation Subscales |  |  |  |
| Psychotic Symptomatology ($BIZ_1$) | 1 | 54 | 100 |
| Schizotypal Characteristics ($BIZ_2$) | 3 | 60 | 100 |
| Anger Subscales |  |  |  |
| Explosive Behavior ($ANG_1$) | 1 | 45 | 100 |
| Irritability ($ANG_2$) | 3 | 51 | 100 |
| Cynicism Subscales |  |  |  |
| Misanthropic Beliefs ($CYN_1$) | 2 | 39 | 100 |
| Interpersonal Suspiciousness ($CYN_2$) | 2 | 43 | 100 |

|  | Raw Score | T Score | Resp % |
|---|---|---|---|
| Antisocial Practices Subscales |  |  |  |
|     Antisocial Attitudes ($ASP_1$) | 2 | 37 | 100 |
|     Antisocial Behavior ($ASP_2$) | 2 | 52 | 100 |
| Type A Subscales |  |  |  |
|     Impatience ($TPA_1$) | 1 | 39 | 100 |
|     Competitive Drive ($TPA_2$) | 3 | 50 | 100 |
| Low Self-Esteem Subscales |  |  |  |
|     Self-Doubt ($LSE_1$) | 4 | 59 | 100 |
|     Submissiveness ($LSE_2$) | 1 | 48 | 100 |
| Social Discomfort Subscales |  |  |  |
|     Introversion ($SOD_1$) | 5 | 50 | 100 |
|     Shyness ($SOD_2$) | 5 | 63 | 100 |
| Family Problems Subscales |  |  |  |
|     Family Discord ($FAM_1$) | 3 | 50 | 100 |
|     Familial Alienation ($FAM_2$) | 0 | 40 | 100 |
| Negative Treatment Indicators Subscales |  |  |  |
|     Low Motivation ($TRT_1$) | 3 | 60 | 100 |
|     Inability to Disclose ($TRT_2$) | 0 | 37 | 100 |

Uniform T scores are used for Hs, D, Hy, Pd, Pa, Pt, Sc, Ma, the content scales, the content component scales, and the PSY-5 scales. The remaining scales and subscales use linear T scores.

## CRITICAL ITEMS

The following critical items have been found to have possible significance in analyzing a client's problem situation. Although these items may serve as a source of hypotheses for further investigation, caution should be used in interpreting individual items because they may have been checked inadvertently.

The percentages of endorsement for each critical item are presented in brackets following the listing of the item. The percentage of the MMPI-2 normative sample of 1,138 men who endorsed the item in the scored direction is given.

### Acute Anxiety State (Koss-Butcher Critical Items)

Of the 17 possible items in this section, 6 were endorsed in the scored direction:

   15.  I work under a great deal of tension. (True)
      [N = 37]
 140.  Most nights I go to sleep without thoughts or ideas bothering me. (False)
      [N = 23]
 223.  I believe I am no more nervous than most others. (False)
      [N = 16]
 301.  I feel anxiety about something or someone almost all the time. (True)
      [N = 15]
 463.  Several times a week I feel as if something dreadful is about to happen. (True)
      [N = 4]
 469.  I sometimes feel that I am about to go to pieces. (True)
      [N = 15]

### Depressed Suicidal Ideation (Koss-Butcher Critical Items)

Of the 22 possible items in this section, 8 were endorsed in the scored direction:

   38.  I have had periods of days, weeks, or months when I couldn't take care of things because I couldn't "get going." (True)
      [N = 25]
   95.  I am happy most of the time. (False)
      [N = 11]
 130.  I certainly feel useless at times. (True)
      [N = 34]
 146.  I cry easily. (True)
      [N = 13]
 233.  I have difficulty in starting to do things. (True)
      [N = 35]
 273.  Life is a strain for me much of the time. (True)
      [N = 16]
 388.  I very seldom have spells of the blues. (False)

[N = 25]
518. I have made lots of bad mistakes in my life. (True)
    [N = 27]

**Threatened Assault (Koss-Butcher Critical Items)**

Of the 5 possible items in this section, 1 was endorsed in the scored direction:

213. I get mad easily and then get over it soon. (True)
    [N = 41]

**Situational Stress Due to Alcoholism (Koss-Butcher Critical Items)**

Of the 7 possible items in this section, 5 were endorsed in the scored direction:

