**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

**VERONICA-MAY CLARK,**

      **Plaintiff,**

**v.**

**ANGEL QUIROS, DR. GERALD**
**VALETTA, RICHARD BUSH, and**
**BARBARA KIMBLE-GOODMAN,**

      **Defendants.**

**Case No. 3:19-cv-575-VLB**

**January 23, 2023**

<u>**Plaintiff's Corrected Motion to Seal**</u>

      **In accordance with the Court's directive, ECF No. 182, Plaintiff submits this Corrected Motion to Seal to ensure that the redactions she requested in publicly docketed exhibits correspond to those requested in her motion to seal, and to align the redacted and corresponding unredacted versions of each document. Plaintiff appreciates the opportunity to ensure the record is clear and states the following in support of this Motion:**

1. **Plaintiff filed her original Motion to Seal on April 14, 2022. ECF No. 134. In that motion, Plaintiff asked that the Court seal selected portions of exhibits containing discussions of sexual violence, her religious belief, descriptions of her genitalia or its functioning, her sexuality or sexual orientation, family history, irrelevant medical conditions, and her medical records.**

2. **Plaintiff hereby <u>withdraws</u> her request to seal selected portions concerning religious belief or family history. These redactions affected only two**

paragraphs of a single exhibit: ECF No. 133-3 (Ex. 1, Report of Dr. George Brown), paras. 12 and 158. Upon further review, Plaintiff agrees that the information in those two paragraphs does not reach the sealing threshold.

3. Plaintiff maintains her remaining requests—to seal discussions of sexual violence, descriptions of her genitalia or its functioning, her sexuality or sexual orientation, irrelevant medical conditions, and her medical records. Plaintiff has also redacted Ms. Clark's date of birth, in accordance with ECF filing requirements. <u>A complete list of every redaction Plaintiff requests, along with the reason for each request, can be found below.</u>

4. In addition, Plaintiff is filing corrected versions of several exhibits to ensure they match the redactions requested in this motion, and to ensure that the versions filed under seal are otherwise identical.[1]

5. With these corrections, (a) all redactions requested correspond to those in the publicly docketed versions, and (b) the redacted and corresponding unredacted versions of each document are aligned.

6. Finally, Plaintiff notes that the Court has asked for unredacted copies of ECF No. 133-17 (Exhibit 15) and ECF No. 133-24 (Exhibit 22). Plaintiff is unable to provide these, as the redactions in those exhibits were made by Defendants during discovery. Plaintiff docketed these exhibits exactly as produced to her by Defendants. She has not made any redactions to them.

7. The complete list of redactions Plaintiff requests is as follows:

---

[1] For example, some of the exhibits filed under seal contained deposition exhibit stickers and/or errata that did not appear in the redacted versions. This is fixed.

| ECF NO. (Ex. No.) | Redactions | Reason |
|---|---|---|
| ECF No. 133-3 (Ex. 1, Report of George Brown) | para. 1 | date of birth redacted in accordance with ECF |
| | para. 10 | descriptions of genitalia or its functioning; sexuality or sexual orientation |
| | para. 11 | irrelevant medical conditions |
| | para. 15 | sexuality or sexual orientation |
| | para. 16 | discussions of sexual violence |
| | para. 22 | discussions of sexual violence |
| | para. 25 | descriptions of genitalia or its functioning |
| | para. 26 | discussions of sexual violence |
| | para. 27 | discussions of sexual violence |
| | para. 28 | discussions of sexual violence |
| | para. 32 | descriptions of genitalia or its functioning |
| | para. 35 | sexuality or sexual orientation |
| | para. 55 | discussions of sexual violence |
| | para. 56 | sexuality or sexual orientation |
| | para. 74 | irrelevant medical conditions |
| | para. 75 | irrelevant medical conditions |
| | para. 85 | discussions of sexual violence |
| ECF No. 133-4 (Ex. 2, Deposition Transcript of DOC's Fed. R. Civ. 30(b) (6) Witness) | p. 179 (Ex. 2) | medical records |
| ECF No. 133-5 (Ex. 3, Deposition Transcript of Dr. George Brown) | 45:13-16 | irrelevant medical conditions |
| | 46:2-4, 6-7, 11, 13, 14-18 | irrelevant medical conditions |
| | 47:4, 22-23 | irrelevant medical conditions |
| | 49:6-7, 9, 11-12, 14 | irrelevant medical conditions |
| | 92:2, 4-6, 11-15 | descriptions of genitalia or its functioning |
| | 93:9-14, 16-21 | descriptions of genitalia or its functioning |
| | 94:1-2, 4-7 | descriptions of genitalia or its functioning |
| | 97:17-19, 21-25 | sexuality or sexual orientation |
| | 98:1-17 | sexuality or sexual orientation |
| | 100:22-101:1 | irrelevant medical conditions |
| | 101:12-19 | irrelevant medical conditions |
| | 102:4-6 | irrelevant medical conditions |
| | 125:19-22 | irrelevant medical conditions |
| | 141:14-24 | sexuality or sexual orientation |
| | 142:3-21 | sexuality or sexual orientation |
| | 143:17-24 | sexuality or sexual orientation |
| | 144:3-5 | sexuality or sexual orientation |
| | 144:11-17 | sexuality or sexual orientation |
| | 151:11-12 | discussions of sexual violence |
| | 152:6-16, 19-21 | discussions of sexual violence |

