UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VERONICA-MAY (neé NICHOLAS) CLARK,<br><br>    Plaintiff,<br><br>v.<br><br>ANGEL QUIROS, DR. GERALD VALETTA, RICHARD BUSH, and BARBARA KIMBLE-GOODMAN,<br><br>    Defendants. | Case No. 3:19-cv-575-VLB<br><br><br><br>OCTOBER 10, 2023 |

## NOTICE OF APPEAL

Defendants Valetta, Bush, and Kimble-Goodman hereby give notice that they appeal to the United States Court of Appeals for the Second Circuit from this District Court's Order (Doc. 194) that denies Defendants' Motion for Summary judgment (Doc. 128).  *See* (Doc. 194). Defendants Valetta, Bush, and Kimble-Goodman are the parties taking the appeal.

Undersigned counsel are admitted to the United States Court of Appeals for the Second Circuit and are counsel for Defendants Valetta, Bush, and Kimble-Goodman.

           Respectfully submitted,

           DEFENDANTS:
           Angel Quiros, Et Al.,

           WILLIAM TONG
           ATTORNEY GENERAL


BY:  /s/ Terrence M. O'Neill
    Terrence M. O'Neill
    Assistant Attorney General
    Federal Bar No. ct10835

        110 Sherman Street
        Hartford, CT  06105
        Tel.: (860) 808-5450
        Fax: (860) 808-5591
        terrence.oneill@ct.gov

BY: /s/ James M. Belforti
James M. Belforti
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct30449
E-Mail: james.belforti@ct.gov
Tel.: (860) 808-5450
Fax: (860) 808-5591

BY: /s/ Janelle R. Medeiros
Janelle R. Medeiros
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct30514
E-Mail: janelle.medeiros@ct.gov
Tel.: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

    I hereby certify that on October 10, 2023, a copy of the foregoing was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

        /s/ Janelle R. Medeiros
        Janelle R. Medeiros
        Assistant Attorney General