UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VERONICA-MAY CLARK,<br><br>      *Plaintiff*,<br><br>v.<br><br>ANGEL QUIROS, DR. GERALD VALLETTA, RICHARD BUSH, and BARBARA KIMBLE-GOODMAN,<br><br>      *Defendants*. | Case No. 3:19-cv-575-VAB<br><br>June 10, 2024 |

## MOTION FOR WRIT OF HABEAS CORPUS *AD TESTIFICANDUM*

Plaintiff Veronica-May Clark, by and through her undersigned attorneys, hereby moves this Court to enter a Writ of Habeas Corpus *Ad Testificandum*, attached hereto as Exhibit A, to permit Ms. Clark to attend and be present at the hearing scheduled for July 8, 2024.

                Respectfully submitted,

                /s/ Daniel S. Noble
                Daniel S. Noble
                Krieger Lewin LLP
                350 Fifth Avenue
                New York, New York 10118
                Tel: (212) 390-9555
                Daniel.Noble@kriegerlewin.com

                /s/ Elana Bildner
                Elana Bildner
                Sapana Anand
                Dan Barrett
                American Civil Liberties Union
                Foundation of Connecticut
                765 Asylum Avenue, 2nd Floor
                Hartford, CT 06105
                Tel: (860) 471-8475
                ebildner@acluct.org

/s/ Matthew B. Danzer
Matthew B. Danzer
Evan I. Cohen
Kelsey A. Powderly
Finn Dixon & Herling LLP
Six Landmark Square, Suite 600
Stamford, CT 06901
Tel: (203) 325-5000
mdanzer@fdh.com

*Attorneys for Plaintiff Veronica-May Clark*