UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VERONICA-MAY CLARK,<br><br>     *Plaintiff*,<br><br>v.<br><br>ANGEL QUIROS, DR. GERALD VALETTA, RICHARD BUSH, and BARBARA KIMBLE-GOODMAN,<br><br>     *Defendants*. | Case No. 3:19-cv-575-VLB<br><br><br><br>June 14, 2024 |

### PLAINTIFF'S UNOPPOSED MOTION TO MODIFY HEARING SCHEDULE

Plaintiff Veronica-May Clark, by and through her undersigned counsel, respectfully moves this Court to modify the hearing schedule in this case in order to permit one of her witnesses to testify on July 10, 2024. Defendants do not object to this request. In support of this motion, Ms. Clark states the following:

1. The Court has scheduled a hearing on Ms. Clark's request for a permanent injunction for July 8 and, if necessary, July 11 and 12, 2024. The Court is not currently scheduled to hear evidence on July 10.

2. Ms. Clark's expert witness, Dr. George Brown, has informed undersigned counsel that he has a long-scheduled deposition on July 8 and will be traveling on July 11 and 12. Accordingly, Dr. Brown is unavailable to testify on the dates that the Court has scheduled to hear evidence.

3. Dr. Brown is available to testify on July 10, 2024. Because Dr. Brown lives in Tennessee and has pre-planned travel on July 11, he has requested that he be permitted to testify remotely. Defendants do not object to Dr. Brown testifying remotely.

4.      Counsel for Ms. Clark anticipates that Dr. Brown's testimony, including cross-examination, will take approximately two hours (or less).

WHEREFORE, Ms. Clark respectfully requests that the Court permit her expert witness, Dr. George Brown, to testify remotely on July 10.

Respectfully submitted,

/s/ Daniel S. Noble
Daniel S. Noble
Krieger Lewin LLP
350 Fifth Avenue, 77th Floor
New York, New York 10118
Tel: (212) 390-9555
daniel.noble@kriegerlewin.com

/s/ Elana Bildner
Elana Bildner
Sapana Anand
Dan Barrett
American Civil Liberties Union
Foundation of Connecticut
765 Asylum Avenue, 2nd Floor
Hartford, CT 06105
Tel: (860) 471-8475
ebildner@acluct.org

/s/ Matthew B. Danzer
Matthew B. Danzer
Evan I. Cohen
Kelsey A. Powderly
Finn Dixon & Herling LLP
Six Landmark Square, Suite 600
Stamford, CT 06901
Tel: (203) 325-5000
mdanzer@fdh.com

*Attorneys for Veronica-May Clark*
