UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VERONICA-MAY CLARK,<br><br>                 *Plaintiff*,<br><br>v.<br><br>ANGEL QUIROS, DR. GERALD VALETTA, RICHARD BUSH, and BARBARA KIMBLE-GOODMAN,<br><br>                 *Defendants*. | Case No. 3:19-cv-575-VLB<br><br><br><br>June 20, 2024 |

**MOTION FOR LAW STUDENT TO APPEAR**

**STUDENT CERTIFICATION**

I hereby certify as follows:

      1. I am a law student enrolled in good standing at Columbia Law School in New York, and have completed legal studies amounting to at least two semesters of credit or the equivalent.

      2. I am not employed or compensated by the client.

WHEREFORE I do respectfully request approval of the Court to appear in this matter on behalf of Veronica-May Clark under the supervision of Elana Bildner of the ACLU Foundation of Connecticut, subject to the provisions of District of Connecticut Local Rule of Civil Procedure 83.9.

6-20-2024
Date:

Serra Tickey
Law Student Intern

1

**CLIENT CONSENT**

I, Veronica-May Clark, hereby consent to the appearance on my behalf of Serra Tickey to provide legal service and appear in court or administrative tribunals for me in the above-captioned matter under the supervision of Elana Bildner.

_6-17-2024_
Date:

_Veronica-May Clark_ (signature)
Veronica-May Clark

**CONSENT OF SUPERVISING ATTORNEY**

I, hereby certify that I am a member of the United States District Court for the District of Connecticut; that I assume professional responsibility for the work of Serra Tickey as a law student intern; that I will assist the student to the extent necessary; and that I will appear with the student in all proceedings before the Court.

_6-20-2024_
Date:

_ES Bildner_ (signature)
Elana Bildner
ACLU Foundation of Connecticut
765 Asylum Avenue, 2nd Floor
Hartford, CT 06105
(860) 471-8475
ebildner@acluct.org

Appearance Approved:

_____
United States District Judge Victor Bolden

_____
Date: