UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VERONICA-MAY CLARK,<br><br>*Plaintiff*,<br>v.<br>ANGEL QUIROS, DR. GERALD VALETTA, RICHARD BUSH, and BARBARA KIMBLE-GOODMAN,<br><br>*Defendants*. | Case No. 3:19-cv-575-VAB<br><br><br><br>June 21, 2024 |

## **PLAINTIFF VERONICA-MAY CLARK'S EXHIBIT LIST**

Pursuant to the Court's May 29, 2024 Order, ECF 230, plaintiff, Veronica-May Clark hereby submits her list of exhibits as follows:

### **LIST OF EXHIBITS:**

| Exhibit No. | Exhibit |
|---|---|
| PX 1 | *Clark v. Quiros, et al.*, Case No. 19-cv-575, Memorandum of Decision on Cross-Motions for Summary Judgment and Motion for Leave to Supplement, dated September 15, 2023 |
| PX 2 | Deposition transcript of Veronica-May Clark taken November 10, 2021 |
| PX 3 | Deposition transcript of Richard Bush taken November 12, 2021 |
| PX 4 | Deposition transcript of Gerald Valetta taken November 15, 2021 |
| PX 5 | Deposition transcript of Barbara Kimble-Goodman taken December 2, 2021 |
| PX 6 | Deposition transcript of Dr. Craig Burns (Combined 30(b)(6) and personal) taken February 16, 2022 |
| PX 7 | Deposition transcript of Stephen B. Levine, M.D. taken March 9, 2022 |
| PX 8 | Expert Report of Dr. George Brown, dated November 10, 2021 |
| PX 9 | Expert report of Stephen Levine – as originally produced |

| Exhibit No. | Exhibit |
|---|---|
| PX 10 | Expert report of Stephen Levine – as produced after deposition in 3/2022 |
| PX 11 | Expert report of Stephen Levine – addendum as produced after motion to compel |
| PX 12 | July 2016 Emails re: Code Purple |
| PX 13 | Suicide Attempt and Self Injury Summary Data Sheet Emails |
| PX 14 | Letter from Ted Olds et al to Dr. Berger |
| PX 15 | E-mails between Levine and Kocienda |
| PX 16 | Emails re ICC referral, March 2023 |
| PX 17 | July 2019 Emails between Andrea Reischerl and Craig Burns; |
| PX 18 | WPATH Standards of Care, Version 8 |
| PX 19 | WPATH Standards of Care, Version 7 |
| PX 20 | DOC Contract with Health Management Associates (Effective 4/1/2020) |
| PX 21 | Health Management Associates Inmates Medical Services Assessment (February 25, 2021) |
| PX 22 | GNC Consultant Competitive Bidding Waiver Request |
| PX 23 | Twin Peaks Counseling Contract (Effective 11/1/2021) |
| PX 24 | Bachmann Progress Note, Diagnosis and Treatment Plan, Mental Status Exam, and Psychotherapy Note |
| PX 25 | Declaration of Veronica May-Clark dated May 5, 2022 |
| PX 26 | AD 8.17 (as of 2018) |
| PX 27 | AD 8.17 (as of 2023) |
| PX 28 | AD 8.17 (as of 2024) |
| PX 29 | Veronica-May Clark's Medical Records |
| PX 30 | Veronica-May Clark's Grievances |
| PX 31 | Veronica-May Clark Journal Excerpts |

PLAINTIFF
VERONICA-MAY CLARK


By: /s/ Daniel S. Noble
Daniel S. Noble (ct31089)
Krieger Lewin LLP
350 Fifth Avenue
New York, New York 10118
Tel: (212) 390-9555
E-mail: Daniel.Noble@kriegerlewin.com

By: /s/ Matthew B. Danzer
Matthew B. Danzer (ct30740)
Evan I. Cohen (ct29799)
Kelsey A. Powderly (ct30855)
FINN DIXON & HERLING LLP
Six Landmark Square
Stamford, CT 06901-2704
Tel: (203) 325-5000
Fax: (203) 325-5001
E-mail: mdanzer@fdh.com

By: /s/ Elana Bildner
Elana Bildner (ct30379)
Dan Barrett (ct29816)
Sapana Anand (ct31422)
ACLU Foundation of Connecticut
765 Asylum Avenue, 2nd Floor
Hartford, CT 06105
Tel: (860) 471-8475
E-mail: ebildner@acluct.org

*Attorneys for Plaintiff Veronica-May Clark*