UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VERONICA-MAY CLARK,<br><br>*Plaintiff*,<br><br>v.<br><br>ANGEL QUIROS, DR. GERALD VALETTA, RICHARD BUSH, and BARBARA KIMBLE-GOODMAN,<br><br>*Defendants*. | Case No. 3:19-cv-575-VLB<br><br><br><br>July 1, 2024 |

**MOTION FOR PLAINTIFF TO BE
UNSHACKLED IN THE COURTROOM**

Plaintiff Veronica-May Clark, by and through her undersigned counsel, hereby moves for an order requiring the State to unshackle her during courtroom proceedings. There is no specific need to shackle Ms. Clark in the courtroom as she has not engaged in behavior suggesting she is a threat to the courtroom or its occupants. Plaintiff's counsel requested Defendants' counsel's position on this motion and were informed that Defendant leaves matters of courtroom security to the Court and the US Marshal.

Respectfully submitted,

/s/ Elana Bildner
Elana Bildner
Sapana Anand
Dan Barrett
American Civil Liberties Union
Foundation of Connecticut
765 Asylum Avenue, 2nd Floor
Hartford, CT 06105
(860) 471-8475
ebildner@acluct.org

1

2

/s/ Daniel S. Noble
Daniel S. Noble
Krieger Lewin LLP
350 Fifth Avenue, 77th Floor
New York, New York 10118
(212) 390-9555
daniel.noble@kriegerlewin.com


/s/ Matthew B. Danzer
Matthew B. Danzer
Evan I. Cohen
Kelsey A. Powderly
Finn Dixon & Herling LLP
Six Landmark Square, Suite 600
Stamford, CT 06901
(203) 325-5000
mdanzer@fdh.com

*Counsel for Veronica-May Clark*

2