UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VERONICA-MAY CLARK,<br><br>     *Plaintiff*,<br>  v.<br>ANGEL QUIROS, DR. GERALD VALETTA, RICHARD BUSH, and BARBARA KIMBLE-GOODMAN,<br>     *Defendants*. | Case No. 3:19-cv-575-VAB<br><br><br><br>July 3, 2024 |

## PLAINTIFF VERONICA-MAY CLARK'S AMENDED WITNESS LIST

Pursuant to the Court's May 29, 2024 Order, ECF 230, plaintiff, Veronica-May Clark hereby submits her amended list of witnesses as follows:

## LIST OF WITNESSES:

Plaintiff intends to call the following witnesses:

1. Veronica-May Clark, Cheshire Correctional Institute, 900 Highland Avenue, Cheshire, Connecticut 06410. Ms. Clark will testify as to her experiences seeking medical care for gender dysphoria while in DOC, and the impact that DOC's failures to treat her since 2016 have had on her. The estimated length of her direct and cross-examination testify is 2 hours.

2. Dayne Romano, Twin Peaks Counseling, LLC, Derby, Connecticut 06418. Mr. Romano (formerly Bachmann) was a treating provider at the relevant time. He will testify as to Ms. Clark's treatment needs, his treatment of her, and his interactions with DOC. The estimated length of his direct and cross-examination testimony is 1.5 hours.

3. Kathryn S. Tierney, MSN, APRN, FNP-BC, FAANP, Middlesex Health Multi-Specialty Group – Endocrinology, 540 Saybrook Road, Suite 210, Middletown, Connecticut 06457. Ms. Tierney is a treating provider. She will testify as to Ms. Clark's treatment needs, her treatment of Ms. Clark, and her interactions with DOC. The estimated length of her direct and cross-examination testify is 1.5 hours.

4. Dr. George R. Brown (plaintiff's expert witness), East Tennessee State University, P.O. Box 70567, Johnson City, Tennessee 37614. Dr. Brown will opine that Plaintiff Veronica-May Clark's longstanding diagnosis of DSM-5 Gender Dysphoria constitutes a serious medical condition, and that Defendants provided her with inadequate, substandard medical, psychiatric, and surgical care for despite knowledge of her diagnosis and its severity. Dr. Brown will opine that this lack of access to basic, medically necessary services for the Plaintiff's gender dysphoria violated reasonable standards of care for transgender inmates. Dr. Brown is board-certified in Psychiatry and has 35 years of experience in the clinical evaluation and treatment of people with gender dysphoria. Moreover, for nearly 40 years, Dr. Brown has researched, published, and taught on incarcerated persons with gender dysphoria. In addition to his institutional expertise, Dr. Brown based his opinion on an extensive review of records provided by counsel, relevant literature, and a four-hour interview with Plaintiff. Dr. Brown's expert report and materials relied on was previously filed with this Court under seal, *see* ECF 133-3. Recently, Dr. Brown conducted another hour-long interview with Plaintiff and reviewed her updated medical records. The estimated length of his direct and cross-examination testimony is 1-2 hours.

5. Laura Saunders, PsyD, ABPP, Director, Center for Gender Health, Hartford HealthCare, 200 Retreat Avenue, Hartford, CT 06106. Dr. Saunders will testify about Hartford Healthcare's contract with DOC regarding treatment of individuals

with gender dysphoria and her interactions with DOC personnel relating to the treatment of Ms. Clark. The estimated length of her testimony is one hour.

PLAINTIFF
VERONICA-MAY CLARK

By: /s/ Daniel S. Noble
Daniel S. Noble (ct31089)
Krieger Lewin LLP
350 Fifth Avenue
New York, New York 10118
Tel: (212) 390-9555
E-mail: Daniel.Noble@kriegerlewin.com

By: /s/ Matthew B. Danzer
Matthew B. Danzer (ct30740)
Evan I. Cohen (ct29799)
Kelsey A. Powderly (ct30855)
FINN DIXON & HERLING LLP
Six Landmark Square
Stamford, CT 06901-2704
Tel: (203) 325-5000
Fax: (203) 325-5001
E-mail: mdanzer@fdh.com

By: /s/ Elana Bildner
Elana Bildner (ct30379)
Dan Barrett (ct29816)
Sapana Anand (ct31422)
ACLU Foundation of Connecticut
765 Asylum Avenue, 2nd Floor
Hartford, CT 06105
Tel: (860) 471-8475
E-mail: ebildner@acluct.org

*Attorneys for Plaintiff Veronica-May Clark*