**UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT**
## CIVIL JURY/BENCH TRIAL MINUTES

Date: 7/8/2024

Clark

Vs.

Cook et al

Start Time: 9:11   End Time: 4:49
Recess (if more than ½ hr): 12:01 to 1:08
Total Time: 5 hour(s) 49 minute(s)

Case #: 3:19-cv-00575
Honorable Judge: Victor A. Bolden
Deputy Clerk: L. Barry
Counsel for Pla(s): Bildner, Danzer, Powderly, Noble
Counsel for Dft(s): Medeiros, Belforti, O'Neill
Reporter/ECRO/Courtsmart: Heather Ireland
Interpreter: N/A   Language: ____

### JURY TRIAL
☐ Jury trial begun
☐ Jury of _____ reported.  ☐ Jury sworn  ☐ Jury remains under oath
☐ Juror # _____ excused
☐ Jury trial held   ☐ Jury trial continued until _____ at _____
☐ Plaintiff(s) rests   ☐ Defendant(s) rests
☐ Summations held   ☐ Court's charge to the jury
☐ All full exhibits  ☐ Verdict form  ☐ Interrogatories given to jury
☐ Jury commences deliberations on _____ at _____
☐ Court ORDERS jury to be fed at government expense; bill w/copy of jury sign-in sheet to Finance Dept.
☐ Copy of minutes and jury sign-in sheet given to Jury Clerk

### BENCH TRIAL
■ Bench trial begun
■ Bench trial held   ■ Bench trial continued until 07/12/20 at 9:00 A. M.
☐ Plaintiff (s) rests   ☐ Defendant(s) rests
☐ Bench trial concluded   ☐ DECISION RESERVED

### MOTIONS
☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ taken under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement
☐ ORAL Motion _____ filed by ☐ Pla ☐ Dft ☐ granted ☐ denied ☐ under advisement

☐ See page 2 for Notes and/or Verdict

Rev. 4/11/24

**VERDICT**

☐ Court declares a MISTRIAL
☐ Verdict form filed
☐ VERDICT:

☐ Court accepts verdict and orders verdict verified and recorded
☐ Jury polled

**NOTES**

Rev. 4/11/24