UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VERONICA-MAY CLARK,<br><br>  Plaintiff,<br><br>v.<br><br>ANGEL QUIROS, DR. GERALD VALLETTA, RICHARD BUSH, and BARBARA KIMBLE-GOODMAN,<br><br>  Defendants. | Case No. 3:19-cv-575-VAB<br><br><br><br>July 15, 2024 |

### WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO ANGEL QUIROS, COMMISISONER OF CORRECTION, STATE OF CONNECTICUT, OR WARDEN JENNIFER REIS, CHESHIRE CORRECTIONAL INSTITUTION, GREETINGS:

BY THE AUTHORITY OF THE UNITED STATES DISTRICT COURT, DISTRICT OF CONNECTICUT, you are hereby commanded to deliver the plaintiff, VERONICA-MAY CLARK, #355139, to appear before the United States District Court for the District of Connecticut located at 141 CHURCH STREET, NEW HAVEN, CT, on July 17, 2024 at 8:00 A.M. **and July 18, 2024 at 12PM,** so that she will be present for the hearing in the above-captioned matter and to be returned to your custody at the conclusion of said hearing. This is a federal civil matter so the Connecticut Department of Correction (DOC) **must provide transportation directly to the Federal Courthouse, 141 Church Street, New Haven, CT.** One or more corrections officers must be assigned to the plaintiff named herein for the duration of the proceedings. The United States Marshals will not transport the plaintiff. The plaintiff is permitted to wear her normal tan uniform for the duration of the court proceeding. The clerk is directed to fax a copy of this writ directly to the facility listed above, Cheshire Correctional Institution, at (203) 651-6069.

Dated at New Haven, Connecticut, this 15th day of July, 2024.

                                                                                    /s/ Victor A. Bolden
                                                                                    Victor A. Bolden, U.S.D.J.