UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VERONICA-MAY CLARK,<br><br>*Plaintiff*,<br><br>v.<br><br>ANGEL QUIROS, DR. GERALD VALETTA, RICHARD BUSH, and BARBARA KIMBLE-GOODMAN,<br><br>*Defendants*. | No. 3:19-cv-575-VLB<br><br><br>February 14, 2025 |

**Plaintiff's Response to Defendant's Status Report**

1. The Defendant's submission to the Court accurately reports occurrences since the injunction issued.

2. Although Ms. Clark has had some meetings with providers, progress on her treatment for gender dysphoria has been slow, and continued supervision is necessary to ensure that progress continues to be made at all.

3. For Ms. Clark, the net effects of the Court's injunction since July 29, 2024, have been (a) an orchiectomy in September 2024, (b) access to talk therapy—but not gender-informed mental health treatment—with a sympathetic DOC counselor, and (c) beginning only in December 2024, consultation with Dr. Laura Saunders of Hartford Healthcare's Center for Gender Health.

4. DOC has yet to provide Ms. Clark with a consultation with Dr. Joshua Sterling at Yale regarding the next steps of her gender affirming surgery, though she received an orchiectomy five months ago. It appears that a prior-scheduled appointment with Dr. Sterling did not take place, and one is set for March 2025, some eight months after the

1

injunction entered and six months since Ms. Clark's orchiectomy. Such delays are reminiscent of the extreme delays between Ms. Clark's endocrinology appointments, as described at trial in this matter.

5. Aside from the anticipated March 2025 appointment with Dr. Sterling, no concrete plans have been revealed to Ms. Clark about the next steps of her treatment for gender dysphoria. Indeed, at a recent meeting with Dr. Saunders at which Ms. Clark broached the topic of facial feminization—which was addressed at length at trial in this case—DOC's Arielle Reich told Ms. Clark that she would "need to file a request for that," *i.e.*, file a grievance. The continued absence of a comprehensive plan to treat Ms. Clark's gender dysphoria—and alarming revelation that Ms. Clark must continue to file grievances in pursuit of treatment for gender dysphoria in the same manner as she had futilely pursued pre-injunction—creates obvious and substantial concern that DOC would revert to Ms. Clark's pre-injunction level of care in the absence of continued Court oversight.

6. To ensure further progress in her treatment, Ms. Clark proposes that a system of reporting similar to those previously designated by the Court should continue. *See* ECF No. 271 at 44-45, 283.

7. Specifically, Ms. Clark proposes that counsel for Defendant send ongoing progress reports to counsel for Ms. Clark on the first business day of each of the next six months (March, April, May, June, July, August), followed by a progress report filed with the Court on September 2, 2025. Ms. Clark will then respond to the September 2, 2025 progress report by September 12, 2025.

8. Ms. Clark respectfully requests a status conference to further discuss the issues raised in the parties' filings.

PLAINTIFF,

VERONICA-MAY CLARK

<u>/s/Matthew B. Danzer</u>
Matthew B. Danzer (ct30740)
Evan I. Cohen (ct29799)
Kelsey A. Cleary (ct30855)
Finn Dixon & Herling LLP
Six Landmark Square, Suite 600 Stamford, CT 06901
Tel: (203) 325-5000
MDanzer@fdh.com

<u>/s/Jaclyn M. Blickley</u>
Jaclyn Blickley (ct31822)
Elana Bildner (ct30379)
Dan Barrett (ct29816)
American Civil Liberties Union Foundation of Connecticut
765 Asylum Avenue
Hartford, CT 06105
Tel: (860) 471-8475
jblickley@acluct.org

<u>/s/ Daniel S. Noble</u>
Daniel S. Noble (ct31089)
Krieger Lewin LLP
350 Fifth Avenue
New York, New York 10118
Tel: (212) 390-9555
Daniel.Noble@kriegerlewin.com

*Attorneys for Plaintiff Veronica-May Clark*