UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| VERONICA-MAY CLARK,<br><br>*Plaintiff*,<br><br>v.<br><br>ANGEL QUIROS, DR. GERALD VALETTA, RICHARD BUSH, and BARBARA KIMBLE-GOODMAN,<br><br>*Defendants*. | No. 3:19-cv-575-VLB<br><br><br><br>September 12, 2025 |

**Plaintiff's Response Pursuant to ECF No. 299**

1. Ms. Clark has found the current reporting structure to be very helpful.

2. To ensure further progress in her treatment, Ms. Clark proposes that a similar reporting structure continue for another six months. *See* ECF No. 299.

3. Specifically, Ms. Clark proposes that counsel for Defendant send ongoing progress reports to counsel for Ms. Clark on the first business day of October 2025, December 2025, and February 2026, followed by a progress report filed with the Court on March 2, 2026. Ms. Clark will then respond to the March 2, 2026 progress report by March 16, 2026.

4. Ms. Clark asked Defendant for his position and Defendant consents.

PLAINTIFF,
VERONICA-MAY CLARK

/s/ Elana Bildner
Elana Bildner (ct30379)
Jaclyn Blickley (ct31822)
Dan Barrett (ct29816)
American Civil Liberties Union
Foundation of Connecticut
P.O. Box 320647
Hartford, CT 06132
Tel: (860) 471-8475
ebildner@acluct.org

/s/Matthew B. Danzer
Matthew B. Danzer (ct30740)
Evan I. Cohen (ct29799)
Kelsey A. Cleary (ct30855)
Finn Dixon & Herling LLP
Six Landmark Square, Suite 600 Stamford, CT 06901
Tel: (203) 325-5000
MDanzer@fdh.com

/s/ Daniel S. Noble
Daniel S. Noble (ct31089)
Krieger Lewin LLP
350 Fifth Avenue
New York, New York 10118
Tel: (212) 390-9555
Daniel.Noble@kriegerlewin.com

*Attorneys for Plaintiff Veronica-May Clark*