125. I believe that my home life is as pleasant as that of most people I know. (False)
    [N = 11]
264. I have used alcohol excessively. (True)
    [N = 45]
487. I have enjoyed using marijuana. (True)
    [N = 34]
489. I have a drug or alcohol problem. (True)
    [N = 7]
518. I have made lots of bad mistakes in my life. (True)
    [N = 27]

**Mental Confusion (Koss-Butcher Critical Items)**

Of the 11 possible items in this section, 3 were endorsed in the scored direction:

32. I have had very peculiar and strange experiences. (True)
    [N = 24]
96. I see things or animals or people around me that others do not see. (True)
    [N = 9]
299. I cannot keep my mind on one thing. (True)
    [N = 15]

**Persecutory Ideas (Koss-Butcher Critical Items)**

Of the 16 possible items in this section, 5 were endorsed in the scored direction:

99. Someone has it in for me. (True)
    [N = 5]
251. I have often felt that strangers were looking at me critically. (True)
    [N = 24]
259. I am sure I am being talked about. (True)
    [N = 18]

314. I have no enemies who really wish to harm me. (False)
[N = 12]
333. People say insulting and vulgar things about me. (True)
[N = 6]

**Antisocial Attitude (Lachar-Wrobel Critical Items)**

Of the 9 possible items in this section, 3 were endorsed in the scored direction:

84. I was suspended from school one or more times for bad behavior. (True)
[N = 17]
227. I don't blame people for trying to grab everything they can get in this world. (True)
[N = 40]
266. I have never been in trouble with the law. (False)
[N = 41]

**Family Conflict (Lachar-Wrobel Critical Items)**

Of the 4 possible items in this section, 2 were endorsed in the scored direction:

21. At times I have very much wanted to leave home. (True)
[N = 32]
125. I believe that my home life is as pleasant as that of most people I know. (False)
[N = 11]

**Somatic Symptoms (Lachar-Wrobel Critical Items)**

Of the 23 possible items in this section, 3 were endorsed in the scored direction:

53. Parts of my body often have feelings like burning, tingling, crawling, or like "going to sleep."
(True)
[N = 19]
247. I have numbness in one or more places on my skin. (True)
[N = 10]
464. I feel tired a good deal of the time. (True)
[N = 25]

**Sexual Concern and Deviation (Lachar-Wrobel Critical Items)**

Of the 6 possible items in this section, 4 were endorsed in the scored direction:

12. My sex life is satisfactory. (False)
[N = 27]
62. I have often wished I were a girl. (Or if you are a girl) I have never been sorry that I am a girl.
(True)
[N = 5]
166. I am worried about sex. (True)

[N = 15]
268. I wish I were not bothered by thoughts about sex. (True)
     [N = 21]

**Anxiety and Tension (Lachar-Wrobel Critical Items)**

Of the 11 possible items in this section, 6 were endorsed in the scored direction:

 15. I work under a great deal of tension. (True)
     [N = 37]
223. I believe I am no more nervous than most others. (False)
     [N = 16]
261. I have very few fears compared to my friends. (False)
     [N = 44]
299. I cannot keep my mind on one thing. (True)
     [N = 15]
301. I feel anxiety about something or someone almost all the time. (True)
     [N = 15]
463. Several times a week I feel as if something dreadful is about to happen. (True)
     [N = 4]

**Sleep Disturbance (Lachar-Wrobel Critical Items)**

Of the 6 possible items in this section, 2 were endorsed in the scored direction:

140. Most nights I go to sleep without thoughts or ideas bothering me. (False)
     [N = 23]
471. I have often been frightened in the middle of the night. (True)
     [N = 7]

**Deviant Thinking and Experience (Lachar-Wrobel Critical Items)**

Of the 10 possible items in this section, 3 were endorsed in the scored direction:

 32. I have had very peculiar and strange experiences. (True)
     [N = 24]
 96. I see things or animals or people around me that others do not see. (True)
     [N = 9]
122. At times my thoughts have raced ahead faster than I could speak them. (True)
     [N = 80]

**Depression and Worry (Lachar-Wrobel Critical Items)**

Of the 16 possible items in this section, 3 were endorsed in the scored direction:

130. I certainly feel useless at times. (True)
     [N = 34]

273. Life is a strain for me much of the time. (True)
    [N = 16]
339. I have sometimes felt that difficulties were piling up so high that I could not overcome them.
    (True)
    [N = 37]