| | | |
|---|---|---|
| | 187:13-25 | descriptions of genitalia or its functioning |
| | 188:1-10, 12-25 | descriptions of genitalia or its functioning |
| | 189:1-9, 11-17, 19-21, 23 | descriptions of genitalia or its functioning |
| | 190:1-9 | descriptions of genitalia or its functioning |
| | 190:13-23, 25 | descriptions of genitalia or its functioning |
| | 191: 1-9, 13-14, 16-17, 19-21, 23-25 | descriptions of genitalia or its functioning |
| | 192: 1-5, 7-9, 11, 13-16 | descriptions of genitalia or its functioning |
| | 223: 6-9, 11-13 | discussions of sexual violence |
| | 224: 3-4, 11-12,15-23 | sexuality or sexual orientation |
| | 225: 1-3, 6-8, 25 | sexuality or sexual orientation |
| | 233: 24-25 | sexuality or sexual orientation |
| | 234: 1-14 | sexuality or sexual orientation |
| ECF No. 133-7 (Ex. 5, Deposition Transcript of Ms. Veronica-May Clark) | 9:19 | date of birth redacted in accordance with ECF |
| | 10:4-13 | sexuality or sexual orientation |
| | 16:15-18 | discussions of sexual violence |
| | 16:20-17:2 | discussions of sexual violence |
| | 17:4-8 | discussions of sexual violence |
| | 23:17-20 | sexuality or sexual orientation |
| | 24:1-16 | sexuality or sexual orientation |
| | 27:8-17 | irrelevant medical conditions |
| | 29:2-7 | irrelevant medical conditions |
| | 29:11-30:1 | irrelevant medical conditions |
| | 30:13-17 | irrelevant medical conditions |
| | 33:17-19 | irrelevant medical conditions |
| | 36:11-16 | descriptions of genitalia or its functioning |
| | 38:5-14 | sexuality or sexual orientation |
| | 54:2-55:9 | sexuality or sexual orientation |
| | 57:16-59:1 | irrelevant medical conditions |
| | 59:13-14, 16 | irrelevant medical conditions |
| | 62:20-25 | irrelevant medical conditions |
| | 63:12-14 | sexuality or sexual orientation |
| | 119:15-120:6 | descriptions of genitalia or its functioning |
| | 121:16-18, 20-22 | descriptions of genitalia or its functioning |
| | 124:11-125:8 | discussions of sexual violence |
| | 125:11-16 | discussions of sexual violence |
| | 126:2-4 | descriptions of genitalia or its functioning |
| | 131:25-133:14 | sexuality or sexual orientation |
| | 155:17-157:25 | sexuality or sexual orientation |

| | 158:18-20, 22-23 | sexuality or sexual orientation |
|---|---|---|
| | 158:25-159:1 | sexuality or sexual orientation |
| | 159:3-4 | sexuality or sexual orientation |
| **ECF No. 133-9 (Ex. 7, Ms. Clark's Medical Records)** | **[entire document]** | **medical records** |
| **ECF No. 133-11 (Ex. 9, Deposition Transcript of Dr. Gerald Valetta)** | **pp. 289 (Ex. 1), 297 (Ex. 7), 298-300 (Ex. 8), 305-307 (Ex. 11), 308-309 (Ex. 12), 310 (Ex. 13), 311 (Ex. 16)** | **medical records** |
| **ECF No. 133-12 (Ex. 10, Deposition Transcript of Dr. Craig Burns)** | **p. 88 (Ex. 3)** | **medical records** |
| **ECF No. 133-17 (Ex. 15, July 2016 Emails re. Code Purple)** | **No redactions - document previously redacted by Defendants** | |
| **ECF No. 133-20 (Ex. 18, Deposition Transcript of Barbara Kimble-Goodman)** | **pp. 132 (Ex. 1), 133 (Ex. 2), 134 (Ex. 3), 135-137 (Ex. 4)** | **medical records** |
| **ECF. No. 133-22 (Ex. 20, Deposition Transcript of Richard Bush)** | **pp. 93-95 (Ex. 2), 98 (Ex. 4),  99-101 (Ex. 5), 102 (Ex. 6)** | **medical records** |
| **ECF No. 133-24 (Ex. 22, September 2018 Emails re. MH Score)** | **No redactions - document previously redacted by Defendants** | |

8.  In support of her request to seal the above portions of selected exhibits,

Plaintiff reiterates the following:

Sealing is appropriate where "necessary to preserve higher values,"

and the portions sealed are "narrowly tailored to achieve that aim."