**Deviant Beliefs (Lachar-Wrobel Critical Items)**

Of the 15 possible items in this section, 4 were endorsed in the scored direction:

  99. Someone has it in for me. (True)
    [N = 5]
259. I am sure I am being talked about. (True)
    [N = 18]
314. I have no enemies who really wish to harm me. (False)
    [N = 12]
333. People say insulting and vulgar things about me. (True)
    [N = 6]

**Substance Abuse (Lachar-Wrobel Critical Items)**

Of the 3 possible items in this section, 1 was endorsed in the scored direction:

264. I have used alcohol excessively. (True)
    [N = 45]

**Problematic Anger (Lachar-Wrobel Critical Items)**

Of the 4 possible items in this section, 1 was endorsed in the scored direction:

213. I get mad easily and then get over it soon. (True)
    [N = 41]

**End of Report**

NOTE: This MMPI-2 interpretation can serve as a useful source of hypotheses about clients. This report is based on objectively derived scale indices and scale interpretations that have been developed in diverse groups of patients. The personality descriptions, inferences, and recommendations contained herein need to be verified by other sources of clinical information because individual clients may not fully match the prototype. The information in this report should only be used by a trained and qualified test interpreter. The report was not designed or intended to be provided directly to clients. The information contained in the report is technical and was developed to aid professional interpretation.

This and previous pages of this report contain trade secrets and are not to be released in response to requests under HIPAA (or any other data disclosure law that exempts trade secret information from release). Further, release in response to litigation discovery demands should be made only in accordance with your profession's ethical guidelines and under an appropriate protective order.