*Lugosch v. Pyramid Co. of Onondaga*, 435 F.3d 110, 124 (2d Cir. 2006).

*Accord* D. Conn. Local R. 5(b)(3). In the case of intensely private

information such as medical records and information about preexisting

conditions not at issue in the dispute between the parties, a person's

privacy interests comprise a sufficiently weighty interest to overcome the

presumption of normal filing. *Id.* at 120; *see also Wheeler-Whichard v. Doe*,

No. 10-cv-0358S, 2010 WL 3395288, at *7 (W.D.N.Y. Aug. 25, 2010) (granting

sealing, and explaining that "district courts routinely file medical records

under seal . . . to protect plaintiff's privacy interests"); *Garcia v. Univ. of

Conn. Health Care Ctr.*, No. 16-cv-852, 2018 WL 745900, at *2 (D. Conn. Feb.

7, 2018) (same for mental health care records).

The portions of the exhibits revealing delicate information about Ms.

Clark's genitals, *see Shukla v. Deloitte Consulting LLP*, No. 19-cv-10578,

2020 WL 8512844, at *1 (S.D.N.Y. Nov. 19, 2020) (sealing sexually explicit

pictures of the plaintiff), and sexuality or sexual orientation are, similarly,

data so highly sensitive as to merit shielding from the public. *See Next

Phase Distribution, Inc. v. Does 1-138*, No. 11-cv-9706, 2012 WL 691830, at

*2 (S.D.N.Y. Mar. 1, 2012) (sealing putative defendants' identifying details

where allegations that they downloaded pornography reveal information

about their sexualities of a "highly sensitive nature"); *Doe v. United Servs. Life Ins. Co.*, 123 F.R.D. 437, 439 (S.D.N.Y. 1988) (collecting cases attesting to courts' ability to safeguard "privacy in a very private matter" and sealing plaintiff's name at a time when being identified as gay bore significant risks to one's reputation and personal safety).

Finally, Ms. Clark does not seek to seal entire swaths of records due to their containing information about sexual violence, but targeted portions in which either an evaluator, or defense counsel, probed for details that are otherwise irrelevant to her claims. Courts have found broader sealing of entire records to be appropriate to protect the privacy of sex assault victims, *see Najera v. Lilley*, No. 21-cv-7190, 2022 WL 515660, at *2 (S.D.N.Y. Jan. 14, 2022) (collecting cases); the narrower sealing that Ms. Clark seeks here readily passes muster.

9. Lastly: Defendants filed some of the same exhibits that Plaintiff did. Two of these exhibits are affected by the redactions Plaintiff requests here. If the Court agrees that portions of Plaintiff's exhibits should be sealed, Plaintiff requests that it direct Defendants to redact the corresponding portions of Defendants' exhibits as well. The two exhibits affected are:

- ECF No. 128-13 (Ex. K, Deposition Transcript of Plaintiff). This is the same as Plaintiff's ECF No. 133-7 (Ex. 5, Deposition Transcript of Ms. Veronica-May Clark). Defendants filed ECF No. 128-13 with no redactions. Therefore, Plaintiff requests the same redactions to ECF No. 128-13 that she has requested for ECF No. 133-7.

- **ECF No. 128-14 (Ex. L, Excerpt of Deposition Transcript of Dr. George Brown). This contains excerpts from ECF No. 133-5 (Ex. 3, Deposition Transcript of Dr. George Brown). Plaintiff requests the following redactions to ECF No. 128-14, which correspond to those requested for ECF No. 133-5: 189:1-9, 11-17, 19-21, 23; 190:1-9, 13-23, 25; 191: 1-9, 13-14, 16-17, 19-21, 23-25; 192: 1-5, 7-9, 11, 13-16.**

 

**Respectfully submitted,**

**By: /s/ Elana Bildner**
    **Elana Bildner (ct30379)**
    **Dan Barrett (ct29816)**
    **ACLU Foundation of Connecticut**
    **765 Asylum Avenue**
    **Hartford, CT 06105**
    **Tel: (860) 471-8475**
    **E-mail: ebildner@acluct.org**

*Attorneys for Plaintiff Veronica-May Clark*