## ITEM RESPONSES

|   |   |   |   |   |   |   |   |   |   |
|---|---|---|---|---|---|---|---|---|---|
| 1: 2 | 2: 1 | 3: 1 | 4: 1 | 5: 2 | 6: 1 | 7: 2 | 8: 2 | 9: 1 | 10: 1 |
| 11: 1 | 12: 2 | 13: 1 | 14: 1 | 15: 1 | 16: 2 | 17: 2 | 18: 2 | 19: 2 | 20: 1 |
| 21: 1 | 22: 1 | 23: 2 | 24: 2 | 25: 1 | 26: 2 | 27: 2 | 28: 2 | 29: 1 | 30: 2 |
| 31: 2 | 32: 1 | 33: 1 | 34: 1 | 35: 2 | 36: 2 | 37: 2 | 38: 1 | 39: 2 | 40: 2 |
| 41: 2 | 42: 2 | 43: 1 | 44: 2 | 45: 1 | 46: 2 | 47: 1 | 48: 2 | 49: 1 | 50: 2 |
| 51: 1 | 52: 2 | 53: 1 | 54: 2 | 55: 2 | 56: 2 | 57: 1 | 58: 2 | 59: 2 | 60: 2 |
| 61: 2 | 62: 1 | 63: 2 | 64: 1 | 65: 2 | 66: 2 | 67: 1 | 68: 2 | 69: 1 | 70: 2 |
| 71: 2 | 72: 2 | 73: 2 | 74: 1 | 75: 1 | 76: 2 | 77: 1 | 78: 1 | 79: 2 | 80: 1 |
| 81: 2 | 82: 2 | 83: 1 | 84: 1 | 85: 2 | 86: 1 | 87: 1 | 88: 1 | 89: 1 | 90: 1 |
| 91: 1 | 92: 2 | 93: 1 | 94: 2 | 95: 2 | 96: 1 | 97: 1 | 98: 2 | 99: 1 | 100: 1 |
| 101: 2 | 102: 1 | 103: 2 | 104: 2 | 105: 2 | 106: 1 | 107: 2 | 108: 1 | 109: 1 | 110: 2 |
| 111: 2 | 112: 2 | 113: 1 | 114: 2 | 115: 2 | 116: 2 | 117: 1 | 118: 2 | 119: 1 | 120: 1 |
| 121: 1 | 122: 2 | 123: 2 | 124: 2 | 125: 2 | 126: 1 | 127: 2 | 128: 1 | 129: 2 | 130: 1 |
| 131: 2 | 132: 1 | 133: 2 | 134: 2 | 135: 2 | 136: 2 | 137: 2 | 138: 2 | 139: 1 | 140: 2 |
| 141: 1 | 142: 1 | 143: 1 | 144: 2 | 145: 2 | 146: 1 | 147: 2 | 148: 1 | 149: 2 | 150: 2 |
| 151: 2 | 152: 1 | 153: 2 | 154: 2 | 155: 1 | 156: 2 | 157: 2 | 158: 1 | 159: 1 | 160: 2 |
| 161: 1 | 162: 2 | 163: 1 | 164: 1 | 165: 1 | 166: 1 | 167: 2 | 168: 2 | 169: 2 | 170: 2 |
| 171: 2 | 172: 2 | 173: 1 | 174: 1 | 175: 2 | 176: 1 | 177: 1 | 178: 2 | 179: 1 | 180: 2 |
| 181: 1 | 182: 2 | 183: 1 | 184: 2 | 185: 1 | 186: 1 | 187: 1 | 188: 1 | 189: 1 | 190: 2 |
| 191: 1 | 192: 1 | 193: 2 | 194: 2 | 195: 2 | 196: 1 | 197: 2 | 198: 2 | 199: 1 | 200: 2 |
| 201: 2 | 202: 2 | 203: 1 | 204: 1 | 205: 1 | 206: 1 | 207: 1 | 208: 1 | 209: 2 | 210: 1 |
| 211: 2 | 212: 2 | 213: 1 | 214: 1 | 215: 2 | 216: 2 | 217: 1 | 218: 2 | 219: 1 | 220: 2 |
| 221: 1 | 222: 2 | 223: 2 | 224: 1 | 225: 2 | 226: 2 | 227: 1 | 228: 2 | 229: 2 | 230: 1 |
| 231: 1 | 232: 2 | 233: 1 | 234: 2 | 235: 2 | 236: 1 | 237: 2 | 238: 2 | 239: 1 | 240: 2 |
| 241: 2 | 242: 1 | 243: 1 | 244: 1 | 245: 1 | 246: 2 | 247: 1 | 248: 2 | 249: 1 | 250: 2 |
| 251: 1 | 252: 2 | 253: 2 | 254: 2 | 255: 1 | 256: 2 | 257: 2 | 258: 2 | 259: 1 | 260: 1 |
| 261: 2 | 262: 2 | 263: 2 | 264: 1 | 265: 2 | 266: 2 | 267: 1 | 268: 1 | 269: 2 | 270: 2 |
| 271: 1 | 272: 2 | 273: 1 | 274: 2 | 275: 1 | 276: 1 | 277: 1 | 278: 2 | 279: 2 | 280: 2 |
| 281: 2 | 282: 2 | 283: 2 | 284: 2 | 285: 1 | 286: 2 | 287: 2 | 288: 2 | 289: 1 | 290: 2 |
| 291: 2 | 292: 2 | 293: 1 | 294: 2 | 295: 1 | 296: 2 | 297: 1 | 298: 2 | 299: 1 | 300: 2 |
| 301: 1 | 302: 2 | 303: 2 | 304: 2 | 305: 1 | 306: 2 | 307: 2 | 308: 2 | 309: 2 | 310: 2 |
| 311: 2 | 312: 2 | 313: 2 | 314: 2 | 315: 2 | 316: 2 | 317: 1 | 318: 1 | 319: 2 | 320: 2 |
| 321: 2 | 322: 2 | 323: 2 | 324: 2 | 325: 2 | 326: 2 | 327: 1 | 328: 2 | 329: 1 | 330: 1 |
| 331: 2 | 332: 2 | 333: 1 | 334: 2 | 335: 2 | 336: 2 | 337: 1 | 338: 2 | 339: 1 | 340: 2 |
| 341: 2 | 342: 2 | 343: 1 | 344: 2 | 345: 1 | 346: 2 | 347: 1 | 348: 1 | 349: 2 | 350: 2 |
| 351: 1 | 352: 1 | 353: 1 | 354: 1 | 355: 2 | 356: 2 | 357: 1 | 358: 2 | 359: 1 | 360: 1 |
| 361: 2 | 362: 2 | 363: 2 | 364: 2 | 365: 1 | 366: 2 | 367: 2 | 368: 1 | 369: 2 | 370: 1 |
| 371: 2 | 372: 1 | 373: 2 | 374: 2 | 375: 2 | 376: 1 | 377: 1 | 378: 2 | 379: 2 | 380: 2 |
| 381: 2 | 382: 1 | 383: 1 | 384: 1 | 385: 2 | 386: 1 | 387: 2 | 388: 2 | 389: 2 | 390: 1 |
| 391: 2 | 392: 2 | 393: 2 | 394: 2 | 395: 2 | 396: 2 | 397: 2 | 398: 1 | 399: 2 | 400: 2 |
| 401: 1 | 402: 2 | 403: 2 | 404: 1 | 405: 1 | 406: 2 | 407: 1 | 408: 2 | 409: 2 | 410: 2 |
| 411: 2 | 412: 2 | 413: 2 | 414: 2 | 415: 2 | 416: 1 | 417: 2 | 418: 2 | 419: 1 | 420: 2 |
| 421: 2 | 422: 1 | 423: 2 | 424: 1 | 425: 2 | 426: 1 | 427: 1 | 428: 1 | 429: 1 | 430: 1 |
| 431: 2 | 432: 2 | 433: 2 | 434: 1 | 435: 2 | 436: 1 | 437: 2 | 438: 2 | 439: 1 | 440: 1 |

```
441:  2   442:  1   443:  2   444:  2   445:  1   446:  1   447:  1   448:  2   449:  2   450:  2
451:  2   452:  1   453:  2   454:  2   455:  1   456:  1   457:  2   458:  1   459:  1   460:  1
461:  2   462:  2   463:  1   464:  1   465:  2   466:  2   467:  1   468:  2   469:  1   470:  1
471:  1   472:  1   473:  1   474:  2   475:  2   476:  2   477:  1   478:  2   479:  2   480:  1
481:  1   482:  2   483:  1   484:  1   485:  2   486:  1   487:  1   488:  2   489:  1   490:  2
491:  2   492:  1   493:  1   494:  1   495:  2   496:  2   497:  2   498:  2   499:  1   500:  2
501:  1   502:  2   503:  1   504:  1   505:  2   506:  2   507:  2   508:  2   509:  1   510:  2
511:  2   512:  1   513:  2   514:  1   515:  2   516:  2   517:  1   518:  1   519:  2   520:  2
521:  2   522:  2   523:  2   524:  2   525:  2   526:  2   527:  2   528:  1   529:  1   530:  2
531:  1   532:  1   533:  1   534:  2   535:  2   536:  2   537:  2   538:  2   539:  2   540:  1
541:  2   542:  1   543:  2   544:  2   545:  1   546:  2   547:  2   548:  2   549:  2   550:  2
551:  2   552:  1   553:  2   554:  2   555:  2   556:  2   557:  2   558:  2   559:  2   560:  1
561:  1   562:  2   563:  2   564:  1   565:  2   566:  1   567:  2
```

| | |
|---|---|
| **From:** | Cruz, Joslyn M |
| **To:** | Valletta, Gerald |
| **Cc:** | Kocienda, Thomas |
| **Subject:** | Nicholas Clark (AKA Veronica May Clark) #355139 |
| **Date:** | Tuesday, May 19, 2020 9:15:55 AM |
| **Attachments:** | image001.png |

Dr. Valletta,

Would you be able to provide any information to the consultant listed below (Dr. Levine) regarding the inmate's medical status in the last year? She transferred to CCI in April and has not been seen by a physician here yet.

Thank you, Joslyn

**Joslyn Cruz, Ph.D.**
Supervising Psychologist 2
Sex Offender Treatment Program
Connecticut Department of Correction
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410
Joslyn.M.Cruz@ct.gov
(203) 651-6089

***Confidentiality Notice:*** *The information contained in this transmission may contain privileged and confidential information, including patient information protected by federal and state privacy laws. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.*



**From:** Broadley, Deborah <Deborah.Broadley@ct.gov>
**Sent:** Tuesday, May 19, 2020 9:08 AM
**To:** Cruz, Joslyn M <Joslyn.M.Cruz@ct.gov>
**Subject:** RE: inmate for Thursday step 1 evaluation

Hi Dr. Cruz,

Clark #355139 has not been seen in Cheshire Medical Unit. He was seen at other facilities so I would defer to their providers who may have more insight. It appears labs ordered by Dr. Valetta were mainly for managing the transitioning process as well as a possible hunger strike.

Sorry I can't be of more help.

Debbie

---

**From:** Cruz, Joslyn M <Joslyn.M.Cruz@ct.gov>
**Sent:** Monday, May 18, 2020 11:39 AM
**To:** Broadley, Deborah <Deborah.Broadley@ct.gov>
**Subject:** FW: inmate for Thursday step 1 evaluation

Hi Dr. Bradley,

Please see highlighted questions below regarding the inmate's **medical status** and advise on your response or respond directly to Dr. Levine. This is a consultant hired by AG for a lawsuit. You will see in the EHR I had the inmate sign an ROI for Dr. Levine prior to administration of psych testing.

Thank you, Joslyn

---

**From:** Kocienda, Thomas <Thomas.Kocienda@ct.gov>
**Sent:** Monday, May 18, 2020 11:34 AM
**To:** Cruz, Joslyn M <Joslyn.M.Cruz@ct.gov>
**Subject:** Fwd: inmate for Thursday step 1 evaluation

Hi Joslyn.

Can you see below and answer the questions you are able?  Thanks.

Thomas Kocienda, Psy.D.
Director of Behavioral Health Services
CT Department of Correction

---------- Forwarded message ----------
From: "**Stephen B. Levine MD**" <sbl2@case.edu>
Date: Mon, May 18, 2020 at 11:25 AM -0400
Subject: Re: inmate for Thursday step 1 evaluation
To: "Kocienda, Thomas" <Thomas.Kocienda@ct.gov>



-----Original Message-----
From: Stephen B. Levine
Sent: Sunday, May 17, 2020 5:56 PM
To: Kocienda, Thomas
Cc: Davis, Thomas
Subject: inmate for Thursday step 1 evaluation



| | |
|---|---|
| **From:** | Valletta, Gerald |
| **To:** | Cruz, Joslyn M |
| **Cc:** | Kocienda, Thomas |
| **Subject:** | RE: Nicholas Clark (AKA Veronica May Clark) #355139 |
| **Date:** | Tuesday, May 19, 2020 10:47:08 AM |
| **Attachments:** | image001.png |

General health wise, the inmate is healthy: Normal vitals; Normal exam; Normal labs. There are no acute medical conditions and no urgency to see the medical doctor.
The inmate has seen general surgery for a small umbilical hernia in 2018 – NO surgery recommended.
IM has seen endocrinology at UCHC for transgender management- last visit was February, 2020. IM has expressed dissatisfaction with the speed in which transition is taking place.

---

**From:** Cruz, Joslyn M <Joslyn.M.Cruz@ct.gov>
**Sent:** Tuesday, May 19, 2020 9:16 AM
**To:** Valletta, Gerald <Gerald.Valletta@ct.gov>
**Cc:** Kocienda, Thomas <Thomas.Kocienda@ct.gov>
**Subject:** Nicholas Clark (AKA Veronica May Clark) #355139

Dr. Valletta,

Would you be able to provide any information to the consultant listed below (Dr. Levine) regarding the inmate's medical status in the last year? She transferred to CCI in April and has not been seen by a physician here yet.

Thank you, Joslyn

**Joslyn Cruz, Ph.D.**
Supervising Psychologist 2
Sex Offender Treatment Program
Connecticut Department of Correction
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410
Joslyn.M.Cruz@ct.gov
(203) 651-6089

***Confidentiality Notice:*** *The information contained in this transmission may contain privileged and confidential information, including patient information protected by federal and state privacy laws. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.*



**From:** Broadley, Deborah <Deborah.Broadley@ct.gov>
**Sent:** Tuesday, May 19, 2020 9:08 AM
**To:** Cruz, Joslyn M <Joslyn.M.Cruz@ct.gov>
**Subject:** RE: inmate for Thursday step 1 evaluation

Hi Dr. Cruz,

Clark #355139 has not been seen in Cheshire Medical Unit. He was seen at other facilities so I would defer to their providers who may have more insight. It appears labs ordered by Dr. Valetta were mainly for managing the transitioning process as well as a possible hunger strike.

Sorry I can't be of more help.

Debbie

---

**From:** Cruz, Joslyn M <Joslyn.M.Cruz@ct.gov>
**Sent:** Monday, May 18, 2020 11:39 AM
**To:** Broadley, Deborah <Deborah.Broadley@ct.gov>
**Subject:** FW: inmate for Thursday step 1 evaluation

Hi Dr. Broadley,

Please see highlighted questions below regarding the inmate's **medical status** and advise on your response or respond directly to Dr. Levine. This is a consultant hired by AG for a lawsuit. You will see in the EHR I had the inmate sign an ROI for Dr. Levine prior to administration of psych testing.

Thank you, Joslyn

---

**From:** Kocienda, Thomas <Thomas.Kocienda@ct.gov>
**Sent:** Monday, May 18, 2020 11:34 AM
**To:** Cruz, Joslyn M <Joslyn.M.Cruz@ct.gov>
**Subject:** Fwd: inmate for Thursday step 1 evaluation

Hi Joslyn.

Can you see below and answer the questions you are able?  Thanks.

Thomas Kocienda, Psy.D.
Director of Behavioral Health Services
CT Department of Correction

---------- Forwarded message ----------

From: **"Stephen B. Levine MD"** <sbl2@case.edu>
Date: Mon, May 18, 2020 at 11:25 AM -0400
Subject: Re: inmate for Thursday step 1 evaluation
To: "Kocienda, Thomas" <Thomas.Kocienda@ct.gov>



```
-----Original Message-----
From: Stephen B. Levine
Sent: Sunday, May 17, 2020 5:56 PM
To: Kocienda, Thomas
Cc: Davis, Thomas
Subject: inmate for Thursday step 1 evaluation
```



| | |
|---|---|
| **From:** | Cruz, Joslyn M |
| **To:** | sbl2@case.edu |
| **Cc:** | Kocienda, Thomas |
| **Subject:** | FW: Nicholas Clark (AKA Veronica May Clark) #355139 |
| **Date:** | Tuesday, May 19, 2020 10:58:06 AM |

Dr. Levine,

Please see below message from the physician (Dr. Valletta) that treated Ms. Clark at the last correctional facility.

**From:** Valletta, Gerald <Gerald.Valletta@ct.gov>
**Sent:** Tuesday, May 19, 2020 10:47 AM
**To:** Cruz, Joslyn M <Joslyn.M.Cruz@ct.gov>
**Cc:** Kocienda, Thomas <Thomas.Kocienda@ct.gov>
**Subject:** RE: Nicholas Clark (AKA Veronica May Clark) #355139

General health wise, the inmate is healthy: Normal vitals; Normal exam; Normal labs. There are no acute medical conditions and no urgency to see the medical doctor.
The inmate has seen general surgery for a small umbilical hernia in 2018 – NO surgery recommended.
IM has seen endocrinology at UCHC for transgender management- last visit was February, 2020. IM has expressed dissatisfaction with the speed in which transition is taking place.

**From:** Cruz, Joslyn M <Joslyn.M.Cruz@ct.gov>
**Sent:** Tuesday, May 19, 2020 9:16 AM
**To:** Valletta, Gerald <Gerald.Valletta@ct.gov>
**Cc:** Kocienda, Thomas <Thomas.Kocienda@ct.gov>
**Subject:** Nicholas Clark (AKA Veronica May Clark) #355139

Dr. Valletta,

Would you be able to provide any information to the consultant listed below (Dr. Levine) regarding the inmate's medical status in the last year? She transferred to CCI in April and has not been seen by a physician here yet.

Thank you, Joslyn

**Joslyn Cruz, Ph.D.**
Supervising Psychologist 2
Sex Offender Treatment Program
Connecticut Department of Correction
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410
Joslyn.M.Cruz@ct.gov
(203) 651-6089

**From:** Broadley, Deborah <Deborah.Broadley@ct.gov>

**Sent:** Tuesday, May 19, 2020 9:08 AM
**To:** Cruz, Joslyn M <Joslyn.M.Cruz@ct.gov>
**Subject:** RE: inmate for Thursday step 1 evaluation

Hi Dr. Cruz,

Clark #355139 has not been seen in Cheshire Medical Unit. He was seen at other facilities so I would defer to their providers who may have more insight. It appears labs ordered by Dr. Valetta were mainly for managing the transitioning process as well as a possible hunger strike.

Sorry I can't be of more help.

Debbie

---------- Forwarded message ----------
From: "**Stephen B. Levine MD**" <sbl2@case.edu>
Date: Mon, May 18, 2020 at 11:25 AM -0400
Subject: Re: inmate for Thursday step 1 evaluation
To: "Kocienda, Thomas" <Thomas.Kocienda@ct.gov>



-----Original Message-----
From: Stephen B. Levine
Sent: Sunday, May 17, 2020 5:56 PM
To: Kocienda, Thomas
Cc: Davis, Thomas
Subject: inmate for Thursday step 1 evaluation



**From:** Valletta, Gerald
**To:** DiCesare, Dawn
**Subject:** FW: Nicholas Clark (AKA Veronica May Clark) #355139
**Date:** Friday, March 19, 2021 12:56:00 PM
**Attachments:** image001.png

---

**From:** Valletta, Gerald
**Sent:** Tuesday, May 19, 2020 10:47 AM
**To:** Cruz, Joslyn M <Joslyn.M.Cruz@ct.gov>
**Cc:** Kocienda, Thomas <Thomas.Kocienda@ct.gov>
**Subject:** RE: Nicholas Clark (AKA Veronica May Clark) #355139

General health wise, the inmate is healthy: Normal vitals; Normal exam; Normal labs. There are no acute medical conditions and no urgency to see the medical doctor.
The inmate has seen general surgery for a small umbilical hernia in 2018 – NO surgery recommended.
IM has seen endocrinology at UCHC for transgender management- last visit was February, 2020. IM has expressed dissatisfaction with the speed in which transition is taking place.

---

**From:** Cruz, Joslyn M <Joslyn.M.Cruz@ct.gov>
**Sent:** Tuesday, May 19, 2020 9:16 AM
**To:** Valletta, Gerald <Gerald.Valletta@ct.gov>
**Cc:** Kocienda, Thomas <Thomas.Kocienda@ct.gov>
**Subject:** Nicholas Clark (AKA Veronica May Clark) #355139

Dr. Valletta,

Would you be able to provide any information to the consultant listed below (Dr. Levine) regarding the inmate's medical status in the last year? She transferred to CCI in April and has not been seen by a physician here yet.

Thank you, Joslyn

**Joslyn Cruz, Ph.D.**
Supervising Psychologist 2
Sex Offender Treatment Program
Connecticut Department of Correction
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410
Joslyn.M.Cruz@ct.gov
(203) 651-6089

***Confidentiality Notice:*** *The information contained in this transmission may contain privileged and confidential information, including patient information protected by federal and state privacy laws. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution, or duplication of this communication*

*is strictly prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message.*



**From:** Broadley, Deborah <<u>Deborah.Broadley@ct.gov</u>>
**Sent:** Tuesday, May 19, 2020 9:08 AM
**To:** Cruz, Joslyn M <<u>Joslyn.M.Cruz@ct.gov</u>>
**Subject:** RE: inmate for Thursday step 1 evaluation

Hi Dr. Cruz,

Clark #355139 has not been seen in Cheshire Medical Unit. He was seen at other facilities so I would defer to their providers who may have more insight. It appears labs ordered by Dr. Valetta were mainly for managing the transitioning process as well as a possible hunger strike.

Sorry I can't be of more help.

Debbie

---

**From:** Cruz, Joslyn M <<u>Joslyn.M.Cruz@ct.gov</u>>
**Sent:** Monday, May 18, 2020 11:39 AM
**To:** Broadley, Deborah <<u>Deborah.Broadley@ct.gov</u>>
**Subject:** FW: inmate for Thursday step 1 evaluation

Hi Dr. Broadley,

Please see highlighted questions below regarding the inmate's **medical status** and advise on your response or respond directly to Dr. Levine. This is a consultant hired by AG for a lawsuit. You will see in the EHR I had the inmate sign an ROI for Dr. Levine prior to administration of psych testing.

Thank you, Joslyn

---

**From:** Kocienda, Thomas <<u>Thomas.Kocienda@ct.gov</u>>
**Sent:** Monday, May 18, 2020 11:34 AM
**To:** Cruz, Joslyn M <<u>Joslyn.M.Cruz@ct.gov</u>>
**Subject:** Fwd: inmate for Thursday step 1 evaluation

Hi Joslyn.

Can you see below and answer the questions you are able?  Thanks.

Thomas Kocienda, Psy.D.
Director of Behavioral Health Services
CT Department of Correction


---------- Forwarded message ----------
From: **Stephen B. Levine MD**" <sbl2@case.edu>
Date: Mon, May 18, 2020 at 11:25 AM -0400
Subject: Re: inmate for Thursday step 1 evaluation
To: "Kocienda, Thomas" <Thomas.Kocienda@ct.gov>